UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER JR., :
:
    Plaintiff, : CASE NO. 3:03CV0149(MRK)
:
v. :
:
HARTFORD FINANCIAL SERVICES GROUP, :
INC.; and MARYANNE RHODES, :
:
    Defendants. : NOVEMBER 4, 2003

FILED Nov 7 2 12 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

## STIPULATION TO MAGISTRATE REFERRAL

The parties to the above-captioned matter, Plaintiff Ferron Shorter Jr., Defendant Hartford Financial Services Group, Inc., and Defendant MaryAnne Rhodes, by and through their undersigned counsel and pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and Local Rule 73, hereby agree to a referral of the case to a Magistrate Judge for disposition pursuant to 28 U.S.C. § 636(c).

STIPULATED AND AGREED TO:

PLAINTIFF
FERRON SHORTER JR.

By: _____
Rachel M. Baird (Fed. Bar No. 12131)
Law Office of Rachel M. Baird
379 Prospect St
Torrington CT 06790

DEFENDANT
MARYANNE RHODES

By: _____
David L. Metzger (Fed. Bar No. 02035)
Metzger & Associates
25 Capital Ave
Hartford CT 06106

DEFENDANT
HARTFORD FINANCIAL SERVICES GROUP, INC.

By: _____
Margaret J. Strange (Fed. Bar No. 08212)
James F. Shea (Fed. Bar No. 16750)
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

## CERTIFICATION OF SERVICE

This is to certify that a copy of this Stipulation to Magistrate Referral was sent by first class mail, postage prepaid, on this the 6th day of November 2003 to the following counsel of record:

>Rachel M. Baird
>Law Office of Rachel M. Baird
>379 Prospect Street
>Torrington, CT 06790
>Phone: (860) 626-9991

>Margaret J. Strange & James F. Shea
>Jackson Lewis LLP
>55 Farmington Avenue, Suite 1200
>Hartford, CT 06105
>Phone: (860) 522-0404

_____
David L. Metzger