UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED Nov 20 10:09 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| FERRON SHORTER JR. | : |
| Plaintiff, | : NO. 3:03CV149(MRK) |
| v. | : |
| HARTFORD FINANCIAL SERVICES GROUP, INC.; and MARYANNE RHODES | : |
| Defendants | : |

### ORDER OF TRANSFER

It is HEREBY ORDERED that the above-captioned case be transferred to Magistrate Judge William I. Garfinkel for all purposes in accordance with 28 U.S.C. 636 (c), Fed.R.Civ.P. 73 and the consent of the parties (Doc. #40, Stipulation To Magistrate Referral).

IT IS SO ORDERED.



Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: November 19, 2003

This matter has been transferred to a magistrate judge. All future filings should be filed at the seat of court where the magistrate judge sits and the case number must be followed by the magistrate judge's initials.