UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER JR. :<br>Plaintiff, : <br> : <br>v. : <br> : <br>HARTFORD FINANCIAL SERVICES GROUP, :<br>INC. and MARYANNE RHODES :<br>Defendants. : <br> : | CIVIL NO.: 303 CV 0149(WIG)<br><br><br><br>JANUARY 23, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 of this District, Hartford Financial Services Group, Inc. ("The Hartford") respectfully moves this Court for the entry of summary judgment as to Counts One through Ten and Count Thirteen of Plaintiff's Amended Complaint dated April 28, 2003 ("Complaint").[1] Plaintiff's thirteen count Complaint alleges various statutory and common law claims arising out of the termination of his employment with The Hartford on January 23, 2002.

Counts One through Ten allege the following causes of action against The Hartford: 1) sexual harassment in violation of Title VII; 2) race and sex discrimination in violation of Title VII; 3) violation of 42 U.S.C. § 1981; 4) retaliation in violation of Title VII; 5) retaliation under 42 U.S.C. § 1981; 6) race and sex discrimination in violation of the Connecticut Fair Employment Practices Act ("CFEPA"); 7) retaliation in violation of CFEPA; 8) intentional infliction of emotional distress; 9) negligent infliction of emotional distress and 10) breach of

---

[1] Counts Eleven and Twelve allege claims against Defendant Maryanne Rhodes.

**ORAL ARGUMENT REQUESTED**

implied covenant of good faith and fair dealing. Count Thirteen alleges a common law claim for invasion of privacy. As set forth in the attached Memorandum of Law, there are no genuine issues of material fact and The Hartford is entitled to judgment as a matter of law. Also submitted in support of Defendant's Motion for Summary Judgment are the Affidavit of Margaret J. Strange, Affidavit of Robert Begley and Affidavit of Lisa Anderson which are filed simultaneously herewith.

WHEREFORE, Defendant Hartford Financial Services Group, Inc. respectfully moves this Court for the entry of summary judgment as to Counts One through Ten and Count Thirteen of Plaintiff's Amended Complaint dated April 28, 2003.

DEFENDANT,
HARTFORD FINANCIAL SERVICES GROUP, INC.

By: *Margaret J. Strange*
Margaret J. Strange (ct08212)
James F. Shea (ct16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404
Fax (860) 247-1330
strangem@jacksonlewis.com
sheaj@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 23rd day of January 2004, to the following counsel of record:

        Rachel M. Baird
        Law Office of Rachel M. Baird
        379 Prospect Street
        Torrington, CT 06790
        Ph. (860) 626-9991
        Attorney for Plaintiff

        David L. Metzger, Esq.
        Metzger & Associates
        25 Capitol Avenue
        Hartford, CT 06106-1707
        Ph. (860) 549-5026
        Attorney for Defendant Maryanne Rhodes

        _/s/ Margaret J. Strange_
        Margaret J. Strange

H:\Client Folder\H\The Hartford\Shorter\Pld\MSJ\Motion for Summary Judgment DOC
64532