UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER JR.<br>Plaintiff, | :<br>:<br>: |
| v. | CIVIL NO.: 303 CV 0149(WIG)<br>:<br>: |
| HARTFORD FINANCIAL SERVICES GROUP,<br>INC. and MARYANNE RHODES<br>Defendants. | :<br>:<br>JANUARY 23, 2004<br>:<br>: |

## AFFIDAVIT OF MARGARET J. STRANGE

I, Margaret J. Strange, being duly sworn and according to law, depose and say:

1. I am a partner in the law firm of Jackson Lewis LLP, counsel for Hartford Financial Services Group, Inc. (Defendant), in the above-captioned matter. This Affidavit is submitted in support of Defendant's Memorandum of Law in Support of Motion for Summary Judgment.

2. I affirm that true and correct copies of the pages from the deposition transcripts of the Plaintiff, dated April 15, 2003 and September 5, 2003, cited in Defendant's Memorandum of Law in Support of Motion for Summary Judgment, are attached as Exhibit 1.

3. I affirm that a true and correct copy of the Defendant's Electronic Communications Policy is attached as Exhibit 2.

4. I affirm that true and correct copies of the pages from the deposition transcript of Jennifer L. Ames, dated August 29, 2003, cited in Defendant's Memorandum of Law in Support of Motion for Summary Judgment, are attached as Exhibit 3.

5. I affirm that true and correct copies of the pages from the deposition transcript of Lisa Anderson, dated August 29, 2003, cited in Defendant's Memorandum of Law in Support of Motion for Summary Judgment, are attached as Exhibit 4.

6. I affirm that a true and correct copy of Ms. Rhodes' written statement, dated January 21, 2002, is attached as Exhibit 5.

7. I affirm that true and correct copies of the pages from the deposition transcript of Richard Wardell, dated August 29, 2003, cited in Defendant's Memorandum of Law in Support of Motion for Summary Judgment, are attached as Exhibit 6.

8. I affirm that a true and correct copy of the Plaintiff's written statement, dated January 23, 2002, is attached as Exhibit 7.

9. I affirm that a true and correct copy of the criminal background check Mr. Wardell obtained, dated January 23, 2002, is attached as Exhibit 8.

10. I affirm that a true and correct copy of Plaintiff's email, dated January 18, 2002, is attached as Exhibit 9.

11. I affirm that a true and correct copy of Ms. Rhodes' written warning, dated January 25, 2002, is attached as Exhibit 10.

12. I affirm that a true and correct copy of Carrasco v. Lenox Hill Hosp., No. 99 Civ. 924 (AGS), 2000 U.S. Dist. LEXIS 5637 (S.D.N.Y. April 27, 2000) is attached as Exhibit 11.

13. I affirm that a true and correct copy of Ortega v. New York City Off-Track Betting Corp., No. 97 Civ. 7582 (KMW), 1999 U.S. Dist. LEXIS 7948 (S.D.N.Y. May 27, 1999) is attached as Exhibit 12.

14. I affirm that a true and correct copy of Daigneault v. Consolidated Controls/Eaton Corp., No. CV 99 0334518, 2002 Conn. Super. LEXIS 2003 (Conn. Super Ct. June 11, 2002) is

attached as Exhibit 13.

15. I affirm that a true and correct copy of <u>Finucane v. Dandio</u>, No. CV 366182, 1999 Conn. Super. LEXIS 479 (Conn. Super. Ct. Feb. 26, 1999) is attached as Exhibit 14.

16. I affirm that a true and correct copy of <u>Rock v. Mott Metallurgical Corp.</u>, No. CV 99 0492215 S, 2001 Conn. Super. LEXIS 207 (Conn. Super. Ct. Jan. 10, 2001) is attached as Exhibit 15.

17. I affirm that a true and correct copy of <u>Schermerhorn v. Mobil Chem.</u>, No. 3:99 CV 941 (GLG), 2001 U.S. Dist. LEXIS 519 (D. Conn. Jan. 17, 2001) is attached as Exhibit 16.

18. I affirm that a true and correct copy of <u>Valencia v. St. Francis Hospital.</u>, No. CV 538867, 1996 Conn. Super. LEXIS 894 (Conn. Super. Ct. Apr. 2, 1996) is attached as Exhibit 17.

19. I affirm that a true and correct copy of <u>Saloomey v. A Child's Garden, Inc.</u>, No. CV 324092, 1996 Conn. Super. LEXIS 1186 (Conn. Super. Ct. Apr. 24, 1996) is attached as Exhibit 18.

20. I affirm that a true and correct copy of <u>Meola v. Eagle Snacks Corp.</u>, No. CV 960384760, 2000 Conn. Super. LEXIS 2318 (Conn. Super. Ct. Sept. 6, 2000) is attached as Exhibit 19.

_Margaret J. Strange_
Margaret J. Strange (ct08212)

Sworn and subscribed to
before me on this 23rd
day of January, 2004.

_Andrea G. Paolino_
Notary Public

ANDREA G. PAOLINO
NOTARY PUBLIC
MY COMMISSION EXPIRES 1/31/05