UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FERRON SHORTER JR.
    Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP,
INC. and MARYANNE RHODES
    Defendants.

CIVIL NO.: 303 CV 0149(WIG)

JANUARY 22, 2004

## AFFIDAVIT OF ROBERT BEGLEY

Robert Begley, being duly sworn and according to law, deposes and says:

1. I am presently employed with The Hartford Financial Services Group, Inc. ("The Hartford") as Manager of Physical Security in the Corporate Security Department. In April 2002, I was employed in the same position. My job duties include managing The Hartford's physical security and access control systems, supervising a staff of security guards, and handling issues of workplace violence.

2. This Affidavit is based on my personal knowledge and is submitted in support of The Hartford's Motion for Summary Judgment in the above matter.

3. On approximately April 8, 2002, an employee at The Hartford, Maryanne Rhodes, contacted me and reported that an individual whom she believed to be Ferron Shorter was harassing her by repeatedly calling her at work and hanging up. She reported that she had received approximately 60 hang up calls.

4. On approximately April 9, 2002, I contacted Mr. Shorter and asked that if he was calling Ms. Rhodes, to stop, or I would notify the Hartford Police Department.

5. After I spoke to Mr. Shorter, Ms. Rhodes did not report to me that she received any additional hang up calls.

6. At the time I contacted Mr. Shorter, I had no knowledge of any correspondence sent by his attorney to Jennifer Ames, The Hartford's Legal Department or any other individual at The Hartford. Nor did I have any knowledge of any attempt by Mr. Shorter to seek reinstatement to his former position at The Hartford.

_____
Robert Begley

Sworn to before me this
22nd day of January 2004.

_____
Notary Public
My Commission Expires:
Commissioner Superior Court

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 23rd day of January 2004, to the following counsel of record:

> Rachel M. Baird
> Law Office of Rachel M. Baird
> 379 Prospect Street
> Torrington, CT 06790
> (860) 626-9991
> Attorney for Plaintiff

> David L. Metzger
> Metzger & Associates
> 25 Capitol Avenue
> Hartford, CT 06106-1707
> Ph. (860) 549-5026
> Attorney for Defendant Maryanne Rhodes

*Margaret J. Strange*
Margaret J. Strange