UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
2004 JAN 27 A 9: 17
US DISTRICT
BRIDGEPORT

| | |
|---|---|
| FERRON SHORTER JR.<br>Plaintiff, | |
| v. | CIVIL NO.: 303 CV 0149(WIG) |
| HARTFORD FINANCIAL SERVICES GROUP,<br>INC. and MARYANNE RHODES<br>Defendants. | JANUARY 22, 2004 |

## AFFIDAVIT OF LISA ANDERSON

Lisa Anderson, being duly sworn and according to law, deposes and says:

1. I am presently employed with The Hartford Financial Services Group, Inc. ("The Hartford") as a Human Resources Manager. In January 2002, I was employed with The Hartford as a Human Resources Consultant in The Hartford's Office of Equal Opportunity Development. In that position, my job duties included, among other things, responding to charges of discrimination and harassment in the workplace.

2. This Affidavit is based on my personal knowledge and is submitted in support of The Hartford's Motion for Summary Judgment in the above matter.

3. At approximately 1:15 pm on Monday, January 21, 2002, Maryanne Rhodes came to my office and made a complaint about another employee at The Hartford, Ferron Shorter.

4. Following my conversation with Ms. Rhodes, I prepared a written statement summarizing our discussion which Ms. Rhodes signed.

5. After my meeting with Ms. Rhodes, I began to investigate Ms. Rhodes' complaint. First, I attempted to corroborate as much of Ms. Rhodes' statement as possible.

6. I contacted Ms. Rhodes' supervisor, Brian Vadney, who confirmed that Ms. Rhodes had contacted him on the evening of Friday, January 18, 2002 to ask him to leave any messages for her at the hotel in Florida where she was staying since she could not access her voice mail.

7. I also obtained Ms. Rhodes' flight records to Florida, Ms. Rhodes' voice mail records indicating the number of times her voice mail was accessed and when her password was changed, and building security records which showed that Mr. Shorter had been at work for a few hours on Saturday morning and that he returned to work for approximately eight minutes that afternoon.

8. I also obtained a message which Mr. Shorter left on the answering machine of a friend of Ms. Rhodes named Scott. The message from Scott's answering machine recorded an obscenity-laced tirade by Plaintiff berating, threatening and screaming at Ms. Rhodes.

9. Ms. Rhodes' voice mail records indicated that her voice mail was accessed more than 40 times between 3:00 pm on Friday, January 18, 2002 and 1:30 am on Monday, January 21, 2002. The records also indicated that her password was changed at 5:01 pm and 5:18 pm on January 18, 2002 and that her password was changed an additional two times during the weekend. The records also showed that several messages were deleted from Ms. Rhodes' voice mail.

10. On Tuesday, January 22, 2002, I notified Jennifer Ames, a human resources generalist for Mr. Shorter's department, of Ms. Rhodes' complaint. Ms. Ames and I agreed that Ms. Rhodes' complaint about Mr. Shorter's conduct was a serious matter. We also agreed that if Mr. Shorter admitted to accessing Ms. Rhodes' voice mail and changing her

password, it would constitute a serious violation of The Hartford's Electronic Communications Policy.

11. On Wednesday, January 23, 2002, I contacted Jack Jacewicz, Director of the Department of Special Investigations, to discuss conducting an investigation into the matter. I brought with me Ms. Rhodes' written statement and the documentation I obtained corroborating Ms. Rhodes' complaint. Mr. Jacewicz assigned the matter to an Investigator, Richard Wardell, to investigate.

12. At the conclusion of our investigation, I recommended that Mr. Shorter's employment be terminated.

*Lisa Anderson*
Lisa Anderson

Sworn to before me this
22nd day of January 2004.

Notary Public
My Commission Expires:
**ROBIN L. BASAL**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 2/28/07

3

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 23rd day of January 2004, to the following counsel of record:

>Rachel M. Baird
>Law Office of Rachel M. Baird
>379 Prospect Street
>Torrington, CT 06790
>(860) 626-9991
>Attorney for Plaintiff
>
>David L. Metzger
>Metzger & Associates
>25 Capitol Avenue
>Hartford, CT 06106-1707
>Ph. (860) 549-5026
>Attorney for Defendant Maryanne Rhodes

_____
Margaret J. Strange