UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
_____
                               :
FERRON SHORTER JR.             :
      Plaintiff,               :
                               :
                               :   CIVIL NO.: 303 CV 0149(WIG)
v.                             :
                               :
HARTFORD FINANCIAL SERVICES GROUP, :
INC. and MARYANNE RHODES       :
      Defendants.              :   January 21, 2004
_____:
```

**DEFENDANT RHODES'**
**MOTION TO MODIFY CASE MANAGEMENT PLAN**

     Pursuant to Local Rule 7(b), MaryAnne Rhodes respectfully requests that the Court grant this modification of the case management plan to permit Ms. Rhodes an additional eighteen (18) days to file a motion for summary judgment.

     Ms. Rhodes requests the date for filing any dispositive motion by her be moved forward eighteen days, from January 20, 2004 to February 10, 2004.  In support of this request, Ms. Rhodes, by her counsel, states the following:

     1.    This is the first request for a modification of this scheduling order.

     2.    Ms. Rhodes is no longer in the State of Connecticut.  This additional time is needed to properly confer with Ms. Rhodes regarding a motion for summary judgment and to finalize such a motion.

     3.    This modification does not change any other dates.  The Joint Trial Memorandum will still be filed in accordance with the existing Order.

     4.    Counsel for the Plaintiff and the other defendant have been consulted and have no opposition to this modification requested by Ms. Rhodes.

2

5.    For the reasons set forth above, Ms. Rhodes requests that this Court enter an Order establishing that the new deadlines for Ms. Rhodes: filing of dispositive motions no later than February 10, 2004.

WHEREFORE, Defendants hereby respectfully request that the Court enter an Order establishing the foregoing deadlines.

**DEFENDANT,
MARYANNE RHODES**

By_____
David L. Metzger, Esq.
Metzger & Associates
25 Capitol Avenue
Hartford, CT  06106
(860) 549-5026
Facsimile (860) 549-5224
dmetzger@snet.net
CT 02035

## CERTIFICATION OF SERVICE

  This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 21st day of January 2004, to the following counsel of record:

    Rachel M. Baird
    Law Office of Rachel M. Baird
    379 Prospect Street
    Torrington, CT 06790

    Margaret J. Strange
    James F. Shea
    Jackson Lewis LLP
    55 Farmington Avenue, Suite 1200
    Hartford, CT  06105

    _____
    David L. Metzger