UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

February 5, 2004

10:00 a.m.

*[handwritten: Hold 30 mins.]*

CASE NO. **3:03cv149 (WIG)**   **Shorter vs. Hartford Financial Services Group, et al.**

Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Bldg.
379 Prospect St.
Torrington, CT 06790-5239


David L. Metzger
Metzger & Richters
25 Capitol Ave.
Hartford, CT 06106-1707


James F. Shea
Jackson Lewis - Htfd, CT
55 Farmington Ave. Ste 1200
Hartford, CT 06105


Margaret J. Strange
Jackson Lewis - Htfd, CT
55 Farmington Ave. Ste 1200
Hartford, CT 06105


 \* RACHEL BAIRD TO INITIATE THE CONFERENCE CALL TO JUDGE GARFINKEL
@ 203-579-5593.
          THANKS.

                              BY ORDER OF THE COURT
                                  KEVIN F. ROWE, CLERK