UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER JR.
Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP,
...E RHODES

CIVIL NO.: 303 CV 0149(WIG)

January 21, 2004

### DEFENDANT RHODES'
### MOTION TO MODIFY CASE MANAGEMENT PLAN

...ocal Rule 7(b), MaryAnne Rhodes respectfully requests that the
...ification of the case management plan to permit Ms. Rhodes an
(18) days to file a motion for summary judgment.

...equests the date for filing any dispositive motion by her be moved
...ys, from January 20, 2004 to February 10, 2004. In support of this
...s, by her counsel, states the following:

... the first request for a modification of this scheduling order.

...odes is no longer in the State of Connecticut. This additional time
...y confer with Ms. Rhodes regarding a motion for summary judgment
... a motion.

...odification does not change any other dates. The Joint Trial
...ill be filed in accordance with the existing Order.

...el for the Plaintiff and the other defendant have been consulted and
... to this modification requested by Ms. Rhodes.

1

*[Sideways annotation:]* 3:03cv149 (WIG) Ferron Shorter, Jr., vs. Hartford Financial Services Group, et al. Defendant Rhodes' Motion to Modify Case Management Plan Granted. Filing of dispositive motions no later than February 10, 2004. SO ORDERED, this 13th day of February 2004. William I. Garfinkel, U.S.M.J.