**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FERRON SHORTER JR.<br>    Plaintiff,<br><br>v.<br><br>HARTFORD FINANCIAL SERVICES GROUP,<br>INC. and MARYANNE RHODES<br>    Defendants. | CIVIL NO.: 303 CV 0149(WIG)<br><br><br>February 19, 2004 |

**<u>DEFENDANT MARYANNE RHODES'</u>**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant MaryAnne Rhodes ("Rhodes"), hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, for summary judgment as to Counts Eleven and Twelve of the Amended Complaint in this matter.

In support of its motion, Defendants rely on the accompanying Local Rule 56 (a)(1) Statement, as well as the accompanying Memorandum of Law.

**DEFENDANT,
MARYANNE RHODES**


By_____
David L. Metzger, Esq. (ct02035)
Metzger & Associates
25 Capitol Avenue
Hartford, CT  06106
(860) 549-5026


**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 19th day of February 2004, to the following counsel of record:


Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington, CT 06790

Margaret J. Strange
James F. Shea
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT  06105


_____
David L. Metzger