UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER JR., | |
| Plaintiff, | CASE NO. 3:03CV0149(WIG) |
| v. | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., et al., | |
| Defendants. | MARCH 1, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b) of this District, moves to extend the time ten (10) days, and to March 8, 2004, to respond to Defendant Hartford Financial Services Group ("The Hartford")'s Motion for Summary Judgment.

In support of this Motion, Plaintiff represents and offers as good cause:

1. The time for Plaintiff to respond to Defendant The Hartford's Motion for Summary Judgment filed on January 23, 2004, was extended fourteen (14) days from February 13, 2004, to February 27, 2004, by telephonic status conference held on February 5, 2004. (doc. ##42, 46)

2. The instant Motion is Plaintiff's second request for an extension of time and if granted will provide Plaintiff a total twenty-eight (28) day extension to respond to Defendant The Hartford's Motion for Summary Judgment.

3. Counsel for Plaintiff requires additional time to confer with Plaintiff who resides out of state regarding the Plaintiff's response to the motion, Plaintiff's Rule 9(c)(1) statement, and Plaintiff's affidavit.

4. In addition, an affiant whom Plaintiff anticipates using to support his response to the summary judgment motion returned on February 26, 2004, from a vacation abroad and Plaintiff requires an extension of time to obtain an affidavit.

5. The requested extension of time will not change any other dates under the existing scheduling order as Plaintiff's response to Defendant Rhodes' Motion for Summary Judgment is due March 11, 2004, and any period for reply by Defendant Rhodes to Plaintiff's response will exceed the period for Defendant The Hartford to reply to a response filed by Plaintiff on March 8, 2004.

6. Counsel for Defendant Rhodes indicates no objection to the instant Motion. Undersigned counsel has contacted counsel for Defendant The Hartford but at the time of this filing undersigned counsel has not been informed of Defendant The Hartford's position.

7. Undersigned counsel filed a request for extension of time requesting the same as requested in the instant Motion on February 26, 2004, at the District Court in New Haven which was returned for filing at the District Court in Bridgeport, and is attached hereto as an exhibit.

For the foregoing reasons, Plaintiff requests that the Court extend the time for Plaintiff to respond to Defendant The Hartford's Motion for Summary Judgment to March 8, 2004.

> PLAINTIFF
> FERRON SHORTER JR.
>
> BY: *[signature]*
> Rachel M. Baird (ct12131)
> Law Office of Rachel M. Baird
> 379 Prospect Street
> Torrington CT 06790-5236
> Tel: (860) 626-9991
> Fax: (860) 626-9992

## **CERTIFICATION**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion for Extension of Time was mailed, postage paid, first-class, on March 1, 2004, to counsel of record as hereafter identified:

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

*Attorney for Defendant MaryAnne Rhodes*

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave
Hartford CT 06105

*Attorney for Defendant The Hartford*

                                                           _____
                                                           Rachel M. Baird

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER JR.,

    Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP, INC., et al.,

    Defendants.

CASE NO. 3:03CV0149(WIG)

FEBRUARY 26, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b) of this District, moves to extend the time ten (10) days, and to March 8, 2004, for Plaintiff to respond to Defendant Hartford Financial Services Group ("The Hartford")'s Motion for Summary Judgment.

In support of this motion, Plaintiff represents and offers as good cause:

1.    The time for Plaintiff to respond to Defendant The Hartford's Motion for Summary Judgment filed on January 23, 2004, was extended fourteen (14) days from February 13, 2004, to February 27, 2004, by telephonic status conference held on February 5, 2004. (doc. ##42, 46)

2.    The instant motion is Plaintiff's second request for an extension of time and if granted will provide Plaintiff a total twenty-eight (28) day extension to respond to Defendant The Hartford's Motion for Summary Judgment.

3.    Counsel for Plaintiff requires additional time to confer with Plaintiff who resides out of state regarding the Plaintiff's response to the motion, Plaintiff's Rule 9(c)(1) statement, and Plaintiff's affidavit.

**EXHIBIT 1**

4. The requested extension of time will not change any other dates under the existing scheduling order as Plaintiff's response to Defendant Rhodes' Motion for Summary Judgment is due March 11, 2004, and any period for reply by Defendant Rhodes to Plaintiff's response will exceed the period for Defendant The Hartford to reply to a response filed by Plaintiff on March 8, 2004.

5. Plaintiff's counsel contacted counsel for Defendant The Hartford and Defendant Rhodes and has not been informed at the time of this filing whether there is opposition to this motion.

For the foregoing reasons, Plaintiff requests that the Court extend the time for Plaintiff to respond to Defendant The Hartford's Motion for Summary Judgment to March 8, 2004.

PLAINTIFF
FERRON SHORTER JR.

BY: _____
Rachel M. Baird
(Fed. Bar No. 12131)
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992

## CERTIFICATION

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed, first-class, postage-paid, on February 26, 2004, to:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

Rachel M. Baird

3