UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER JR.,

    Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP,
INC., et al.,

    Defendants.

CASE NO. 3:03CV0149(WIG)

MARCH 1, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b) of this District, moves to extend the time ten (10) days, and to March 8, 2004, to respond to Defendant Hartford Financial Services Group ("The Hartford")'s Motion for Summary Judgment.

In support of this Motion, Plaintiff represents and offers as good cause:

1. The time for Plaintiff to respond to Defendant The Hartford's Motion for Summary Judgment filed on January 23, 2004, was extended fourteen (14) days from February 13, 2004, to February 27, 2004, by telephonic status conference held on February 5, 2004. (doc. ##42, 46)

2. The instant Motion is Plaintiff's second request for an extension of time and if granted will provide Plaintiff a total twenty-eight (28) day extension to respond to Defendant The Hartford's Motion for Summary Judgment.

3. Counsel for Plaintiff requires additional time to confer with Plaintiff who resides out of state regarding the Plaintiff's response to the motion, Plaintiff's Rule 9(c)(1) statement, and Plaintiff's affidavit.