UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER JR.,

    Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP, INC., et al.,

    Defendants.

CASE NO.: 3:03CV0149(WIG)

MARCH 8, 2004

FILED
2004 MAR -8 P 3: 27
US DISTRICT COURT
BRIDGEPORT CT

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b) of this District, moves to extend the time fourteen (14) days, and to March 22, 2004, for Plaintiff to respond to Defendant Hartford Financial Services Group ("The Hartford")'s Motion for Summary Judgment and to Defendant MaryAnne Rhodes ("Rhodes")'s Motion for Summary Judgment.

In support of this motion, Plaintiff represents and offers as good cause:

1. The time for Plaintiff to respond to Defendant The Hartford's Motion for Summary Judgment filed on January 23, 2004, was extended fourteen (14) days from February 13, 2004, to February 27, 2004, by telephonic status conference held on February 5, 2004. (doc. ##42, 46)

2. Plaintiff filed a second motion to respond to Defendant The Hartford's Motion for Summary Judgment on February 27, 2004 in New Haven which was returned to the undersigned and properly filed in Bridgeport on March 1, 2004.

3.  At this time, Plaintiff's response to Defendant The Hartford's Motion for Summary Judgment is due March 8, 2004, and Plaintiff's response to Defendant Rhodes' Motion for Summary Judgment is due March 11, 2004.

4.  Counsel for Plaintiff requires additional time to confer with Plaintiff who resides out of state regarding the Plaintiff's response to the motion, Plaintiff's Rule 9(c)(1) statement, and Plaintiff's affidavit.

5.  In addition, the undersigned requires additional time to ensure that each detail and document supporting Plaintiff's position is presented to the Court for consideration. The number of documents and details is substantial. In drafting the response to the motion, the undersigned has concluded that some transcripts of tapes referenced in the documents must be prepared for ease of Court review. The undersigned has retained an assistant for the week of March 13, 2004, through March 22, 2004, for the sole purpose of preparing exhibits.

6.  Plaintiff's counsel contacted counsel for Defendant The Hartford and Defendant Rhodes on March 8, 2004, and represents that counsel for Defendant The Hartford does not object to this motion for an extension as a final request. The undersigned has not received a response from counsel for Defendant Rhodes at the time of this filing on March 8, 2004.

For the foregoing reasons, Plaintiff requests that the Court extend the time for Plaintiff to respond to Defendant The Hartford's Motion for Summary Judgment and Defendant Rhodes' Motion for Summary Judgment to March 22, 2004.

```
                              PLAINTIFF
                              FERRON SHORTER JR.


                  BY:         [signature]
                              Rachel M. Baird
                              (Fed. Bar No. 12131)
                              Law Office of Rachel M. Baird
                              379 Prospect Street
                              Torrington CT 06790-5239
                              Tel: (860) 626-9991
                              Fax: (860) 626-9992
```

## CERTIFICATION

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed, first-class, postage-paid, on March 8, 2004, to:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

[signature]
Rachel M. Baird