UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER JR., | : |
| Plaintiff, | : CASE NO. 3:03CV0149(WIG) |
| v. | : |
| HARTFORD FINANCIAL SERVICES GROUP, INC., et al., | : |
| Defendants. | : MARCH 22, 2004 |

**SHORTER'S OBJECTION TO DEFENDANT HARTFORD FINANCIAL SERVICES GROUP, INC.'S AND DEFENDANT MARYANNE RHODES' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Ferron Shorter Jr. ("Shorter"), by and through his undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, objects to (1) Defendant Hartford Financial Services Group, Inc.'s Motion for Summary Judgment as to Counts One, Two, Three, Six, Eight, and Nine of the Amended Complaint and to (2) Defendant MaryAnne Rhodes Motion for Summary Judgment as to Counts Eleven and Twelve of the Amended Complaint.

Specifically, Plaintiff objects to summary judgment:

As to the following causes of action against Defendant Hartford Financial Services Group, Inc.: (1) Count One – Sexual Harassment in violation of Title VII of the Civil Rights Act of 1964; (2) Count Two – Race and Sex Discrimination in violation of Title VII of the Civil Rights Act of 1964; (3) Count Three – Violation of 42 U.S.C. § 1981; (4) Count Six – Race and Sex Discrimination in violation of the Connecticut Fair Employment Practices Act; (5) Count Eight – Intentional Infliction of Emotional Distress; and (6) Count Nine - Negligent Infliction of Emotional Distress.

As to the following causes of action against Defendant MaryAnne Rhodes: (1) Count Eleven – Tortious Interference with Contract; and (2) Count Twelve – Defamation of Character

In support of Plaintiff's objection, Plaintiff submits the Affidavit of Rachel M. Baird, the Affidavit of Maurice P. Kuck, and the Affidavit of Ferron Shorter Jr.

Wherefore, Plaintiff Ferron Shorter Jr. respectfully moves this Court to deny Defendants' motions for entry of summary judgment as to Counts One, Two, Three, Six, Eight, and Nine of the Amended Complaint dated April 28, 2003.

A Memorandum of Law is filed in support of this Objection.

                PLAINTIFF
                FERRON SHORTER JR.

BY: _____
      Rachel M. Baird (ct12131)
      Law Office of Rachel M. Baird
      379 Prospect St
      Torrington CT 06790-5239
      Tel: (860) 626-9991
      Fax: (860) 626-9992

## **CERTIFICATION**

I HEREBY CERTIFY that a copy of the foregoing was mailed first-class, postage paid to the following counsel of record on March 22, 2004:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

                                                              _____
                                                              Rachel M. Baird