UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER JR.,

    Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP, INC., et al.,

    Defendants.

FILED
2004 MAR 22 PM 2 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NO.: 3:

MARCH 22, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE LOCAL RULE 56(a)(2) STATEMENT

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b) of this District, moves for an extension of seven (7) days to file a Local Rule 56(a)(2) Statement. In support of this motion, Plaintiff represents and offers as good cause:

1. The time for Plaintiff to respond to Defendant The Hartford's Motion for Summary Judgment filed on January 23, 2004, was extended fourteen (14) days from February 13, 2004, to February 27, 2004, by telephonic status conference held on February 5, 2004.

2. Plaintiff filed a second and third motion to respond to Defendant The Hartford's Motion for Summary Judgment and Plaintiff's response to both Defendants' Motions for Summary Judgment is due March 22, 2004.

3. Plaintiff has filed a response and objection to Defendants' Motions for Summary Judgment on March 22, 2004, with Affidavits in Support and Exhibits.

4. However, undersigned counsel requests an additional seven (7) days to confer with Plaintiff regarding responses to the fifty-seven (57) statements set forth by Defendant Rhodes as undisputed material facts and the thirty-nine (39) statements set forth by Defendant Rhodes as statements of material fact.

5. Plaintiff resides out-of-state and undersigned counsel respectfully requests an additional seven (7) days or until March 29, 2004, to file the mandatory Local Rule 56(a)(2) Statements.

6. Undersigned counsel has contacted Defendant Hartford Financial Services Group, Inc., which objects to the instant Motion. The undersigned has not received a response from counsel for Defendant Rhodes at the time of this filing on March 22, 2004.

PLAINTIFF
FERRON SHORTER JR.

BY: _____
Rachel M. Baird
(Fed. Bar No. 12131)
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992

## CERTIFICATION

I HEREBY CERTIFY THAT the foregoing Plaintiff's Motion for Extension of Time was mailed, first-class, postage-paid, on March 22, 2004, to:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

_____
Rachel M. Baird