UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| Plaintiff, | : | Case No. 3:03CV0149(WIG) |
| v. | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., et al. | : | |
| Defendants. | : | MARCH 22, 2004 |

**AFFIDAVIT OF RACHEL M. BAIRD**

Rachel M. Baird, being duly sworn and according to law, deposes and states:

1. I represent Ferron Shorter Jr., and appear on his behalf, in the above-referenced matter. This Affidavit is submitted in support of Plaintiff's Memorandum of Law in Support of Objection to Defendant Hartford Financial Services Group, Inc.'s and Defendant MaryAnne Rhodes' Motions for Summary Judgment.

2. I affirm that true and correct copies of three pages of handwritten notes claimed by Lisa Anderson are attached as Exhibit 1. (Anderson Dep., p. 55; Baird Aff., Ex. 10.)

3. I affirm that a true and correct copy of each cited page of The Hartford's Reply to Plaintiff's First Set of Interrogatories is attached as Exhibit 2.

4. I affirm that a true and correct copy of each cited page of The Hartford's Affidavit of Particulars submitted to the Connecticut Commission on Human Rights and Opportunities (CHRO), in the matter of <u>Ferron Shorter Jr. v. Hartford Financial Services Group, Inc.</u>, CHRO Case No. 0310008, is attached as Exhibit 3.

5. I affirm that a true and correct copy of each cited page of Defendant Rhodes' First Set of Interrogatories, dated November 19, 2003, is attached as Exhibit 4.

6. I affirm that a true and correct copy of Maurice P. Kuck's statement, dated February 8, 2002, and received from The Hartford in response to Requests for Production is attached as Exhibit 5.

7. I affirm that a true and correct copy of a document issued by The Hartford entitled, "Progressive Discipline," is attached as Exhibit 6.

8. I affirm that true and correct copies of three documents entitled, "The Hartford, Department of Special Investigations, Subject Information, Case # I2002068," are attached as Exhibit 7.

9. I affirm that true and correct copies of the deposition transcript pages included herein from the August 29, 2003, deposition of Richard Wardell are attached as Exhibit 8.

10. I affirm that a true and correct copy of a letter received by the undersigned from Ian Veitzer, Esq., dated March 11, 2002, is attached as Exhibit 9.

11. I affirm that true and correct copies of the deposition transcript pages included herein from the August 29, 2003, deposition of Lisa Anderson are attached as Exhibit 10.

12. I affirm that true and correct copies of the cited pages of a document issued by The Hartford entitled, "Electronic Communications FAQ," is attached as Exhibit 11.

13. I affirm that at rue and correct copies of documents (facsimile cover sheets to The Hartford dated January 23, 2002, and February 4, 2002) and certified records from the state of Connecticut, superior court records center, are attached as Exhibit 12.

14. I affirm that true and correct copies of the deposition transcript pages included herein from the August 29, 2003, deposition of Jack Jacewicz are attached as Exhibit 13.

15. I affirm that a true and correct copy of The Hartford's Schedule A – Employment" responses dated September 13, 2002, is attached as Exhibit 14.

16. I affirm that a true and correct copy of a letter received by Plaintiff postmarked March 1, 2002, from Defendant Rhodes is attached as Exhibit 15.

17. I affirm that a true and correct copy of a document provided by The Hartford and represented as notes prepared by Jennifer Ames is attached as Exhibit 16.

18. I affirm that a true and correct copy of a Vernon Police Department incident report, dated January 23, 2002, is attached as Exhibit 17.

19. I affirm that a true and correct copy of a document issued by The Hartford entitled, "The Hartford Code of Corporate Conduct, 2000 Edition," is attached as Exhibit 18.

20. I affirm that a true and correct copy of a document issued by The Hartford entitled, "Data/Info Confidentiality and Security Policy," is attached as Exhibit 19.

21. I affirm that a true and correct copy of page 1 of a document issued by The Hartford entitled, "Information Protection," is attached as Exhibit 20.

22. I affirm that a true and correct copy of the deposition transcript pages included herein from the August 29, 2003, deposition of Jennifer Ames, is attached as Exhibit 21.

23. I affirm that a true and correct copy of handwritten notes produced in response to a request regarding Robert Begley is attached as Exhibit 22.

24. I affirm that a true and correct copy of a Conviction Information Request, dated February 19, 2003, regarding Ferron Shorter Jr. is attached as Exhibit 23.

25. I affirm that a true and correct copy of each of the cited pages of a hearing transcript dated August 5, 2002, in the matter of Ferron Shorter Jr. v. MaryAnne Rhodes, Case No. FA02-0516031, is attached as Exhibit 24.

_____
Rachel M. Baird (ct12131)


Subscribed and sworn to before me on this 22nd day of March, 2004.

_____
Notary Public
My Commission Expires: