UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

FERRON SHORTER JR.,

    Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP, INC., MARYANNE RHODES,

    Defendants.

2004 MAR 29 P 4: 02

CASE NO.: 3:03CV0149(WIG)
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MARCH 29, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE LOCAL RULE 56(a)(2) STATEMENT

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b) of this District, moves for an extension of seven (7) days, until April 5, 2004, to file a Local Rule 56(a)(2) Statement. In support of this motion, Plaintiff represents and offers as good cause:

1. The time for Plaintiff to respond to Defendant The Hartford's Motion for Summary Judgment filed on January 23, 2004, was extended fourteen (14) days from February 13, 2004, to February 27, 2004, by telephonic status conference held on February 5, 2004.

2. Plaintiff filed a second and third motion to respond to Defendant The Hartford's Motion for Summary Judgment and Plaintiff's response to both Defendants' Motions for Summary Judgment was due March 22, 2004.

3. Plaintiff filed a response and objection to Defendants' Motions for Summary Judgment on March 22, 2004, with Affidavits in Support and Exhibits.

4. On March 22, 2004, Plaintiff filed a Motion for Extension of Time until March 29, 2004, to file responses to the fifty-seven (57) statements set forth by Defendant Rhodes as undisputed material facts and the thirty-nine (39) statements set forth by Defendant Rhodes as

statements of material fact.

5. Plaintiff requests an additional seven (7) days, or until April 5, 2004, to complete Plaintiff's Local Rule 56(a)(2) Statement of Disputed Facts so that Plaintiff's entire Local Rule 56 (a) document may be filed on April 5, 2004.

6. As good cause, undersigned asserts the following:

The undersigned has sole responsibility for the following currently active federal cases pending in federal court at various stages of discovery and pretrial pleadings:

Branciforte v. Town of Middletown, et al.
Mrs. B. v. Town of Litchfield, et al.
Cablevision v. Grochowski
Saviano v. Town of Westport
Novak v. Rite Aid of CT
Solomon v. Hartford Hospital, et al.

The undersigned has sole responsibility for the following currently active cases pending in state court:

F&G Recycling v. Albreada Waste, et al.
State of CT v. Bayer
Dell v. State of Connecticut
State of CT v. Roy Dell
Saviano v. New Milford Inland Wetlands Committee
Flaharty, et al. v. Hirschfeld, et al.
Bruno v. Kulha
Koff v. Kuchta

The above-referenced cases comprise less than 50% of the undersigned's daily practice. Plaintiff's request for an additional seven (7) days rests upon the undersigned's desire to provide the Plaintiff, who was left without livelihood or income following his termination from The Hartford, with the best chance at justice that his resources and the undersigned's allow.

2

PLAINTIFF
FERRON SHORTER JR.

BY: _____
Rachel M. Baird
(Fed. Bar No. 12131)
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992

## CERTIFICATION

I HEREBY CERTIFY THAT the foregoing Plaintiff's Motion for Extension of Time was mailed, first-class, postage-paid, on March 29, 2004, to:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

_____
Rachel M. Baird

3