UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED

2004 APR 15  A 10: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

FERRON SHORTER JR.
    Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP,
INC. and MARYANNE RHODES
    Defendants.

CIVIL NO.: 303 CV 0149(WIG)

APRIL 14, 2004

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civil Procedure 7(b), Defendant Hartford Financial Services Group, Inc. ("The Hartford") respectfully moves for an extension of time of ten (10) days, up to and including April 30, 2004 to file its Reply Brief in Further Support of Its Motion for Summary Judgment dated January 23, 2004.

1. Defendant filed its Motion for Summary Judgment on January 23, 2004. Plaintiff's objection to Defendant's Motion for Summary Judgment was due on or before February 13, 2004. Plaintiff sought three extensions of time to file his Opposition Memorandum of Law, which he filed on March 22, 2004. Plaintiff then sought two additional extensions of time to file his Local Rule 56(a)(2) Statement, which he ultimately filed on April 5, 2004.

2. Based on the filing of Plaintiff's Local Rule 56(a)(2) Statement, Defendant's Reply Memorandum is currently due on April 20, 2004.

3. Plaintiff's Local Rule 56(a)(2) Statement contains 116 statements of purported disputed facts and his Opposition Memorandum consists of 32 pages of legal analysis.

1

Moreover, Defendant did not receive Plaintiff's Local Rule 56(a)(2) Statement until Thursday, April 8, 2004, three days after it was filed. Defendant needs additional time in which to properly analyze and respond to the factual and legal issues raised by Plaintiff's Opposition Memorandum and Local Rule 56(a)(2) Statement.

    4.    This is Defendant's first such motion for enlargement of time filed in this case.

    5.    The undersigned has contacted counsel for Plaintiff who has no objection to this motion.

WHEREFORE, Defendant respectfully moves for a ten (10) day extension of time, up to and including April 30, 2004, to file its Reply Memorandum.

DEFENDANT,
HARTFORD FINANCIAL SERVICES GROUP, INC.

By: _____
Margaret J. Strange (ct08212)
James F. Shea (ct16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Phone: (860) 522-0404
Fax: (860) 247-1330
email: strangem@jacksonlewis.com
email: sheaj@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 14th day of April 2004, to the following counsel of record:

>Rachel M. Baird
>Law Office of Rachel M. Baird
>379 Prospect Street
>Torrington, CT 06790
>(860) 626-9991
>Attorney for Plaintiff

>David L. Metzger
>Metzger & Associates
>25 Capitol Avenue
>Hartford, CT 06106-1707
>Ph. (860) 549-5026
>Attorney for Defendant Maryanne Rhodes

_____
James F. Shea

H:\Client Folder\H\The Hartford\Shorter\Pld\MSJ\Motion to Extend Time Reply.DOC
64532