UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER, JR. : | |
| Plaintiff, : | |
| : | Civil Action No. 3:03 CV 0149 (CFD) |
| v. : | |
| HARTFORD FINANCIAL SERVICES : | |
| GROUP, INC.; and MARYANNE : | |
| RHODES : | |
| Defendants. : | April 19, 2004 |

**DEFENDANT MARYANNE RHODES' MOTION FOR EXTENSION OF TIME
TO REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(b), Maryanne Rhodes requests additional time to file her reply to Plaintiff's Memorandum of Law in Support of Objection to Defendant Hartford Financial Services Group, Inc.'s and Defendant Maryann Rhodes' Motion for Summary Judgment and Plaintiff's Local Rule 56 (a)(2) Statement ("Reply").  Ms. Rhodes requests a twenty-one (21) day extension of time, through and including May 10, 2004 to file the Reply

This is Ms. Rhodes first request for an extension of time as to this limitation.

Defendant's counsel has consulted with opposing counsel, who indicated that she does not have any objection to this motion.

WHEREFORE, Maryanne Rhodes hereby respectfully request that the motion for

extension of time be granted.

                                **DEFENDANT,**
                                **MARYANNE RHODES**

BY: _____
David L. Metzger (ct02035)
Metzger & Associates
25 Capitol Avenue
Hartford, CT 06106
Tel. (860) 549-5026
Fax (860) 549-5224
E-Mail: dmetzger@snet.net

## CERTIFICATION OF SERVICE

This is to certify that a copy of this motion for extension of time was sent by first class mail, postage prepaid, on this the 19th day of April 2004 to the following counsel of record:

    Rachel M. Baird
    Law Office of Rachel M. Baird
    379 Prospect Street
    Torrington, CT  06790
    Phone: (860) 626-9991

    Margaret J. Strange & James F. Shea
    Jackson Lewis LLP
    55 Farmington Avenue, Suite 1200
    Hartford, CT  06105
    Phone:  (860) 522-0404

    _____
    David L. Metzger