

**FILED**

2004 APR 20 A 10: 18

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FERRON SHORTER, JR.

   Plaintiff,

v.

Civil Action No. 3:03 CV 0149 (CFD) WIG

HARTFORD FINANCIAL SERVICES GROUP, INC.; and MARYANNE RHODES

   Defendants.

April 19, 2004

## DEFENDANT MARYANNE RHODES' MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 9(b), Maryanne Rhodes requests additional time to file her reply to Plaintiff's Memorandum of Law in Support of Objection to Defendant Hartford Financial Services Group, Inc.'s and Defendant Maryann Rhodes' Motion for Summary Judgment and Plaintiff's Local Rule 56 (a)(2) Statement ("Reply"). Ms. Rhodes requests a twenty-one (21) day extension of time, through and including May 10, 2004 to file the Reply

This is Ms. Rhodes first request for an extension of time as to this limitation. Defendant's counsel has consulted with opposing counsel, who indicated that she does not have any objection to this motion.

*[Handwritten annotations: "to May 10, 2004", "4/23/04", "(3) Motion GRANTED", "WARREN W. EGINTON, Senior United States District Judge"]*