UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER JR. <br> Plaintiff, <br><br> v. <br><br> HARTFORD FINANCIAL SERVICES GROUP, INC. and MARYANNE RHODES <br> Defendants. | CIVIL NO.: 303 CV 0149(WIG) <br><br><br> APRIL 30, 2004 |

### DEFENDANT'S MOTION FOR PERMISSION TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7(d), Defendant Hartford Financial Services Group, Inc. ("The Hartford") respectfully moves this Court for permission to exceed the Court's ten page limitation in filing its Reply Memorandum of Law in Support of Motion for Summary Judgment. Plaintiff's Objection to Motion for Summary Judgment is 32 pages long and is supported by two affidavits, including the Affidavit of Ferron Shorter, which is 13 pages long and consists of 89 paragraphs, and Plaintiff's Local Rule 56(a)(2) Statement, which is 22 pages long and consists of 116 paragraphs. Plaintiff also relies on extensive documentary evidence, his own deposition testimony and the testimony of Lisa Anderson and Jennifer Haber. Defendant's Reply Memorandum, which is filed herewith, consists of approximately 11.5 pages.

WHEREFORE, The Hartford seeks permission to exceed the Court's ten page limitation by filing a Reply Memorandum consisting of 11.5 pages.

                        THE DEFENDANT,
                        HARTFORD FINANCIAL SERVICES
                        GROUP, INC.

By:    */s/ Margaret J. Strange*
       Margaret J. Strange (ct08212)
       James F. Shea (ct16750)
       Jackson Lewis LLP
       55 Farmington Avenue, Suite 1200
       Hartford, CT  06105
       Phone: (860) 522-0404/Fax: (860) 247-1330
       email: strangem@jacksonlewis.com
       email: sheaj@jacksonlewis.com

2

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 30th day of April 2004, to the following counsel of record:

>Rachel M. Baird
>Law Office of Rachel M. Baird
>379 Prospect Street
>Torrington, CT 06790
>(860) 626-9991
>Attorney for Plaintiff

>David L. Metzger
>Metzger & Associates
>25 Capitol Avenue
>Hartford, CT 06106-1707
>Ph. (860) 549-5026
>Attorney for Defendant Maryanne Rhodes

_____
Margaret J. Strange

H:\Client Folder\H\The Hartford\Shorter\Pld\MSJ\Motion to Exceed Pg Limit.doc
64532