UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -4  P 2: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

FERRON SHORTER, JR.,           :     3:03CV0149 (WIG)
    Plaintiff,                 :
                               :
v.                             :
                               :
HARTFORD FINANCIAL SERVICES    :
GROUP, INC.; and MARYANNE      :
RHODES,                        :
    Defendants                 :

### ORDER

The margin endorsement (Doc. #69) granting defendant Maryanne Rhodes' motion for extension of time to reply to plaintiff's objection to motion for summary judgment (Doc. #68) is hereby VACATED.

SO ORDERED this 4th day of May, 2004, at Bridgeport, Connecticut.

_____

WARREN W. EGINTON, Senior U.S. District Judge