UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
FERRON SHORTER JR.                  :
    Plaintiff,                    :
                                   :  CIVIL NO.: 303 CV 0149(WIG)
v.                                  :
                                   :
HARTFORD FINANCIAL SERVICES GROUP,  :
INC. and MARYANNE RHODES             :
    Defendants.                   :  May 10, 2004
_____:

**DEFENDANT MARYANNE RHODES'**
**MOTION TO STRIKE THE AFFIDAVIT OF FERRON SHORTER JR.**

Defendant MaryAnne Rhodes ("Rhodes"), pursuant to Rules 12 (f) and 56 (c) of the Federal Rules of Civil Procedure and Local Rule 56 (a)(3), hereby moves to strike all or portions of the Affidavit of Ferron Shorter, Jr. that was filed by Plaintiff in support of his objection to the defendants' motions for summary judgment.

In support of her motion to strike, Rhodes submits the accompanying memorandum of law.

**DEFENDANT,**
**MARYANNE RHODES**

By_____
   David L. Metzger, Esq. (ct02035)
   Metzger & Associates
   25 Capitol Avenue
   Hartford, CT  06106
   (860) 549-5026

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was hand-delivered on this 10th day of May 2004, to the following counsel of record:

>Rachel M. Baird
>Law Office of Rachel M. Baird
>379 Prospect Street
>Torrington, CT 06790
>
>Margaret J. Strange
>James F. Shea
>Jackson Lewis LLP
>55 Farmington Avenue, Suite 1200
>Hartford, CT  06105

>_____
>David L. Metzger