UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

May 10, 2004

10:00 a.m.

*Held 4 hours*

CASE NO. **3:03cv149 (WIG)**   <u>Ferron Shorter, Jr., vs. Hartford Financial Services Group, Inc., et al</u>

Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Bldg.
379 Prospect St.
Torrington, CT 06790-5239

avid L. Metzger
Metzger & Richters
25 Capitol Ave.
Hartford, CT 06106-1707

James F. Shea
Jackson Lewis - Htfd, CT
55 Farmington Ave. Ste 1200
Hartford, CT 06105

Margaret J. Strange
Jackson Lewis - Htfd, CT
55 Farmington Ave. Ste 1200
Hartford, CT 06105

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK