UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:03CV0149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., MARYANNE RHODES, | : | |
| | : | |
| Defendants. | : | JUNE 1, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b)(1)(a) of this District, moves for an extension of thirty (30) days, until June 30, 2004, to file an Objection to Defendant MaryAnne Rhodes' Motion to Strike Plaintiff's Affidavit supporting his objection to Defendant Rhodes' Motion for Summary Judgment.

1. The time for Plaintiff to respond to Defendant Rhodes' Motion to Strike expires on June 1, 2004.

2. The instant motion for extension is Plaintiff's first such motion regarding Defendant Rhodes' Motion to Strike.

3. Plaintiff's counsel has inquired of opposing counsel and represents that undisputed material facts and the thirty-nine (39) statements set forth by Defendant Rhodes as statements of material fact.

WHEREFORE, Plaintiff respectfully requests an extension of time to respond to Defendant Rhodes' Motion to Strike until June 30, 2004.

        PLAINTIFF
        FERRON SHORTER JR.

BY: _____
        Rachel M. Baird
        (Fed. Bar No. 12131)
        Law Office of Rachel M. Baird
        379 Prospect Street
        Torrington CT 06790-5239
        Tel: (860) 626-9991
        Fax: (860) 626-9992

## CERTIFICATION

I HEREBY CERTIFY THAT the foregoing Plaintiff's Motion for Extension of Time was mailed, first-class, postage-paid, on June 1, 2004, to:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

        _____
        Rachel M. Baird