## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER JR., : | |
| : | |
| Plaintiff, : | CASE NO.: 3:03CV0149(WIG) |
| : | |
| v. : | |
| : | |
| HARTFORD FINANCIAL SERVICES GROUP, : | |
| INC., MARYANNE RHODES, : | |
| : | |
| Defendants. : | JUNE 30, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b)(1) of this District, moves for an extension of nine (9) days, until July 9, 2004, to file an Objection to Defendant MaryAnne Rhodes' Motion to Strike Plaintiff's Affidavit supporting his objection to Defendant Rhodes' Motion for Summary Judgment.

1. The extended time for Plaintiff to respond to Defendant Rhodes' Motion to Strike expires on June 30, 2004.

2. The instant motion for extension is Plaintiff's second such motion regarding Defendant Rhodes' Motion to Strike.

3. Plaintiff's first motion for an extension of time was for a period of thirty (30) days.

4. Plaintiff's counsel has inquired of opposing counsel and represents that counsel for Defendant Rhodes stated no objection and counsel for Defendant Hartford Financial Services Group stated an objection.

5. As good cause for this second motion, the undersigned represents that during the past month counsel filed two matters, <u>H & U, Inc. v. Toyota Motor Sales, USA, Inc.</u>, Case No. 03:04cv942 and <u>N.M., *MD* v. Berkshire Medical Center, et al.</u>, Case No. 03:04cv0126, the latter of which was of an emergency nature requiring a temporary restraining order, and both of which required an unanticipated consumption of resources and time not foreseen when the first motion for extension of time regarding Defendant Rhodes' motion was filed.

6. In addition, the undersigned completed a trial on Monday, June 28, 2004, in the Superior Court at Hartford, and an extension of nine (9) days will allow the undersigned time to finish the portion of Plaintiff's response that would have been prepared on June 28, 2004.

For the foregoing reasons, Plaintiff respectfully requests an extension of nine (9) days until July 9, 2004.

            PLAINTIFF
            FERRON SHORTER JR.


BY: _____
    Rachel M. Baird
    (Fed. Bar No. 12131)
    Law Office of Rachel M. Baird
    379 Prospect Street
    Torrington CT 06790-5239
    Tel: (860) 626-9991
    Fax: (860) 626-9992

**CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed, first-class, postage-paid, on June 30, 2004, to:

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

_____
Rachel M. Baird
