## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:03CV0149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., MARYANNE RHODES, | : | |
| | : | |
| Defendants. | : | JULY 9, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b)(1) of this District, moves for an extension of fourteen (14) days, until July 23, 2004, to file an Objection to Defendant MaryAnne Rhodes' Motion to Strike Plaintiff's Affidavit supporting his objection to Defendant Rhodes' Motion for Summary Judgment.

1. The extended time for Plaintiff to respond to Defendant Rhodes' Motion to Strike expires on July 9, 2004.

2. The instant motion for extension is Plaintiff's third such motion regarding Defendant Rhodes' Motion to Strike.

3. Plaintiff's first motion for an extension of time was for a period of thirty (30) days.

4. Plaintiff's second motion for an extension of time was for a period of nine (9) days.

5. Plaintiff's counsel has inquired of opposing counsel and represents that counsel for Defendant Rhodes stated no objection and counsel for Defendant Hartford Financial Services Group objects to any extension of time to object.

6.      As good cause for this second motion, the undersigned represents that during the past two weeks matters which commenced during the time period previous to the second continuance, and described in that request, have continued to consume unanticipated resources and time.

For the foregoing reasons, Plaintiff respectfully requests an extension of fourteen (14) days until July 23, 2004.

                        PLAINTIFF
                        FERRON SHORTER JR.

BY: _____
      Rachel M. Baird
      (Fed. Bar No. 12131)
      Law Office of Rachel M. Baird
      379 Prospect Street
      Torrington CT 06790-5239
      Tel: (860) 626-9991
      Fax: (860) 626-9992

## **CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed, first-class, postage-paid, on July 9, 2004, to:

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

                                                                    Rachel M. Baird