United States District Court
District of Connecticut
FILED AT | BRIDGEPORT
7/23/04    20
Kevin F Rowe, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER JR.,                 :
                                    :
        Plaintiff,                  :        Case No. 3:03CV0149(WIG)
                                    :
        v.                          :
                                    :
HARTFORD FINANCIAL SERVICES         :
GROUP, INC., MARYANNE RHODES,       :
                                    :
        Defendants.                 :        JULY 26, 2004

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that a copy of Exhibit 1 and Exhibit 2 to the Second Affidavit of

Ferron Shorter Jr. filed on July 23, 2004, in support of Plaintiff's Objection to Defendant

MaryAnne Rhodes' Motion to Strike, were served on July 26, 2004, by first-class mail to the

following counsel of record:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

_____
Rachel M. Baird