UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------------------x
FERRON SHORTER, Jr.              :
                                 :
        Plaintiff,               :    CIVIL ACTION NO.
                                 :    3:03-cv-0149 (WIG)
    v.                           :
                                 :
HARTFORD FINANCIAL               :
SERVICES GROUP, INC.,            :
and MARY ANNE RHODES             :
                                 :
        Defendants               :
---------------------------------------------x
```

**TRIAL SCHEDULING ORDER**

Pursuant to a status conference with the parties, the Court hereby issues the following scheduling order:

1. The defendants shall file their motions in limine regarding post-termination evidence and/or bifurcation on or before September 30, 2004;

2. The parties shall file, in accordance with the Trial Memorandum Order, a Joint Trial Memorandum on or before December 10, 2004;

3. Jury selection will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on Wednesday, January 19, 2005 at 9:30 a.m. The jury selection courtroom is yet to be decided, thus counsel are directed to report to Chambers in Room 429 unless they are otherwise informed. A final pre-trial conference will be held at the conclusion of jury selection.

4. A six-day jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport,

Connecticut on Monday, January 24, 2005 at 9:30 a.m.

    5.    The deadlines established herein may not be modified by agreement of counsel. These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause, which motion shall be filed no later than five (5) business days before the date from which counsel seeks an extension.

    So ordered this 26th day of August, 2004, at Bridgeport, Connecticut.

                                           */S/ William I. Garfinkel*
                                           William I. Garfinkel
                                           U.S. Magistrate Judge