UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER JR.<br>　　Plaintiff, | :<br>:<br>: |
| v. | : CIVIL NO.: 303 CV 0149(WIG)<br>:<br>: |
| HARTFORD FINANCIAL SERVICES GROUP,<br>INC. and MARYANNE RHODES<br>　　Defendants. | :<br>:<br>:<br>: September 29, 2004 |

### DEFENDANT MARYANNE RHODES' MOTION IN LIMINE

Defendant MaryAnne Rhodes ("Rhodes"), pursuant to the Trial Scheduling Order dated August 26, 2004 and Rules 401, 402 and 403 of the Federal Rules of Evidence, respectfully submits this motion in limine to exclude evidence of events that occurred after January 23, 2002, the date upon which The Hartford terminated the Plaintiff's employment. In support of this motion, Rhodes submits the accompanying memorandum of law.

　　　　　　　　　　　　　　　　　　DEFENDANT,
　　　　　　　　　　　　　　　　　　MARYANNE RHODES


　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　David L. Metzger, Esq. (ct02035)
　　　　　　　　　　　　　　　　　　　Metzger & Associates
　　　　　　　　　　　　　　　　　　　25 Capitol Avenue
　　　　　　　　　　　　　　　　　　　Hartford, CT  06106
　　　　　　　　　　　　　　　　　　　(860) 549-5026

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 29th day of September 2004, to the following counsel of record:

>Rachel M. Baird
>Law Office of Rachel M. Baird
>379 Prospect Street
>Torrington, CT 06790
>
>Margaret J. Strange
>James F. Shea
>Jackson Lewis LLP
>55 Farmington Avenue, Suite 1200
>Hartford, CT  06105

>_____
>David L. Metzger