UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:03CV0149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., MARYANNE RHODES, | : | |
| | : | |
| Defendants. | : | OCTOBER 21, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b) of this District, moves for an extension of four (4) days, until October 25, 2004, to file Objections to (1) Defendant Hartford Financial Services Group, Inc. ("The Hartford")'s Motion to Bifurcate and Motion in Limine to Preclude Post-Termination Communications Between Plaintiff Ferron Shorter, Jr. (doc. ##89,90) and (2) Defendant MaryAnne Rhodes' Motion in Limine to Exclude Evidence of Events After January 23, 2002 (doc. #88). Presently, Plaintiff's objections are due October 21, 2004.

1.   The instant motion is Plaintiff's initial motion for an extension of time regarding the above-referenced objections.

2.   Defendant The Hartford's counsel does not object to an extension until October 25, 2004, for Plaintiff to file objections.

3.   The undersigned has not received a responsive position from Defendant MaryAnne Rhodes' counsel regarding an extension until October 25, 2004, for Plaintiff to file objections.

4.     Plaintiff claims as good cause the necessity of filing a complaint and application for prejudgment remedy prior to the end of October of 2004 in another matter (D.M., et. al. v. DeSisto Schools, Inc., et al., Case No. 3:04CV1718(SRU)) and preparation for a trial scheduled for October of 2004 which settled at jury selection (Novak v. Rite Aid, Case No. 3:02CV1508(MRK)), both matters, in addition to a routine caseload, requiring a substantial amount of time during the past twenty-one (21) days.

For the foregoing reasons, Plaintiff respectfully requests an extension of four (4) days until October 25, 2004.

                                                                 PLAINTIFF
                                                                 FERRON SHORTER JR.

BY:    _____
        Rachel M. Baird
        (Fed. Bar No. 12131)
        Law Office of Rachel M. Baird
        379 Prospect Street
        Torrington CT 06790-5239
        Tel: (860) 626-9991
        Fax: (860) 626-9992
        Email:  bairdlawoffice@aol.com

**CERTIFICATION**

    I HEREBY CERTIFY THAT the foregoing Plaintiff's Motion for Extension of Time was mailed, first-class, postage-paid, on October 21, 2004, to:

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

                                                                                                                _____
                                                                                                                 Rachel M. Baird