UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:03CV0149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., et al., | : | |
| | : | |
| Defendants. | : | OCTOBER 26, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7(b) of this District, moves for an extension of one (1) day, until October 26, 2004, to file Objections to (1) Defendant Hartford Financial Services Group, Inc. ("The Hartford")'s Motion to Bifurcate and Motion in Limine to Preclude Post-Termination Communications Between Plaintiff Ferron Shorter, Jr. (doc. ##89,90) and (2) Defendant MaryAnne Rhodes' Motion in Limine to Exclude Evidence of Events After January 23, 2002 (doc. #88).

Plaintiff's Memorandum in Opposition to the above-referenced Defendants' motions is filed at the same time as this request for extension.

1. The instant motion is Plaintiff's second motion for an extension of time regarding the above-referenced objections.

2. Plaintiff's initial request extended the due date from October 21, 2004, to October 25, 2004.

3. Defendant The Hartford's counsel does not object to an extension until October 26, 2004, for Plaintiff to file a response.

4.     The undersigned has not received a responsive position from Defendant MaryAnne Rhodes' counsel regarding an extension until October 26, 2004, for Plaintiff to file objections.

5.     Plaintiff claims as good cause a technical problem involving finding a notary public to sign the affidavit submitted with the memorandum and driving the distance from Torrington to Bridgeport by 5 P.M. on October 25, 2004.

For the foregoing reasons, Plaintiff respectfully requests an extension of one (1) day until October 26, 2004, and represents that the response has been filed on the same date of the instant motion.

PLAINTIFF
FERRON SHORTER JR.


BY: _____
Rachel M. Baird
(Fed. Bar No. 12131)
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992
Email:  bairdlawoffice@aol.com

**CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed, first-class, postage-paid, and transmitted by facsimile on October 26, 2004, to:

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106
Fax: (860) 549-5226

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105
Fax: (860) 247-1330

_____
Rachel M. Baird