**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:03CV0149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES | : | |
| GROUP, INC., et al., | : | |
| | : | |
| Defendants. | : | OCTOBER 26, 2004 |

## FOURTH AFFIDAVIT OF RACHEL M. BAIRD

Rachel M. Baird, being duly sworn and according to law, deposes and states:

1.  I represent Ferron Shorter Jr., and appear on his behalf, in the above-referenced matter. This Affidavit is submitted in support of Plaintiff's Memorandum of Law in Opposition to Defendant Hartford Financial Services Group, Inc.'s Motion to Bifurcate (doc. #89) and Motion in Limine (doc. #90) and Defendant MaryAnne Rhodes' Motion in Limine (doc. #88).

2.  I affirm that a true and correct copy of a Conviction Information Request response from the State of Connecticut, Department of Public Safety, dated February 19, 2003, is attached as Exhibit 1.

3.  I affirm that true and correct copies of (a) a letter from Rachel M. Baird to Jennifer Ames Haber, dated January 29, 2002; (b) a letter from Rachel M. Baird to Lisa Anderson, dated February 21, 2002; (c) a letter from Ian Veitzer to Rachel M. Baird, dated March 11, 2002; (d) a letter from Rachel M. Baird to Ian Veitzer, dated May 7, 2002; and (e) a letter from Ian Veitzer to Rachel M. Baird, dated June 14, 2002, are attached as Exhibit 2.

4.  I affirm that true and correct copies of the documents submitted by Defendant Hartford Financial Services Group, Inc. ("The Hartford") as an exhibit to its answer to Plaintiff's

complaint before the Connecticut Commission on Human Rights and Opportunities regarding

court proceedings at the Superior Court at Geographical Area #14 for the State of Connecticut on

January 29, 1996, May 12, 1996, and May 13, 1996, obtained by The Hartford on February 4,

2002, are attached as Exhibit 3.

　　5.　 I affirm that a true and correct copy of <u>Liberty Environmental Systems, Inc. v. County of</u>

<u>Westchester</u>, No. 94 CIV. 7431(WK), 2000 WL 1341403 (S.D.N.Y., Sept. 15, 2000), is attached

as Exhibit 4.

　　6.　 I affirm that a true and correct copy of a letter sent from Defendant MaryAnne Rhodes to

Plaintiff in on or about March 1, 2002, is attached as Exhibit 5.

　　7.　 I affirm that true and correct copies of pages seven and eight of the hearing transcript in

the matter of <u>Ferron Shorter Jr. v. MaryAnne Rhodes</u>, Docket No. FA-02-0516031 (Conn. Supr.

Ct. Jud. Dist. of Hartford, Aug. 5, 2002), are attached as Exhibit 6.


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Rachel M. Baird (ct12131)



Subscribed and sworn to before me on this 26ᵗʰ October, 2004.



_____
Notary Public
My Commission Expires:

## **CERTIFICATION**

I HEREBY CERTIFY that a copy of the foregoing Fourth Affidavit of Rachel M. Baird,

including exhibits one through six, was mailed first-class, postage paid and transmitted by

facsimile to the following counsel of record on October 26, 2004:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105
Fax:  (860) 247-1330

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106
Fax:  (860) 549-5226

_____
Rachel M. Baird