# EXHIBIT 1

<u>Ferron Shorter Jr. v. Hartford Financial Services Group, Inc.</u>,
Case No. 3:03CV0149(WIG)

<u>Plaintiff's Memorandum in Opposition to Defendant Hartford Financial Services Group, Inc.'s Motion to Bifurcate (doc. #89) and Motion in Limine (doc. #90) and Defendant MaryAnne Rhodes' Motion in Limine (doc. #88)</u>

October 26, 2004



# STATE OF CONNECTICUT

DEPARTMENT OF PUBLIC SAFETY
State Police Bureau of Identification
1111 Country Club Road
P. O. Box 2794
Middletown, CT 06457-9294

FERRON SHORTER JR                                    Wednesday, February 19, 2003

3-11 FOREST GLEN CIRCLE
MIDDLETOWN        CT      06457

RE: Conviction Information Request        48293 - 1    - No Record Found

Please be advised that a search of the files of the Connecticut State Police Bureau of Identification (SPBI)

for a criminal conviction record on subject:

SHORTER, FERRON   DOB    9/26/1967

has resulted in no record found. This search was based on the information provided.

slb

*An Equal Opportunity Employer*

P73