UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR. | : | |
| Plaintiff, | : | |
| | : | CIVIL NO.: 303 CV 0149(WIG) |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, | : | |
| INC. and MARYANNE RHODES | : | |
| Defendants. | : | November 30, 2004 |

## DEFENDANT'S MOTION TO EXTEND TIME TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Local Rule 7(b) of this Court, Hartford Financial Services Group, Inc. ("Defendant") respectfully requests an extension of time of fourteen (14) days for the parties to file their Joint Trial Memorandum. In support of this motion, Defendant states:

1.    The Court's scheduling order of August 27, 2004 set the following deadlines: 1) Defendants' Motion in Limine and Motion to Bifurcate due by September 30, 2004; 2) parties' Joint Trial Memorandum due by December 10, 2004; 3) jury selection held on January 19, 2005; and 4) jury trial commencing on January 24, 2005.

2.    The Defendants' filed their Motion in Limine and Motion to Bifurcate on September 30, 2004. Plaintiff filed her opposition brief on October 26, 2004. Defendants then filed their reply memoranda in support of their motions. The Court has not yet ruled on Defendants' motions.

**ORAL ARGUMENT NOT REQUESTED**

3.    Given the difficulties in preparing the Joint Trial Memorandum in light of Defendants' outstanding motions, Defendant requests an extension of time of fourteen (14) days to file the Joint Trial Memorandum.

4.    The requested extension of time to file the Joint Trial Memorandum will not delay jury selection or the commencement of trial.

5.    The undersigned counsel has contacted Attorneys Baird and Metzger who consent to the granting of this motion.

WHEREFORE, Defendant respectfully moves for a fourteen day (14) day extension of time to file the parties' Joint Trial Memorandum.


DEFENDANT,
HARTFORD FINANCIAL SERVICES
GROUP, INC.

By:    _____
Margaret J. Strange (ct08212)
James F. Shea (ct16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT  06105
(860) 522-0404
email: strangem@jacksonlewis.com
email: sheaj@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 30th day of November 2004, to the following counsel of record:

Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington, CT 06790
Ph. (860) 626-9991
Attorney for Plaintiff

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Avenue
Hartford, CT 06106-1707
Ph. (860) 549-5026
Attorney for Defendant Maryanne Rhodes

James F. Shea

H:\Client Folder\H\The Hartford\Shorter\Trial\Motion to Extend Time Jt Trial Report DOC
64532

3