## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., et al., | : | |
| | : | |
| Defendants. | : | DECEMBER 28, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Rule 7 of this District, moves for an extension of seven (7) days, until January 3, 2005, to file a Joint Trial Memorandum.

1. Pursuant to an Order of the Court, a Joint Trial Memorandum (JTM) was due in the above-referenced matter on December 27, 2004.

2. Plaintiff understands from counsel for Defendant Hartford Financial Services Group, Inc. ("The Hartford") that The Hartford has completed its portion of the JTM.

3. Plaintiff's counsel requires until January 3, 2005, to complete her portion of the JTM due to a state court appellate filing due by January 5, 2005, and the number of state criminal court appearances and hearings arising prior to the arraignment and special proceedings only week in state court of December 24, 2004, through December 30, 2004.

4. Undersigned counsel represents that The Hartford's counsel does not object to Plaintiff's instant motion.

2

        PLAINTIFF
        FERRON SHORTER JR.


BY:    _____
        Rachel M. Baird
        (Fed. Bar No. 12131)
        Law Office of Rachel M. Baird
        379 Prospect Street
        Torrington CT 06790-5239
        Tel: (860) 626-9991
        Fax: (860) 626-9992
        Email: bairdlawoffice@aol.com


## **CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed, first-class, postage-paid, on December 28, 2004, to:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106


        _____
        Rachel M. Baird