UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

FERRON SHORTER JR.
    Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP,
INC. and MARYANNE RHODES
    Defendants.

CIVIL NO.: 303 CV 0149 (WIG)

JANUARY 12, 2005

---

## VERDICT FORM

A.    Count One: Sexual Harassment

    1.    Did Mr. Shorter prove that Ms. Rhodes engaged in intentional conduct based on Mr. Shorter's sex?

         Yes \_\_\_\_            No \_\_\_\_

         **If your answer to Question A(1) is "yes", please proceed to Question A(2).**
         **If your answer to Question A(1) is "no", you must find in favor of The Hartford on Count One. Therefore, please proceed to Section B.**

    2.    Did Mr. Shorter prove that Ms. Rhodes' conduct was sufficiently severe and pervasive that it created an abusive and hostile work environment?

         Yes \_\_\_\_            No \_\_\_\_

         **If your answer to Question A(2) is "yes", please proceed to Question A(3).**
         **If your answer to Question A(2) is "no", you must find in favor of The Hartford on Count One. Therefore, please proceed to Section B.**

    3.    Did Mr. Shorter prove that The Hartford either provided no reasonable avenue for him to complain about Ms. Rhodes' conduct or that The Hartford knew of Ms. Rhodes' conduct and did nothing about it.

         Yes \_\_\_\_            No \_\_\_\_

      **If your answer to Question A(3) is "yes", please proceed to Question A(4).**
      **If your answer to Question A(3) is "no", you must find in favor of The Hartford on Count One. Therefore, please proceed to Section B.**

4. What amount of damages do you find that Mr. Shorter has proven by a preponderance of the evidence that The Hartford caused. Please write that amount on the line below.

    $_____

    **Please proceed to Section B.**

B. <u>Counts Two, Three and Six: Race and Sex Discrimination</u>

1. Did Mr. Shorter prove that The Hartford terminated him under circumstances which suggest that his race and/or sex may have been a factor in The Hartford's decision.

    Yes ____          No ____

    **If your answer to Question B(1) is "yes", please proceed to Question B(2).**
    **If your answer to Question B(1) is "no", you must find in favor of The Hartford on Counts Two, Three and Six. Therefore, please proceed to Section C.**

2. Did The Hartford provide you with a non-discriminatory reason for its decision to terminate Mr. Shorter?

    Yes ____          No ____

    **If your answer to Question B(2) is "yes", please proceed to Question B(3).**
    **If your answer to Question B(2) is "no", please proceed to Question B(4).**

3. Did Mr. Shorter prove that the reason provided by The Hartford for Mr. Shorter's termination was not the real reason for its decision?

    Yes ____          No ____

    **If your answer to Question B(3) is "yes", please proceed to Question B(4).**
    **If your answer to Question B(3) is "no", you must find in favor of The Hartford on Counts Two, Three and Six. Therefore, please proceed to Section C.**

4. Did Mr. Shorter prove that the real reason for The Hartford's decision to terminate him was due to his race and/or sex?

Yes \_\_\_\_    No \_\_\_\_

**If your answer to Question B(4) is "yes", please proceed to Question B(5).**
**If your answer to Question B(4) is "no", you must find in favor of The Hartford on Counts Two, Three and Six. Therefore, please proceed to Section C.**

5. What amount of damages do you find that Mr. Shorter has proven by a preponderance of the evidence that The Hartford caused. Please write that amount on the line below.

   $_____

**Please proceed to Section C.**

C. <u>Counts Four and Seven: Retaliation</u>

1. Did Mr. Shorter prove that Robert Begley contacted him in April 2003 and threatened to have him arrested and that such conduct constituted an adverse employment action?

   Yes \_\_\_\_    No \_\_\_\_

   **If your answer to Question C(1) is "yes", please proceed to Question C(2).**
   **If your answer to Question C(1) is "no", you must find in favor of The Hartford on Counts Four and Seven. Therefore, please proceed to Section D.**

2. Did Mr. Shorter prove that Robert Begley threatened to arrest him under circumstances which suggest that his attorney's complaint of discrimination may have been a factor in Mr. Begley's conduct.

   Yes \_\_\_\_    No \_\_\_\_

   **If your answer to Question C(2) is "yes", please proceed to Question C(3).**
   **If your answer to Question C(2) is "no", you must find in favor of The Hartford on Counts Four and Seven. Therefore, please proceed to Section D.**

3. Did The Hartford provide you with a non-retaliatory reason for Mr. Begley's phone call to Mr. Shorter?

   Yes \_\_\_\_    No \_\_\_\_

**If your answer to Question C(3) is "yes", please proceed to Question C(4).
If your answer to Question C(3) is "no", please proceed to Question C(5).**

4. Did Mr. Shorter prove that the reason provided by The Hartford for Mr. Begley's phone call to Mr. Shorter was not the real reason for the phone call?

   Yes _____        No _____

   **If your answer to Question C(4) is "yes", please proceed to Question C(5).
   If your answer to Question C(4) is "no", you must find in favor of The Hartford on Counts Four and Seven. Therefore, please proceed to Section D.**

5. Did Mr. Shorter prove that the real reason for Mr. Begley's phone call was due his attorney's complaint of discrimination?

