UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

```
_____  :
                                         :
FERRON SHORTER JR.                       :
      Plaintiff,                         :
                                         :      CIVIL NO.: 303 CV 0149(WIG)
v.                                       :
                                         :
HARTFORD FINANCIAL SERVICES GROUP,       :
INC. and MARYANNE RHODES                 :
      Defendants.                        :      JANUARY 18, 2005
_____  :
```

## DEFENDANT'S ADDENDUM TO JOINT TRIAL MEMORANDUM RE: DISCLOSURE OF ADDITIONAL TRIAL WITNESSES

Pursuant to the Court's Order of August 26, 2004 and the Standing Order Regarding Trial Memoranda in Civil Cases, The Hartford Financial Services Group, Inc. ("The Hartford") respectfully submits the following Addendum to the parties' Joint Trial Memorandum dated January 12, 2005. Defendant seeks to augment its List of Witnesses by disclosing one additional trial witness as follows:

A.    The Hartford's List of Witnesses

    1.    Brian Vadney

The Hartford, Hartford Plaza, 690 Asylum Avenue, Hartford, CT 06115.

Mr. Vadney will testify to his communications with Ms. Rhodes concerning the events of the weekend of January 18, 2002, his participation in The Hartford's investigation of Ms. Rhodes' complaint against Mr. Shorter, and the circumstances leading to Robert Begley's phone call to Mr. Shorter in April 2002.

1

DEFENDANT,
HARTFORD FINANCIAL SERVICES GROUP,
INC.

By: _Margaret J. Strange_

      Margaret J. Strange (ct08212)
      James F. Shea (ct16750)
      Jackson Lewis LLP
      55 Farmington Avenue, Suite 1200
      Hartford, CT  06105
      Ph. (860) 522-0404
      email: strangem@jacksonlewis.com
      email: sheaj@jacksonlewis.com

## <u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the foregoing was sent via facsimile and first class mail, postage prepaid, on this 18th day of January 2005, to the following counsel of record:

> Rachel M. Baird
> Law Office of Rachel M. Baird
> 379 Prospect Street
> Torrington, CT 06790
> Attorney for Plaintiff

> David L. Metzger
> Metzger & Associates
> 25 Capitol Avenue
> Hartford, CT 06106-1707
> Attorney for Defendant Maryanne Rhodes

_Margaret J. Strange_
Margaret J. Strange

H:\Client Folder\H\The Hartford\Shorter\Trial\Joint Trial Memorandum Addendum DOC
64532

3