UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER JR.
    Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP,
INC. and MARYANNE RHODES
    Defendants.

CIVIL NO.: 303 CV 0149(WIG)

JANUARY 24, 2005

### DEFENDANT HARTFORD FINANCIAL SERVICES GROUP'S PROPOSED JURY CHARGES

### REQUEST TO CHARGE NO. 32A

### EMPLOYER'S DUTY TO PROVIDE A SAFE WORKING ENVIRONMENT

When considering the evidence in this case, please keep in mind that employers in Connecticut are required to provide a reasonably safe working environment for their employees. This includes the obligation to provide a safe place in which to work, safe equipment with which to perform the work and fit and competent workers with whom to work. Under this requirement, The Hartford was obligated to take reasonable steps to protect the physical welfare and safety of all its employees, including Mary Anne Rhodes.

Source:    Conn. Gen. Stat. § 31-49.
            Parsons. v. United Technologies Corp., 243 Conn. 66 (1997).

1

DEFENDANT,
HARTFORD FINANCIAL SERVICES
GROUP, INC.

By: _____
Margaret J. Strange (ct08212)
James F. Shea (ct16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Phone: (860) 522-0404/Fax: (860) 247-1330
email: strangem@jacksonlewis.com
email: sheaj@jacksonlewis.com

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via hand delivery and first class mail, postage prepaid, on this 24th day of January 2005, to the following counsel of record:

Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington, CT 06790
(860) 626-9991
Attorney for Plaintiff

David L. Metzger
Metzger & Associates
25 Capitol Avenue
Hartford, CT 06106-1707
Ph. (860) 549-5026
Attorney for Defendant Maryanne Rhodes

_____
James F. Shea

H:\Client Folder\H\The Hartford\Shorter\Trial\Jury Charge Re Safe Environment.DOC
64532