UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
FERRON SHORTER, JR.,                          :

     Plaintiff,                               :

          vs.                                 :   No. 3:03cv0149(WIG)

HARTFORD FINANCIAL SERVICES                   :
GROUP, INC., and MARY ANN
RHODES,                                       :

     Defendants.                              :
-----------------------------------------------------x
```

## ORDER

Upon reconsideration of the Court's ruling [Doc. # 83] on the Motion for Summary Judgment of The Hartford [Doc. # 42], and after hearing argument of counsel, the Court finds no genuine issues of material fact as to Count Four (Retaliation under 42 USC § 2000e-3(a)), Count Five (Retaliation under 42 USC § 1981), Count Seven (Retaliation under CGSA § 46a-60(a)(4)), and Count Thirteen (Invasion of Privacy) of Plaintiff's Amended Complaint.  Accordingly, the Court GRANTS summary judgment in favor of Defendant, The Hartford, on these counts as a matter of law.  Additionally, the Court DISMISSES Count Ten (Breach of the Implied Covenant of Good Faith and Fair Dealing), which has been voluntarily withdrawn by Plaintiff.

SO ORDERED, this 24th day of January, 2005, at Bridgeport, Connecticut.

_____/s/_____
William I. Garfinkel,
United States Magistrate Judge