# United States District Court

DISTRICT OF _____

**Ferron Shorter, Jr.**
v.
**Hartford Financial Svc.**

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03CV149(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Rachel Baird | Margaret Strange |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-24-25-26-27-28, 2005 | S. Baldwin | C. Landers |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 1-24-05 | | | Ferron Shorter, Jr. Lawrenceville, Georgia |
| ✓ | | 1-25-05 | | | " " |
| ✓ | | 1-25-05 | | | Maurice P. Kuck, West Hartford, CT |
| ✓ | | 1-25-05 | | | Officer Hammock, Vernon, CT |
| ✓ | | 1-25-05 | | | Sharon A. Courey, South Windsor, CT |
| ✓ | | 1-26-05 | | | Mary Ann Rhodes, no address given |
| ✓ | | 1-26-05 | | | Cheryl Harris, Middletown, CT |
| | ✓ | 1-26-05 | | | Lisa Anderson "Luckewiz", Hartford, CT |
| | ✓ | 1-27-05 | | | Richard Wardell, Guilford, CT |
| | ✓ | 1-27-05 | | | David Jimenez, Simsbury, CT |
| | ✓ | 1-27-05 | ✓ | | Jennifer Ames, North Hampton, CT |
| 549 | | | 1/26 | 1/26 | Bates #882 - E-mail From Cheryl Harris to Ferron Shorter |
| Court 1 | | | 1/28 | 1/28 | Note From Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages