UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER JR.,

    Plaintiff,  :  CASE NO. 3:03-cv-149(WIG)

v.

HARTFORD FINANCIAL SERVICES
GROUP, INC.

    Defendant.  :  JANUARY 24, 2005

## PLAINTIFF'S LIST OF TRIAL EXHIBITS

Ex. 001 - Memorandum from The Hartford to All U.S. Employees re: Harassment and Intimidation, January 1999 (P)

Ex. 002 - The Hartford Policies and Guidelines, last updated July 23, 2002 (HAR000014)

Ex. 003 - The Hartford Human Resources Policy, last updated April 4, 2003 (HAR000007)

Ex. 004 - The Hartford Progressive Discipline Process

Ex. 005 - The Hartford Guiding Principles, Reporting Informal and Formal Charges of Discrimination

Ex. 006 - The Hartford Data/Info Confidentiality and Security Policy, last updated June 22, 2001 (HAR000003)

Ex. 007 - The Hartford Information Protection (HAR000624-HAR-000630)

Ex. 008 - The Hartford Responding to Electronic Communication Policy Violations, last updated March 5, 2003 (HAR000620-HAR000621)

*Full 1-26* Ex. 009 - The Hartford Electronic Communications FAQS (P30-P33) *1·A-*

Ex. 010 - The Hartford Courant article, "Man Charged for Beating Wife, Scalding Her in Tub, April 22, 2000 (P79)

Ex. 011 - Letter from The Hartford to Maurice P. Kuck, May 13, 2003 (P195)

Ex. 012 - The Hartford Recognition Awards to Maurice P. Kuck (P196-P209)

*Full 1-25* Ex. 013 - Vernon Police Department Report #201132, January 23, 2002 (P74) *offices A·*

*All exhibits returned to Counsel*

Ex. 014 - Notes, Richard Wardell (HAR00957-HAR000962)

*full 1/25* Ex. 015 - The Hartford Employee Performance Appraisals, May 29, 1996, October 9, 1997, April 1, 2000, April 1, 2002 (HAR000385-HAR000364) - F.S.

Ex. 016 - Letter from Rachel M. Baird to Jennifer Ames Haber, January 29, 2002 (P46-P48)

Ex. 017 - Letter from Rachel M. Baird to Lisa Anderson, February 21, 2002 (P45-P45)

Ex. 018 - Letter from Lisa Anderson to Rachel M. Baird, March 5, 2002 (

Ex. 019 - Letter from Ian Veitzer to Rachel M. Baird, March 11, 2002 (HAR000020-HAR000023)

Ex. 020 - Letter from Rachel M. Baird to Ian Veitzer, May 7, 2002

Ex. 021 - Letter from Ian Veitzer to Rachel M. Baird, June 14, 2002 (HAR000024-HAR000026)

Ex. 022 - State of Connecticut, Department of Public Safety, Conviction Information re: Ferron Shorter Jr.

*full 1-25* Ex. 023 - Plaintiff's W-2 Statements from The Hartford 1989-2000 (HAR000080-HAR000093)

*full 1-25* Ex. 024 - Letter from The Hartford to Ferron Shorter Jr. re: Retirement Plan, June 14, 2002 (HAR000656-HAR000658)

*full 1-25* Ex. 025 - The Hartford's Retirement Plan for U.S. Employees, October, 1997 (HAR000661-HAR000695)

*full 1-25* Ex. 026 - The Hartford Investment and Savings Plan Statements re: April 2002 Distribution to Plaintiff (P68, HAR000429, HAR000430)

*full 1-25* Ex. 027 - Plaintiff's Tax Returns, 2001, 2002, 2003 (P58-P59, P69, P67, P210-P211)

*full 1-25* Ex. 028 - Plaintiff's Pay Statement, November 22, 2004

*full 1-25* Ex. 029 - Plaintiff's Resume and Job Search Documents (

Ex. 030 - Letter from MaryAnne Rhodes to Plaintiff, March 2002 (P122)

*full 1-24* Ex. 031 - Cassette Tape, Side A, Voice mail recordings left by MaryAnne Rhodes on Plaintiff's voice mail system at The Hartford prior to January 23, 2002

~~Cassette Tape, Side B, Messages left by MaryAnne Rhodes for Plaintiff between~~ *out*

2

    March 22, 2002 and March 28, 2002

Ex. 032 -  Cassette Tape, Side A, Conversation between MaryAnne Rhodes and Plaintiff, March 22, 2002

    Cassette tape, Side B. Conversation between MaryAnne Rhodes and Plaintiff, March 27, 2002

                  PLAINTIFF
                    FERRON SHORTER JR.

          BY:  _____
                    Rachel M. Baird (ct12131)
                    Law Office of Rachel M. Baird
                    379 Prospect St
                    Torrington CT 06790-5239
                    Tel: (860) 626-9991
                    Fax: (860) 626-9992