## DEFENDANT'S LIST OF EXHIBITS

*Full 1/27* 501. Equal Employment Policy (bates HAR 00634-35) -J.A.

*Full -1/27* 502. Equal Opportunity Development Department (bates HAR 0636) J.A.

503. Shorter Termination Letter (bates HAR 0655)

*Full 1/24* 504. Draft Statement of Ferron Shorter (bates HAR 0712-0714) - F.S.

*Full 1/24* 505. Complete DSI File (bates HAR 0699-0909)

*Full 1/27* -506. DSI Investigative Report Summary (bates HAR 0700-0701; unredacted) . R.W.

*Full 1/27* -507. DSI Action Taken Time Line Investigation (bates HAR 0745-0747; unredacted) R.W.

*Full 1/27* -508. CRA Criminal Conviction Report (bates HAR 0750-0752)

509. Conn. Dept. Public Safety Criminal Conviction Report (bates HAR 0765)

510. Transaction History Report/Cardholder Log (bates HAR 0767)

*Full - 1/24* 511. Mary Anne Rhodes' voicemail activity log report (bates HAR 0775-0794) - F.S.

*Full - 1/24* 512. Shorter email to Rhodes dated January 18, 2002 (bates HAR 0857) - F.S.

513. Robert Begley Notes (bates HAR 0696-0698)

514. Jennifer Ames Notes Re Phone Call From Shorter (bates HAR 0923-0927)

515. Jennifer Ames Notes Re Calendar (bates HAR 928)

516. Jennifer Ames Notes Re Conversations with Lisa Anderson (no bates; marked at LA depo.)

*Full -1/24* 517. Cassette Tape RE Message to Scott

*Full -1/26* 518. Lisa Anderson Chronology (bates HAR 0929-933; unredacted) - L.A.

*Full -1/25* 519. Shorter Discussion Report/Warning (bates 0423) F.S.

*Full -1/25* 520. Shorter's emails to Tammy Priest (Ex. 16 at Shorter Depo.) F.S.

*Full -1/25* 521. Shorter's emails to Mary Granato (Ex. 17 at Shorter Depo.) - F.S.

*Full -1/25* 522. Shorter's emails to Reginald Shorter (Ex. 18 at Shorter Depo.) - F.S.

523. Shorter's emails re Free Porn Passwords (Ex. 19 at Shorter Depo.)

*All exhibits returned to Counsel*

524. Shorter's emails re Match.com (Ex. 20 at Shorter Depo.)

525. Shorter's emails re Venus dated January 17, 2002 (Ex. 21 at Shorter Depo.)

526. Shorter emails re March.com and Username dated January 7, 2002 (Ex. 22 at Shorter Depo.)

*Full 1-25* 527. Electronic Communications Policy updated September 21, 2002 -S.C.

*Full 1-25* 528. Sexual Harassment Policy Re Guiding Principles (bates P11-P12) S.C.

*Full 1-25* 529. Sexual Harassment Policy Re Reporting Complaints of Harassment (bates P13) - S.C.

*Full 1-26* 530. Violence Free Workplace Policy (bates HAR 0650-0651) L.A.

*Full 1-25* 531. Code of Corporate Conduct 2000 Ed. (bates P14-P24) - S.C.

*Full -1-21* 532. Statement of Ferron Shorter (bates HAR 0015-0017; 0706-0708) - F.S.

*Full 1-25* 533. Statement of Mary Anne Rhodes (bates HAR 0018-0019; 0732-0733) -S.C.

*Full 1-25* 534. Rhodes Warning dated January 25, 2002 (bates HAR 0956) - S.C.

*Full -1-25* 535. Statement of Unemployment Compensation Benefits paid to Shorter (P60) - F.S.

536. DOL Benefit Payment History (P61-P65)

537. Lisa Anderson Notes dated May 10 (bates HAR 0935)

538. Lisa Anderson Notes dated January 25, 2002 (bates HAR 0936)

*Full -1-26* 539. Lisa Anderson Notes dated January 23, 2002 (bates HAR 0937-0939) L.A.

*Full-1-26* 540. Lisa Anderson Notes undated (bates HAR 0940-0943) -L.A.

541. Lisa Anderson Notes dated January 24, 2002 (bates HAR 0944)

542. Lisa Anderson Notes dated January 24, 2002 (bates HAR 0945)

543. Lisa Anderson Notes dated January 22, 2002 (bates HAR 0946)

544. Lisa Anderson Notes dated January 22, 2002 (bates HAR 0947)

*Full 1-26* 545. Lisa Anderson Notes undated (bates HAR 0948) L.A.

546. Lisa Anderson Notes dated January 22, 2002 (bates HAR 0949-950)

*Full -1-26* 547. Lisa Anderson Notes dated January 21, 2002 (bates HAR 0951-0955) - L.A.

*Full 1-26* 548. Rhodes' Reservation Confirmation (bates HAR 0768-0769) - L.A.