```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
--------------------------------x
FERRON SHORTER, JR.,            :
                                :
         Plaintiff,             :
                                :
     v.                         :    No. 3:03cv0149(WIG)
                                :
HARTFORD FINANCIAL              :
SERVICES GROUP, INC.,           :
                                :
         Defendant.             :
--------------------------------x
```

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
1-28-2005

SPECIAL VERDICT FORM

Please answer the following questions in order.

I. LIABILITY

    A. HOSTILE WORK ENVIRONMENT

    1. Do you find that the Plaintiff, Ferron Shorter, Jr., has proven by a preponderance of the evidence that he was subjected to harassment based upon his sex or gender, which created a hostile work environment - one that a reasonable person would find hostile or abusive and one that the plaintiff found hostile or abusive - and that the harassment was sufficiently severe and pervasive to affect a term, condition, or privilege of his employment?

        YES _____                      NO __X__

If you answered "yes" to Question 1, please answer Question 2.
If you answered "no" to Question 1, please proceed to Section B.

    2. Do you find that Mr. Shorter has proven that The Hartford either provided no reasonable avenue for him to complain about Ms. Rhodes' harassment or that The Hartford knew or reasonably should have known of her harassment of him and did nothing about it?

        YES _____                      NO _____

1

If you answered "yes" to Question 2, please answer Question 3.
If you answered "no" to Question 2, please proceed to Section B.

    3.  Do you find that Mr. Shorter has proven that he suffered damages as a proximate result of the hostile work environment?

    YES _____                NO _____

Please proceed to Section B.

### B. DISCRIMINATION ON THE BASIS OF RACE AND/OR GENDER

    4.  Do you find that Mr. Shorter has proven by a preponderance of the evidence that his race was a motivating factor in the decision of The Hartford to terminate his employment?



    YES __X__                NO _____

Please answer Question 5.

    5.  Do you find that Mr. Shorter has proven by a preponderance of the evidence that his gender was a motivating factor in the decision of The Hartford to terminate his employment?



    YES __X__                NO _____

If you answered "yes" to EITHER Question 4 OR 5, please answer Question 6. Otherwise, proceed to Section C.

    6.  Do you find that Mr. Shorter has proven that he suffered damages as a proximate result of The Hartford's discrimination against him?



    YES __X__                NO _____

Proceed to Section C.

### C. INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

    7.  Do you find that Mr. Shorter has proven by a preponderance of the evidence that The Hartford intentionally engaged in extreme and outrageous conduct that it knew or should

have known would result in severe emotional distress to Mr. Shorter and which did, in fact, cause him severe emotional distress?



YES _____   NO __X__

Please answer Question 8.

8. Do you find that Mr. Shorter has proven by a preponderance of the evidence that, during the termination of his employment, The Hartford engaged in conduct that involved an unreasonable risk of causing him emotional distress and which did, in fact, cause him severe emotional distress?



YES __X__   NO _____

If you answered "yes" to EITHER Question 7 OR 8, please answer Question 9.

9. Do you find that Mr. Shorter has proven that he suffered damages as a proximate result of The Hartford's intentional or negligent infliction of emotional distress upon him?

YES __X__   NO _____

If you answered "yes" to Question 3 OR 6 OR 9, please proceed to the Section on Damages. If you answered "no" to, or did not answer, Questions 3, 6 AND 9, you have finished your deliberations and the Foreperson should sign and date the bottom of the Verdict Form.

II. DAMAGES

10. What amount of general compensatory damages (including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses) do you award Mr. Shorter?



$ ____85,000____

If you answered "yes" to EITHER Question 3 OR Question 6, answer Questions 11 AND 12. Otherwise, you have finished your deliberations and the Foreperson should sign and date the bottom of the Verdict Form.

3

11. What amount of damages do you award Mr. Shorter as back pay for lost wages and benefits since his termination (the amount of lost wages and benefits he would have received from the Hartford if he had not been terminated minus amounts he did earn elsewhere and, if established by defendant, any additional amounts he reasonably should have earned)?

$ __170,000__

12. Do you find that The Hartford acted with malice or with wilful and wanton disregard for the rights of Mr. Shorter?

YES _____     NO __X__

If you answered "yes" to Question 12, please answer Question 13. If you answered "no" to Question 12, you have completed your deliberations, and the Foreperson should sign and date the Verdict Form.

13. Having found that The Hartford acted with malice or with wilful and wanton disregard for the rights of Mr. Shorter, what amount of punitive damages do you award Mr. Shorter?

$ _____

You have finished your deliberations.

The foreperson should sign and date the Verdict Form.

Date: __1/28/05__

_____
FOREPERSON