Re: <u>Shorter v. Hartford Financial Services Group, Inc.</u>, Case No. 3:03-cv-149(WIG)
Plaintiff's Memorandum in Support of Motion for Attorney's Fees, Costs, and Prejudgment Interest
February 22, 2005

# EXHIBIT 2

## PLAINTIFF'S TABLE OF ATTORNEY FEES AND COSTS[1]

|  | **TOTAL HOURS** | **CLAIMED HOURS** | **HOURLY RATE** | **FEES**[2] | **CLIENT RECEIVABLES** | **COSTS**[3] |
|---|---|---|---|---|---|---|
| *Inv. # 1164 (02/09/2002)* | 4.78 | 4.78 | $ 300.00 | $1434.00 | $1000.00 | N/C/I |
| *Inv. # 1180 (02/28/2002)* | 2.40 | 2.40 | 300.00 | 720.00 | 0 | N/C/I |
| *Inv. # 1184 (04/07/2002)* | 3.99 | 3.99 | 300.00 | 1197.00 | 0 | N/C/I |
| *Inv. # 1199 (05/10/2002)* | 2.43 | 2.43 | 300.00 | 729.00 | 0 | N/C/I |
| *Inv. # 1217 (05/31/2002)* | 4.50 | 4.50 | 300.00 | 1350.00 | 0 | N/C/I |
| *Statement (05/10/2002)* |  |  |  |  | $1000.00 |  |
| *Inv. # 1229 (07/11/2002)* | 8.58 | 8.58 | 300.00 | 2574.00 | 0 | N/C/I |
| *Inv. # 1244 (08/01/2002)* | 1.08 | .25 | 300.00 | 75.00 | 0 | N/C/I |
| *Inv. # 1261 (09/03/2002)* | 1.67 | .50 | 300.00 | 150.00 | 0 | N/C/I |
| *Inv. # 1269 (09/30/2002)* | 11.16 | 11.16 | 300.00 | 3348.00 | 75.00 | 20.30 |
| *Inv. # 1292 (10/31/2002)* | 1.92 | .42 | 300.00 | 126.00 | 1120.30 | N/C/I |
| *Inv. # 1318 (01/01/2003)* | 7.93 | 7.93 | 300.00 | 2379.00 | 287.50 | N/C/I |

---

[1] Invoices attached.
[2] The total of these fees reflected at the end of this column on page 3 of 3 is the "lodestar."
[3] "N/C/I" indicates costs not indicated in invoice. See Ex. 1, Baird Aff. at ¶¶ 9-10; and Ex. 3; at, Pl. Mem. of Law in Supp. of Mot. for Atty's Fees, Costs, and Prejudgment Interest.

Re: <u>Shorter v. Hartford Financial Services Group, Inc.</u>, Case No. 3:03-cv-149(WIG)
Exhibit 2 – Plaintiff's Table of Attorney's Fees and Costs, *continued*
Plaintiff's Memorandum in Support of Motion for Attorney's Fees, Costs, and Prejudgment Interest
February 22, 2005

|  | **_TOTAL HOURS_** | **_CLAIMED HOURS_** | **_HOURLY RATE_** | **_FEES_**[4] | **_CLIENT RECEIVABLES_** | **_COSTS_**[5] |
|---|---|---|---|---|---|---|
| ***Inv. # 1346 (02/01/2003)*** | 11.35 | 11.35 | $300.00 | 3405.00 |  | $224.35[6] |
| ***Inv. # 1366 (03/08/2003)*** | 3.34 | 3.34 | 300.00 | 1002.00 | 1583.10 | N/C/I |
| ***Inv. # 1384 (03/31/03)*** | 18.84 | 15.84 | 300.00 | 4752.00 | 0 | N/C/I |
| ***Inv. # 1406 (05/13/03)*** | 36.84 | 36.84 | 300.00 | 11052.00 | 0 | 579.29 |
| ***Inv. # 1429 (06/20/2003)*** | 3.06 | 3.06 | 300.00 | 918.00 | 579.29 | N/C/I |
| ***Inv. # 343 (07/31/2003)*** | 6.28 | 6.28 | 300.00 | 1884.00 | 0 | N/C/I |
| ***Inv. # 388 (10/09/2003)*** | 37.80 | 37.80 | 300.00 | 11340.00 | 1240.00 | 1234.69 |
| ***Inv. # 411 (11/18/2003)*** | 2.68 | 2.68 | 300.00 | 804.00 | 0 | $1.52 |
| ***Inv. # 445 (12/31/2003)*** | 5.25 | 5.25 | 300.00 | 1575.00 | 0 | 16.00 |
| ***Inv. # 479 (02/29/2004)*** | 21.04 | 21.04 | 300.00 | 6312.00 | 800.00 | 62.13 |
| ***Inv. # 507 (04/30/2004)*** | 58.21 | 58.21 | 300.00 | 17463.00 | 300.00 | 75.13 |
| ***Inv. # 553 (06/30/2004)*** | 7.67 | 7.67 | 300.00 | 2301.00 | 0 | N/C/I |
| ***Inv. # 609 (09/30/2004)*** | 9.37 | 1.36 | 300.00 | 408.00 | 0 | 11.28 |
| ***Inv. # 671 (12/31/2004)*** | 11.80 | 11.80 | 300.00 | 3540.00 | 0 | 28.84 |

---

[4] The total of these fees reflected at the end of this column on page 3 of 3 is the "lodestar."
[5] "N/C/I" indicates costs not indicated in invoice. <u>See</u> Ex. 1, Baird Aff. at ¶¶ 9-10; and Ex. 3; at, Pl. Mem. of Law in Supp. of Mot. for Atty.'s Fees, Costs, and Prejudgment Interest.
[6] Invoice # 1346 reflects costs of $295.60; $71.25 of those costs regarded service of the complaint on MaryAnne Rhodes, a co-defendant in the case. Therefore, the cost of the service on MaryAnneRhodes is deducted from the costs claimed against The Hartford. ($295.60 less $71.25 is $224.35.)

Re: <u>Shorter v. Hartford Financial Services Group, Inc.</u>, Case No. 3:03-cv-149(WIG)
  Exhibit 2 – Plaintiff's Table of Attorney's Fees and Costs, *continued*
  Plaintiff's Memorandum in Support of Motion for Attorney's Fees, Costs, and Prejudgment Interest
  February 22, 2005

|  | **<u>TOTAL HOURS</u>** | **<u>CLAIMED HOURS</u>** | **<u>HOURLY RATE</u>** | **<u>FEES</u>**[7] | **<u>CLIENT RECEIVABLES</u>** | **<u>COSTS</u>**[8] |
|---|---|---|---|---|---|---|
| *Inv. # 693 (2/21/04)* | 99.60 | 99.60 | 300.00 | 29,880 | 0 | 403.48 |
| **TOTALS** | 383.57 | 369.06 |  | **LODESTAR $110,718.00** | $7582.19 | $2657.01 |

---

[7] The total of these fees reflected at the end of this column on page 3 of 3 is the "lodestar."
[8] "N/C/I" indicates costs not indicated in invoice. <u>See</u> Ex. 1, Baird Aff. at ¶¶ 9-10; and Ex. 3; at, Pl. Mem. of Law in Supp. of Mot. for Atty.'s Fees, Costs, and Prejudgment Interest.