## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | : | |
| | : | |
| Defendant. | : | FEBRUARY 22, 2005 |

## PLAINTIFF'S NOTICE OF MANUAL FILING

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, hereby provides notice that he has manually filed the documents described next:

Plaintiff filed a Motion for Attorney's Fees, Costs, and Prejudgment Interest in the above-referenced matter on February 22, 2005. The motion is supported by a memorandum of law. The memorandum of law has three exhibits. Exhibit 2 is a table of attorney's fees and costs which reference twenty-six (26) invoices. The twenty-six (26) invoices have been manually filed as they are too large to be scanned and submitted in PDF format. The motion, memorandum, Exhibit 1, Exhibit 3, Exhibit 4, and the table constituting a portion of Exhibit 2 have been submitted in PDF format.

The invoices attached to Exhibit 2 have not been submitted in PDF format because:

[X]  the electronic file size of the document exceeds 1.5 mb.

The documents and things have been manually served on all parties.

        PLAINTIFF
        FERRON SHORTER JR.


BY:   _____
      Rachel M. Baird (ct12131)
      Law Office of Rachel M. Baird
      379 Prospect St
      Torrington CT 06790-5239
      Tel: (860) 626-9991
      Fax: (860) 626-9992
      bairdlawoffice@aol.com


## **CERTIFICATION**

    I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Notice of Manual Filing was mailed first-class, postage paid to the following counsel of record on February 22, 2005:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106


        _____
        Rachel M. Baird