## Quicken Find

Page 1

| Date | Acct | Num | Payee | Cat | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 1/31/2005 | ▬▬Acct. #2 ▬▬ | ▬▬ | City Of Bridgeport | Tickets | Shorter Jury Selection; ... | | ▬▬ |
| 1/31/2005 | ▬▬Acct. #2 (▬▬) | ATM | ▬▬ | --Split-- | | | ▬▬ |
| 1/31/2005 | Personal Acct. #2 (▬▬) | ATM | SPLIT # 3 | Self-Employed:Office Ex... | Cash; Shorter, 1/24/05 | | -4.75 |
| 1/26/2005 | ▬▬▬▬ | | ▬▬▬▬ | Self-Employed:Meals an... | Shorter Trial | | ▬▬ |
| 1/24/2005 | Staples | EFT | Staples | Self-Employed:Office Ex... | Shorter Trial Evidence | | -159.98 |
| 1/22/2005 | ▬▬Acct. #2 (▬▬) | EFT | Staples | Self-Employed:Office Su... | Shorter Jury Binders | | ▬▬ |
| 1/20/2005 | Staples | EFT | Staples | Self-Employed:Office Su... | Shorter Jury Binders | | ▬▬ |
| 1/10/2005 | ▬▬▬▬ | EFT | US Post Office | --Split-- | | | ▬▬ |
| 1/10/2005 | ▬▬▬▬ | EFT | SPLIT # 3 | Self-Employed:Office Ex... | Shorter | | -1.66 |
| 12/24/2004 | ▬▬Acct. #2 (▬▬) | ATM | Legacy Bank | --Split-- | | R | ▬▬ |
| 12/24/2004 | ▬▬Acct. #2 (▬▬) | ATM | SPLIT # 15 | Self-Employed:Office Ex... | Cash; Shorter, 12/29/04 | | -0.83 |
| 12/19/2004 | ▬▬Acct. #2 (▬▬) | EFT | Office Max | --Split-- | | R | ▬▬ |
| 12/19/2004 | ▬▬Acct. #2 (▬▬) | EFT | SPLIT # 1 | Self-Employed:Office Ex... | Shorter | | -42.98 |
| 12/3/2004 | ▬▬Acct. #2 (▬▬) | EFT | Stop & Shop | --Split-- | | R | ▬▬ |
| 12/3/2004 | ▬▬Acct. #2 (▬▬) | EFT | SPLIT # 7 | Self-Employed:Office Ex... | Cash; Shorter, 12/20/04 | | -6.30 |
| 10/26/2004 | ▬▬Acct. #1 (▬▬) | EFT | US Post Office | Self-Employed:Office Ex... | Shorter | | -8.01 |
| 10/21/2004 | ▬▬Acct. #1 (▬▬) | EFT | US Post Office | --Split-- | | | ▬▬ |
| 10/21/2004 | ▬▬Acct. #1 (▬▬) | EFT | SPLIT # 2 | Self-Employed:Office Ex... | Shorter | | -1.20 |
| 10/14/2004 | ▬▬Acct. #1 (▬▬) | EFT | Stop & Shop | --Split-- | | | ▬▬ |
| 10/14/2004 | ▬▬Acct. #1 (▬▬) | EFT | SPLIT # 5 | Self-Employed:Office Ex... | Cash; Shorter, 10/12/04 | | -3.85 |
| 10/6/2004 | ▬▬Acct. #2 (▬▬) | EFT | US Post Office | --Split-- | | R | ▬▬ |
| 10/6/2004 | ▬▬Acct. #2 (▬▬) | EFT | SPLIT # 12 | Self-Employed:Office Ex... | Cash; Shorter, 10/5/04 | | -3.85 |
| 10/6/2004 | ▬▬▬▬ | | Thomson West | Self-Employed:Legal Re... | Shorter, Motion to Bifu... | R | -13.13 |
| 7/26/2004 | ▬▬Acct. #1 (▬▬) | EFT | US Post Office | Self-Employed:Office Ex... | Shorter | R | -3.04 |
| 7/26/2004 | ▬▬Acct. #1 (▬▬) | EFT | US Post Office | --Split-- | | R | ▬▬ |
