UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR.,<br>Plaintiff | : <br> : <br> : | CIVIL ACTION NO.<br>3:03-cv-149 (WIG) |
| v. | : <br> : | |
| HARTFORD FINANCIAL<br>SERVICES GROUP, INC.,<br>Defendant | : <br> : <br> : | FEBRUARY 9, 2005 |

### AFFIDAVIT OF PETER B. PRESTLEY

Peter B. Prestley, being first duly sworn, hereby deposes and states as follows:

1. This affidavit is submitted in support of the fee application made by Attorney Rachel M. Baird in the above-captioned matter.

2. I have been a practicing attorney for 33 years.

3. I received my Juris Doctor from the University of Connecticut in 1972. I have been a member of the Connecticut bar since 1972 and the District of Connecticut since 1975.

4. I was the Deputy General Counsel of Travelers Insurance Company until 1994. In that capacity, I was responsible for major and complex litigation, including employment and employee benefit matters.

5. In 1997, I commenced private practice representing exclusively individuals in employment-related matters.

6. I was the former Chair of the American Bar Association Joint Committee on Employee Benefits, the ABA's lead committee on employee benefits, which works annually with Congressional staff on legislative and regulatory policy development. I was also former Chair of the 35,000 member Tort and Insurance Practice Section (TIPS) of the ABA, and former Chair of that Section's Employee Benefits Committee.

7. Additionally, I have written and lectured in the area of employment practice on many occasions over the past thirty years.

8. I am a current member of the National Employment Lawyers Association and the Hartford County Bar Association.

9. My Martindale Hubbell rating is AV – that publication's highest rating.

10. As an attorney with more than thirty years of experience, I am familiar with the prevailing rates for counsel in employment cases in Connecticut.

11. I am familiar with the legal work of Rachel Baird. I have reviewed her experience and qualifications and know of her reputation as a skilled attorney. Ms. Baird is well qualified to try cases involving state and federal employment laws.

12. Ms. Baird's hourly rate of $300 is reasonable and consistent with the prevailing fee for attorneys with her degree of experience and expertise. My current hourly rate is $385 for handling similar matters.

13. I am over eighteen and believe in the obligations of an oath.

Further the affiant sayeth not.

_____
Peter B. Prestley

Personally appeared before me the above-named Peter B. Prestley on February 9, 2005 and made oath that the foregoing Affidavit is based upon his personal knowledge and is true and accurate.

_____
Notary Public

My Commission Expires _MY COMMISSION EXPIRES JULY 31, 2005_

KATALIN A. DEMITRUS
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2005