UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | : | |
| | : | |
| Defendant. | : | FEBRUARY 28, 2005 |

**PLAINTIFF'S MOTION FOR EQUITABLE RELIEF, INCLUDING
PRE- AND POST-JUDGMENT INTEREST**

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, hereby moves for reinstatement to his former employment at Defendant Hartford Financial Services Group, Inc. ("The Hartford") or, in the alternative, front pay and benefits. Plaintiff moves as well for pre- and post-judgment interest.

Following a five-day trial, the jury returned a verdict on January 28, 2005, in favor of the Plaintiff, Ferron Shorter Jr., on his claims of race and gender discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., as well as on his claim of negligent infliction of emotional distress.[1] The jury awarded Plaintiff $170,000.00 in back pay and benefits and $85,000.00 in general compensatory damages.

Plaintiff submits an Affidavit and exhibits in support of his motion which (a) describe his efforts to find employment since his termination from The Hartford on January 23, 2002 (Ex. 1); (b) detail the resources Plaintiff will require to place himself again in a position where he is earning the equivalent of a $44,500 annual salary plus promotions/increases in pay that would have occurred since January 23, 2002, and a pension plan equivalent to the plan available to

---

[1] The jury rendered verdicts in favor of Defendant on Plaintiff's claim of hostile work environment and intentional infliction of emotional distress.

**ORAL ARGUMENT REQUESTED**

2

Plaintiff at The Hartford (Exs. 1, 2); (c) provide information about The Hartford's Retirement Plan for U.S. Citizens which Plaintiff would have been eligible to receive at the age of fifty-one (51) years old or his normal retirement age of sixty-five (65) in 2032 (Exs. 1, 3); and (d) delineate the disparity between Plaintiff's present and future earnings and his earnings but for the termination. (Ex. 4)

 A memorandum of law is attached.

            PLAINTIFF
            FERRON SHORTER JR.


BY: _____
   Rachel M. Baird (ct12131)
   Law Office of Rachel M. Baird
   379 Prospect St
   Torrington CT 06790-5239
   Tel:  (860) 626-9991
   Fax:  (860) 626-9992
   bairdlawoffice@aol.com

## **CERTIFICATION**

     I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion for Equitable Relief, including Pre-and Post-Judgment Interest was mailed first-class, postage paid to the following counsel of record on February 28, 2005:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

 

                                                      _____
                                                      Rachel M. Baird