# DeVry University

## STUDENT BUDGET PER CREDIT HOUR
### Fall 2004, Spring 2005, and Summer 2005

**LOCATIONS**

ARIZONA
SACRAMENTO, CA
GEORGIA
MISSOURI
NEVADA
NORTH CAROLINA
OHIO
OREGON
TEXAS

Use this chart to estimate your first semester's direct costs and choose your financing option.

Direct costs (tuition, books, supplies, and miscellaneous expenses) will vary based on your program of study.

### 1. BEFORE REGISTRATION

| | |
|---|---|
| Application Fee | $50 |
| Tuition Deposit | $50 |
| **Total** | **$100** |

### 2. DIRECT COSTS — TUITION, BOOKS, SUPPLIES, AND MISC. EXPENSES

| | |
|---|---|
| Tuition *(Cost per credit hour for 1-13 hours)* | $420 |
| Books and Supplies *(Varies by term; includes technology charge)* | $250-$350 |
| Student Activity Fee | $40 |
| Health Insurance *(Optional)* | $42-$126 |
| **Total First Semester Estimated Direct Cost** *(Based on taking 6-13 credit hours)* | **$2,860-$5,900** |

### PAYMENT OPTIONS

| | | |
|---|---|---|
| A | Full Payment *(Based on number of credit hours)* | $2,860-$5,900 |
| B | Monthly Payment Plan *(1st of 4 monthly payments - based on number of credit hours)* | $715-$1,475 |
| C | Personal Financial Plan<br>☐ Dependent Student<br>☐ Independent Student | $_____ |

### 3. FINANCING YOUR FIRST SEMESTER — FINANCING OPTIONS (C)

| | Option #1 (Alternative Financing Plan) | Option #2 (Dependent Student Plan) |
|---|---|---|
| Credit Hours | 6-13 | 6-13 |
| Total First Semester Estimated Direct Costs | $2,860-$5,900 | $2,860-$5,900 |
| Base Federal Stafford Loan | $1,300 | $1,300 |
| **Balance** | **$1,560-$4,600** | **$1,560-$4,600** |
| Federal Grants, Loans and Other Benefits *(Pell Grant, V.A., etc.)* | $_____ | $_____ |
| Federal PLUS Loan *(Dependent student)* | N/A | $1,560-$4,600 |
| Additional Federal Stafford Loan Unsubsidized | $760-$1,900 | N/A |
| **Balance** *(Divide by 4 payments = EDUCARD®)* | **$800-$2,700** | **$0** |
| Estimated Monthly EDUCARD® Payment | $200-$675 | $0 |
| Estimated Monthly PLUS Loan Payment | $0 | $80-$120 |
| Estimated Monthly Alternative Financing Loan Payment | $0-$140 | $0 |
| Estimated Total Monthly Payment | $_____ | $80-$120 |

*Financing your DeVry education*

EXHIBIT 2
Shorter v. Hartford Financial Services Group, Inc.
Case No. 3:03-cv-149(WIG) (D. Conn.)
Plaintiff's Motion for Equitable Relief and Interest
February 28, 2005