   Yes _____        No _____

   **If your answer to Question C(5) is "yes", please proceed to Question C(6).
   If your answer to Question C(5) is "no", you must find in favor of The Hartford on Counts Four and Seven. Therefore, please proceed to Section D.**

6. What amount of damages do you find that Mr. Shorter has proven by a preponderance of the evidence that The Hartford caused. Please write that amount on the line below.

   $_____

   **Please proceed to Section D.**

D. <u>Count Eight (Intentional Infliction of Emotional Distress)</u>

1. Did Mr. Shorter prove that The Hartford intended to inflict emotional distress upon him, or that The Hartford knew or should have known that the likely result of its conduct would be his severe emotional distress;

   Yes_____        No_____

   **If your answer to Question D(1) is "yes", please proceed to Question D(2).
   If your answer to Question D(1) is "no", you must find in favor of The Hartford on Count Eight. Therefore, please proceed to Section E.**

2. Did Mr. Shorter prove that The Hartford's conduct was extreme and outrageous?

   Yes _____        No _____

4

>    **If your answer to Question D(2) is "yes", please proceed to Question D(3).**
>    **If your answer to Question D(2) is "no", you must find in favor of The Hartford on Count Eight. Therefore, please proceed to Section E.**

3. Did Mr. Shorter prove that The Hartford's conduct was the proximate cause of his emotional distress?

   Yes ____                              No ____

   >    **If your answer to Question D(3) is "yes", please proceed to Question D(4).**
   >    **If your answer to Question D(3) is "no", you must find in favor of The Hartford on Count Eight. Therefore, please proceed to Section E.**

4. Did Mr. Shorter prove that the emotional distress he experienced due to The Hartford's conduct was severe?

   >    **If your answer to Question D(4) is "yes", please proceed to Question D(5).**
   >    **If your answer to Question D(3) is "no", you must find in favor of The Hartford on Count Eight. Therefore, please proceed to Section E.**

5. What amount of damages do you find that Mr. Shorter has proven by a preponderance of the evidence that The Hartford caused. Please write that amount on the line below.

   $ _____

   **Please proceed to Section E.**

E. <u>Count Nine (Negligent Infliction of Emotional Distress)</u>

1. Did Mr. Shorter prove that The Hartford engaged in conduct during the termination process which involved an unreasonable risk of causing emotional distress to him?

   Yes ____                              No ____

   >    **If your answer to Question E(1) is "yes", please proceed to Question E(2).**
   >    **If your answer to Question E(1) is "no", you must find in favor of The Hartford on Count Nine. Therefore, please proceed to Section F.**

2. What amount of damages do you find that Mr. Shorter has proven by a preponderance of the evidence that The Hartford caused. Please write that amount on the line below.

5

$ _____

**Please proceed to Section F.**

F. <u>Count Ten (Breach of the Implied Covenant of Good Faith and Fair Dealing)</u>

    1. Did Mr. Shorter prove by a preponderance of the evidence that a contract existed between him and The Hartford?

        Yes ____                      No ____

        **If your answer to Question F(1) is "yes", please proceed to Question F(2). If your answer to Question F(1) is "no", you must find in favor of The Hartford on Count Ten. Therefore, please proceed to Section G.**

    2. Did Mr. Shorter prove by a preponderance of the evidence that The Hartford breached their contract and that it acted in bad faith with the intent of depriving him of some benefit that he reasonably expected to receive under the contract?

        Yes ____                      No ____

        **If your answer to Question F(2) is "yes", please proceed to Question F(3). If your answer to Question F(2) is "no", you must find in favor of The Hartford on Count Ten. Therefore, please proceed to Section G.**

    3. Did Mr. Shorter prove by a preponderance of the evidence that The Hartford's action or failure to act was the proximate cause of an economic loss to him?

        Yes ____                      No ____

        **If your answer to Question F(3) is "yes", please proceed to Question F(4). If your answer to Question F(3) is "no", you must find in favor of The Hartford on Count Ten. Therefore, please proceed to Section G.**

    4. What amount in damages do you find that Mr. Shorter has proven by a preponderance of the evidence that The Hartford caused? Please write that amount on the line below.

        $ _____

        **Please proceed to Section H.**

6

H.  Count Thirteen (Invasion of Privacy)

    1.  Did Mr. Shorter prove by a preponderance of the evidence that The Hartford published information about him which was not true?

        Yes \_\_\_\_         No \_\_\_\_

        **If your answer to Question H(1) is "yes", please proceed to Question H(2). If your answer to Question H(1) is "no", you must find in favor of The Hartford on Count Thirteen. Therefore, you are finished with this form.**

    2.  Did Mr. Shorter prove by a preponderance of the evidence that the information published by The Hartford was such a major misrepresentation of his character, history, activities or beliefs that The Hartford could reasonably expect that a reasonable man in Mr. Shorter's position would take serious offense.

        Yes \_\_\_\_         No \_\_\_\_

        **If your answer to Question H(2) is "yes", please proceed to Question H(3). If your answer to Question H(2) is "no", you must find in favor of The Hartford on Count Thirteen. Therefore, you are finished with this form.**

    3   What amount in damages do you find that Mr. Shorter has proven by a preponderance of the evidence that The Hartford caused? Please write that amount on the line below.

        $_____

**You are finished with this form.**