| 7/26/2004 | ▬▬Acct. #1 (▬▬) | EFT | SPLIT # 1 | Self-Employed:Office Ex... | Shorter | | -2.90 |
| 7/23/2004 | ▬▬Acct. #1 (▬▬) | EFT | Staples | Self-Employed:Office Su... | Casette Tapes for MTS ... | R | -18.00 |
| 7/16/2004 | ▬▬Acct. #1 (▬▬) | ATM | Peoples ATM | --Split-- | | R | ▬▬ |
| 7/16/2004 | ▬▬Acct. #1 (▬▬) | ATM | SPLIT # 5 | Self-Employed:Office Ex... | cash; 7/23/04; Shorter | | -5.34 |
| 7/9/2004 | ▬▬Acct. #1 (▬▬) | ATM | Peoples ATM | --Split-- | | R | ▬▬ |
| 7/9/2004 | ▬▬Acct. #1 (▬▬) | ATM | SPLIT # 8 | Self-Employed:Office Ex... | Cash; 7/10/04; Shorter | | -0.83 |
| 6/2/2004 | ▬▬Acct. #1 (▬▬) | ATM | Peoples ATM | --Split-- | | R | ▬▬ |
| 6/2/2004 | ▬▬Acct. #1 (▬▬) | ATM | SPLIT # 5 | Self-Employed:Office Ex... | Cash; Shorter, 6/1/04 | | -0.51 |
| 5/13/2004 | ▬▬Acct. #1 (▬▬) | EFT | Stop & Shop | --Split-- | | | ▬▬ |
| 5/13/2004 | ▬▬Acct. #1 (▬▬) | EFT | SPLIT # 7 | Self-Employed:Office Ex... | Cash; 5/12/04; Shorter | | -1.75 |
| 5/4/2004 | ▬▬Acct. #1 (▬▬) | EFT | US Post Office | --Split-- | | R | ▬▬ |
| 5/4/2004 | ▬▬Acct. #1 (▬▬) | EFT | SPLIT # 1 | Self-Employed:Office Ex... | Shorter | | -1.52 |
| 4/5/2004 | ▬▬Acct. #1 (▬▬) | EFT | US Post Office | --Split-- | | R | ▬▬ |
| 4/5/2004 | ▬▬Acct. #1 (▬▬) | EFT | SPLIT # 1 | Self-Employed:Office Ex... | Shorter; Rule 26a2 Stat... | | -5.80 |
| 3/22/2004 | ▬▬▬▬ | EFT | US Post Office | Self-Employed:Office Ex... | Shorter SJM | R | -9.50 |
| 3/19/2004 | ▬▬Acct. #1 (▬▬) | EFT | Staples | --Split-- | Index Tabs (4 sets) | R | ▬▬ |
| 3/19/2004 | ▬▬Acct. #1 (▬▬) | EFT | SPLIT # 1 | Self-Employed:Office Su... | Custom Print; Shorter S... | | -37.08 |
| 3/19/2004 | ▬▬Acct. #2 (▬▬) | EFT | SPLIT # 7 | Self-Employed:Office Ex... | Cash; 3/24/04; Shorter | | -6.85 |
| 3/18/2004 | ▬▬Acct. #1 (▬▬) | | ▬▬▬▬ | --Split-- | | R | ▬▬ |
| 3/18/2004 | ▬▬Acct. #1 (▬▬) | | ▬▬▬▬ | ▬▬▬▬ | | | ▬▬ |
| 3/17/2004 | ▬▬Acct. #1 (▬▬) | EFT | Staples | Self-Employed:Office Ex... | Shorter | R | -15.90 |
| 2/28/2004 | ▬▬Acct. #1 (▬▬) | | ▬▬▬▬ | ▬▬▬▬ | | R | ▬▬ |
| 2/28/2004 | ▬▬Acct. #1 (▬▬) | | ▬▬▬▬ | ▬▬▬▬ | | | ▬▬ |
| 2/25/2004 | ▬▬Acct. #1 (▬▬) | EFT | Kinkos | Self-Employed:Office Ex... | Shorter SJ Motion | R | -12.54 |
| 2/23/2004 | ▬▬Acct. #1 (▬▬) | ATM | Peoples | --Split-- | | R | ▬▬ |
| 2/23/2004 | ▬▬Acct. #1 (▬▬) | ATM | SPLIT # 8 | Self-Employed:Office Ex... | Shorter; cash; 2/27/04 | | -4.90 |