05707824 06/04

# U.S. employment statistics

[1] Combined statistics for students who graduated from degree programs

**October 2002 ▸ February 2003 ▸ June 2003 classes**

| | Business Administration **BUS** | Computer Engineering Technology[2] **CET** | Computer Information Systems **CIS** | Electronics and Computer Technology **ECT** | Electronics Engineering Technology **EET** | Network and Communications Management[3] **NCM** | Network Systems Administration **NSA** | Technical Management **TM** |
|---|---|---|---|---|---|---|---|---|
| Graduates who actively pursued and obtained employment and those who were already employed in education-related careers within 180 days of graduation | 92% | 83% | 78% | 80% | 82% | 82% | 93% | 92% |
| [4] Average reported annual compensation | $32,773 | $34,588 | $38,489 | $31,454 | $40,397 | $39,290 | $29,050 | $46,709 |
| Graduates | 953 | 141 | 2,610 | 1,207 | 1,030 | 2,433 | 24 | 320 |
| [5] Graduates eligible for career assistance | 816 | 114 | 2,138 | 946 | 819 | 2,139 | 20 | 299 |
| [6] Graduates who actively pursued employment for up to 180 days and those who were already employed | 638 | 80 | 1,324 | 629 | 590 | 1,302 | 14 | 260 |
| Graduates employed in education-related positions within 180 days of graduation | 585 | 66 | 1,038 | 504 | 483 | 1,072 | 13 | 240 |
| Graduates who remained with their current employers and those who accepted employment outside their field of study | 33 | 20 | 421 | 129 | 78 | 461 | 1 | 10 |

### DeVry Career Services

Career services professionals across the DeVry system work diligently to help graduates attain positions in their career fields. Although DeVry cannot guarantee employment, the staff is committed to assisting students, graduates and alumni in identifying employment opportunities and following through with effective strategies for obtaining their desired career positions.

### Effective Support Services

DeVry's career services are geared to the needs of our students and their prospective employers. We support our students' career efforts with the following:

- Employer database
- National advertising
- Employment seminars
- Career fairs

These and other services help support one of the strongest career efforts in education.

**DeVry University**
One Tower Lane
Oakbrook Terrace, Illinois 60181-4524
630/571-7700 ▸ 800/73-DEVRY ▸ www.devry.edu

DeVry University operates as DeVry Institute of Technology in New York.

---

[1] The statistics do not include graduates of the post-baccalaureate IT program.
[2] This program is called Computer Technology at DeVry Long Island City.
[3] Until summer 2003, program was named Telecommunications Management. Statistics reflect graduates of the Telecommunications Management Program.
[4] Includes base salary and any additional taxable compensation.
[5] Excludes graduates continuing their education, foreign graduates legally ineligible to work in the United States and those ineligible for career assistance because of extreme circumstances. Contact the career services office for details.
[6] Excludes graduates who actively pursued employment for less than 180 days and did not become employed.

NOTES:
These statistics include students graduating at the bachelor's degree and associate degree levels.
Completion statistics are available from each campus upon request.
Statistics for graduates of the Ft. Washington, Pennsylvania; Houston, Texas; and Miramar, Florida, campuses will be available approximately six months after their first class graduates.

©2004 DeVry University.
All Rights Reserved.
55784191 1/04 40M
Next revision date: 5/04



EXHIBIT 2
Shorter v. Hartford Financial Services Group, Inc.
Case No. 3:03-cv-149(WIG) (D. Conn.)
Plaintiff's Motion for Equitable Relief and Interest
February 28, 2005

# Network & Communications Management
## Standard Day and Accelerated Evening
## Alpharetta & Decatur
## Fall 2004
## Students Beginning in the Fall 2004

| Course Designator | Course | COURSE CODE | CREDIT HOURS | PREREQUISITES/ COREQUISITES |
|---|---|---|---|---|
| | **First Semester** | | | |
| _____ | Composition | ENGL112 | 4 | |
| _____ | Psychology | PSYC110 | 3 | |
| _____ | Intermediate Algebra | MATH100 | 4# | 42<CPT<75 |
| _____ | Critical Thinking | COLL147 | 2 | |
| _____ | Intro. To Business & Tech | BUSN115 | 3 | |
| _____ | Computer Appls. For Bus | COMP100 | 2 | |
| | | Total | 14 | |
| | **Second Semester** | | | |
| _____ | Advanced Composition | ENGL135 | 4 | ENGL112 |
| _____ | College Algebra | MATH178 | 4 | MATH 100 or CPT>75 |
| _____ | PC Systems & Networks with Lab | COMP 128 | 5 | COMP100 |
| _____ | Fundamentals of Wired/Wireless Networks with Lab | NETW110 | 4 0 | COMP128 |
| | | Total | 17 | |
| | **Third Semester** | | | |
| _____ | Professional Writing | ENGL227 | 4 | ENGL112 |
| _____ | Statistics for Decision Making | MATH221 | 4 | MATH178 |
| _____ | Security and Privacy | BUSN240 | 3 | |
| _____ | Introduction to Scripting & Database with Lab | COMP230 | 4 0 | COMP100 |
| _____ | LAN & Internet Technologies with Lab | NETW210 | 4 0 | NETW110 |
| | | Total | 19 | |
| | **Fourth Semester** | | | |
| _____ | Public Speaking | SPCH275 | 3 | ENGL112 |
| _____ | Essentials of Accounting | ACCT301 | 4 | MATH178 |
| _____ | WANs and Internetworking w/Lab | NETW220 | 4 | NETW210 |
| _____ | Wired, Optical, and Wireless Communications with Lab | NETW310 | 3 | NETW210 |
| _____ | Network Operating Systems w/Lab - Microsoft | NETW230 | 4 0 | NETW210 and COMP230 |
| | | Total | 18 | |