## Quicken Find

Page 2

| Date | Acct | Num | Payee | Cat | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 2/2/2004 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 2/2/2004 | ███ Acct. #1 (███) | EFT | SPLIT # 1 | Self-Employed:Office Ex...ShorterII | | | -8.05 |
| 1/30/2004 | ███ Acct. #1 (███) | EFT | Kinkos | Self-Employed:Office Ex...Shorter SJ Motion | | R | -44.69 |
| 1/12/2004 | ███ Acct. #1 (███) | ███ | ███ | --Split-- | ███ | R | ███ |
| 1/12/2004 | ███ Acct. #1 (███) | ███ | SPLIT # 3 | ███ | | | ███ |
| 12/8/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 12/8/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 2 | Self-Employed:Office Ex...Shorter | | | -1.06 |
| 11/17/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 11/17/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 1 | Self-Employed:Office Ex...Ferron Shorter | | | -8.05 |
| 11/4/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 11/4/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 2 | Self-Employed:Office Ex...Shorter | | | -6.89 |
| 10/22/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 10/22/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 1 | Self-Employed:Office Ex...Shorter | | | -1.52 |
| 10/17/2003 | ███ Acct. #1 (███) | EFT | Stop & Shop | --Split-- | | R | ███ |
| 10/17/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 6 | Self-Employed:Office Ex...Cash; Shorter, 10/10/03 | | | -0.83 |
| 10/16/2003 | ███ Acct. #1 (███) | EFT | Stop & Shop | --Split-- | | R | ███ |
| 10/16/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 2 | Self-Employed:Other Ex... | ███ | | ███ |
| 9/13/2003 | ███ Acct. #1 (███) | ███ | ███ | --Split-- | | R | ███ |
| 9/13/2003 | ███ Acct. #1 (███) | ███ | SPLIT # 3 | Self-Employed:Office Ex...Shorter, 9/13/03 | | | -8.73 |
| 9/9/2003 | ███ Acct. #1 (███) | ███ | City Of Hartford | Tickets | Shorter for 9/5/03 Dep... | R | ███ |
| 9/6/2003 | ███ Acct. #1 (███) | ATM | Peoples ATM | --Split-- | | R | ███ |
| 9/6/2003 | ███ Acct. #1 (███) | ATM | SPLIT # 1 | Self-Employed:Office Ex...Shorter; Cash; 9/9/03 | | | -1.20 |
| 8/18/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 8/18/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 1 | Self-Employed:Office Ex...Shorter | | | -2.49 |
| 8/13/2003 | ███ Acct. #1 (███) | EFT | Walgreen | --Split-- | | R | ███ |
| 8/13/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 7 | Self-Employed:Office Ex...Shorter, Cash; 8/11/03 | | | -2.44 |
| 8/13/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 8 | Self-Employed:Office Ex...Shorter, Cash; 8/11/03 | | | -2.44 |
| 7/8/2003 | ███ Acct. #1 (███) | EFT | CVS Pharmacy | --Split-- | | R | ███ |
| 7/8/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 3 | Self-Employed:Office Ex...Shorter, CASH; 7/8/03 | | | -0.83 |
| 6/2/2003 | ███ Acct. #1 (███) | ███ | ███ | ███ | | R | ███ |
| 5/23/2003 | Business Account | ███ | Brandon Smith Reporting Se... | Self-Employed:Office Ex...Shorter | | R | -579.29 |
| 4/29/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 4/29/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 1 | Self-Employed:Office Ex...Shorter | | | -4.90 |
| 4/28/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 4/28/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 2 | Self-Employed:Office Ex...Shorter | | | -5.34 |
| 4/24/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 4/24/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 1 | Self-Employed:Office Ex...Shorter | | | -1.20 |
| 4/14/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 4/14/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 1 | Self-Employed:Office Ex...Shorter | | | -0.83 |
| 4/8/2003 | ███ Acct. #1 (███) | EFT | Stop & Shop | --Split-- | | R | ███ |
| 4/8/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 4 | Self-Employed:Office Ex...Shorter, CASH; 4/9/03 | | | -4.08 |
| 3/31/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 3/31/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 2 | Self-Employed:Office Ex...Shorter, 03/31/03; Serv... | | | -1.66 |
| 3/11/2003 | ███ Acct. #1 (███) | EFT | US Post Office | --Split-- | | R | ███ |
| 3/11/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 2 | Self-Employed:Office Ex...Shorter, Service Copies... | | | -2.58 |
| 2/18/2003 | ███ Acct. #1 (███) | EFT | Stop & Shop | --Split-- | | R | ███ |
| 2/18/2003 | ███ Acct. #1 (███) | EFT | SPLIT # 6 | Self-Employed:Office Ex...Shorter, 2/19/03; Copy... | | | -3.95 |
| 1/31/2003 | ███ Acct. #1 (███) | ███ | Robert Tasillo - State Marshal | --Split-- | | R | ███ |
| 1/31/2003 | ███ Acct. #1 (███) | ███ | SPLIT # 1 | Self-Employed:Commiss...Robert Tasillo; Shorter | | | -145.60 |
| 1/22/2003 | ███ Acct. #1 (███) | ███ | Clerk Of The Court - USDC | Self-Employed:Other Ex...Shorter Filing Fee | | R | -150.00 |
| 1/22/2003 | ███ Acct. #1 (███) | EFT | Kinkos | Self-Employed:Office Ex...Shorter Complaint | | | -11.55 |