EXHIBIT 2
Shorter v. Hartford Financial Services Group, Inc.
Case No. 3:03-cv-149(WIG) (D. Conn.)
Plaintiff's Motion for Equitable Relief and Interest
February 28, 2005

### Fifth Semester

| | Course | Code | Credits | Prereq |
|---|---|---|---|---|
| ___ | Contemporary Literature | HUMN420 | 3 | ENGL135 |
| ___ | Contemporary History | HUMN410 | 3 | ENGL135 |
| ___ | Environmental Science | SCI204 | 4 | MATH178 |
| ___ | Network Operating Systems w/Lab - UNIX | NETW240 | 4 | NETW210 |
| ___ | Voice/VoIP Administration with Lab | NETW250 | 3 | NETW220 |
| | Total | | 17 | |

### Sixth Semester

| | Course | Code | Credits | Prereq |
|---|---|---|---|---|
| ___ | Principles of Economics | ECON312 | 3 | |
| ___ | Principles of Ethics | HUMN445 | 3 | ENGL135 |
| ___ | Culture and Society | SOCS185 | 3 | |
| ___ | Wireless Technologies & Services - with Lab | NETW360 | 3 | NETW310 |
| ___ | Converged Networks with Lab | NETW320 | 3 | NETW250 |
| | Total | | 15 | |

### Seventh Semester

| | Course | Code | Credits | Prereq |
|---|---|---|---|---|
| ___ | Career Development | CARD405 | 2 | Senior Status |
| ___ | Management of Tech. Resources | MGMT408 | 3 | ACCT301 |
| ___ | Enterprise Networks Design w/Lab | NETW410 | 4 | NETW220 & NETW230 or NETW240 |
| ___ | Enterprise Network Management | NETW420 | 4 | MATH221 AND NETW410 |
| ___ | Project Management with Lab | MGMT404 | 4 | ACCT201 |
| | Total | | 17 | |

### Eighth Semester

| | Course | Code | Credits | Prereq |
|---|---|---|---|---|
| ___ | Social Issues in Technologies | HUMN432 | 3 | HUMN410 |
| ___ | Leadership & Motivation | PSYC305 | 3 | PSYC110 |
| ___ | Advanced Network Security with Lab | SEC450 | 3 | NETW420 |
| ___ | Advanced Topics in Networking | NETW471 | 3 | NETW420 |
| ___ | Senior Project with Lab | NETW490 | 4 | NETW420 AND MGMT404 |
| | Total | | 16 | |
| | **Curriculum Total** | | **133** | |

**# Prerequisite skills course. Placement results determine whether this course is required. Institutional credit not included in credit hour totals.**

EXHIBIT 2
Shorter v. Hartford Financial Services Group, Inc.
Case No. 3:03-cv-149(WIG) (D. Conn.)
Plaintiff's Motion for Equitable Relief and Interest
February 28, 2005