## Quicken Find

Page 3

| Date | Acct | Num | Payee | Cat | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 1/22/2003 | ▓ Acct. #1 (▓) | EFT | Stop & Shop | --Split-- | | R | ▓ |
| 1/22/2003 | ▓ Acct. #1 (▓) | EFT | SPLIT # 3 | Self-Employed:Office Ex... | (CB) Shorter, 1/23/03 | | -1.52 |
| 1/22/2003 | ▓ Acct. #1 (▓) | EFT | SPLIT # 4 | Self-Employed:Office Ex... | (CB) Shorter, 1/22/03 | | (-1.52) |
| 11/27/2002 | ▓ Acct. #1 (▓) | ▓ | ▓ | --Split-- | | R | ▓ |
| 11/27/2002 | ▓ Acct. #1 (▓) | ▓ | SPLIT # 2 | ▓ | ▓ | | ▓ |
| 10/11/2002 | ▓ Acct. #1 (▓) | ▓ | ▓ | --Split-- | | R | ▓ |
| 10/11/2002 | ▓ Acct. #1 (▓) | ▓ | SPLIT # 1 | ▓ | ▓ | | ▓ |
| 9/24/2002 | ▓ Acct. #1 (▓) | EFT | Staples | Self-Employed:Office Ex... | Shorter, CHRO Reply | R | (-17.17) |
| 9/24/2002 | ▓ Acct. #1 (▓) | EFT | US Post Office | --Split-- | | R | ▓ |
| 9/24/2002 | ▓ Acct. #1 (▓) | EFT | SPLIT # 1 | Self-Employed:Office Ex... | Shorter; CHRO Reply... | | -1.98 |
| 9/24/2002 | ▓ Acct. #1 (▓) | EFT | SPLIT # 2 | Self-Employed:Office Ex... | Shorter: CHRO Reply... | | (-3.13) |
| 9/17/2002 | ▓ Acct. #1 (▓) | ▓ | ▓ | --Split-- | | R | ▓ |
| 9/17/2002 | ▓ Acct. #1 (▓) | ▓ | SPLIT # 2 | ▓ | | | ▓ |
| 9/10/2002 | ▓ Acct. #2 (▓) | ▓ | Jenifer Steffes | Self-Employed:Office Ex... | Shorter Transcript | R | ▓ |
| 8/13/2002 | ▓ Acct. #2 (▓) | ▓ | ▓ | --Split-- | | R | ▓ |
| 8/13/2002 | ▓ Acct. #2 (▓) | ▓ | SPLIT # 5 | ▓ | | | ▓ |
| 7/26/2002 | ▓ Acct. #2 (▓) | ▓ | ▓ | --Split-- | | R | ▓ |
| 7/26/2002 | ▓ Acct. #2 (▓) | ▓ | SPLIT # 2 | ▓ | | | ▓ |
| 7/17/2002 | ▓ Acct. #2 (▓) | ▓ | ▓ | ▓ | | R | ▓ |
| 7/9/2002 | ▓ Acct. #1 (▓) | ATM | Peoples ATM | --Split-- | | R | ▓ |
| 7/9/2002 | ▓ Acct. #1 (▓) | ATM | SPLIT # 3 | Self-Employed:Office Ex... | ▓ Shorter | | -2.58 |
| 6/28/2002 | ▓ Acct. #1 (▓) | ▓ | ▓ | --Split-- | | R | ▓ |
| 6/28/2002 | ▓ Acct. #1 (▓) | ▓ | SPLIT # 1 | ▓ | | | ▓ |
| 3/14/2002 | ▓ Acct. #1 (▓) | EFT | CVS Pharmacy | --Split-- | | R | ▓ |
| 3/14/2002 | ▓ Acct. #1 (▓) | EFT | SPLIT # 3 | Self-Employed:Office Ex... | Shorter; Personnel Rec... | | -3.95 |
| 3/12/2002 | ▓ Acct. #1 (▓) | EFT | Staples | --Split-- | ▓ | R | ▓ |
| 3/12/2002 | ▓ Acct. #1 (▓) | EFT | SPLIT # 1 | Self-Employed:Office Ex... | Shorter; Personnel Rec... | | -2.28 |
| 3/11/2002 | ▓ Acct. #1 (▓) | ▓ | ▓ | --Split-- | | R | ▓ |
| 3/11/2002 | ▓ Acct. #1 (▓) | ▓ | SPLIT # 3 | ▓ | | | ▓ |
| 2/18/2002 | ▓ Acct. #1 (▓) | ATM | Peoples ATM | --Split-- | | R | ▓ |
| 2/18/2002 | ▓ Acct. #1 (▓) | ATM | SPLIT # 5 | Self-Employed:Office Ex... | Shorter | | -0.80 |

Quicken Find



Page 1

| Date | Acct | Num | Payee | Cat | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 1/28/2005 | ▬▬ Account | 1169 | Robert J. Tasillo, State Mars... | ▬▬ | Shorter | | -242.40 |
| 1/15/2004 | ▬▬ | ▬ | ▬▬ | ▬ | | ▬ | ▬ |
| 1/15/2004 | ▬▬ | ▬ | ▬▬ | ▬ | | ▬ | ▬ |
| 1/8/2004 | ▬▬ Account | 1113 | Brandon Smith Reporting | Transcript Fees | Shorter | R | -263.68 |
| 1/8/2004 | ▬▬ Account | 1111 | Patricia Tyszka, Court Repor... | Transcript Fees | Shorter | R | -971.01 |
| 7/17/2002 | ▬▬ | ▬ | ▬▬ | ▬ | | ▬ | ▬ |
| 7/17/2002 | ▬▬ | ▬ | ▬▬ | ▬ | ▬ | ▬ | ▬ |
| 4/18/2002 | ▬▬ | ▬ | ▬▬ | ▬ | ▬ | ▬ | ▬ |
| 4/12/2002 | ▬▬ | ▬ | ▬▬ | ▬ | ▬ | ▬ | ▬ |
| 4/12/2002 | ▬▬ | ▬ | ▬▬ | ▬ | ▬ | ▬ | ▬ |
| 3/11/2002 | ▬▬ | ▬ | ▬▬ | ▬ | ▬ | ▬ | ▬ |
| 3/11/2002 | ▬▬ | ▬ | ▬▬ | ▬ | ▬ | ▬ | ▬ |
| 2/11/2002 | ▬▬ | ▬ | ▬▬ | ▬ | ▬ | ▬ | ▬ |
| 2/11/2002 | ▬▬ | ▬ | ▬▬ | ▬ | ▬ | ▬ | ▬ |
| 1/30/2002 | ▬▬ | ▬ | ▬▬ | ▬ | | ▬ | ▬ |