| Year | Minimum Annual Salary | Estimated Annual Salary | Current annual Salary | Front pay | Front Pay |
|---|---|---|---|---|---|
| 2002 - 2004 | $45,000 | $57,000 | $25,000 | $20,000 | $32,000 |
| 2005 | $45,000 | $57,570 | $25,250 | $19,750 | $32,320 |
| 2006 | $45,000 | $58,146 | $25,503 | $19,498 | $32,643 |
| 2007 | $45,000 | $58,727 | $25,758 | $19,242 | $32,970 |
| 2008 | $45,000 | $59,314 | $26,015 | $18,985 | $33,299 |
| 2009 | $45,000 | $59,908 | $26,275 | $18,725 | $33,632 |
| 2010 | $45,000 | $60,507 | $26,538 | $18,462 | $33,969 |
| 2011 | $45,000 | $61,112 | $35,000 | $10,000 | $26,112 |
| 2012 | $45,000 | $61,723 | $35,350 | $9,650 | $26,373 |
| 2013 | $45,000 | $62,340 | $35,704 | $9,297 | $26,637 |
| 2014 | $45,000 | $62,963 | $36,061 | $8,939 | $26,903 |
| 2015 | $45,000 | $63,593 | $36,421 | $8,579 | $27,172 |
| 2016 | $45,000 | $64,229 | $36,785 | $8,215 | $27,444 |
| 2017 | $45,000 | $64,871 | $37,153 | $7,847 | $27,718 |
| 2018 | $45,000 | $65,520 | $37,525 | $7,475 | $27,995 |
| 2019 | $45,000 | $66,175 | $37,900 | $7,100 | $28,275 |
| 2020 | $45,000 | $66,837 | $38,279 | $6,721 | $28,558 |
| 2021 | $45,000 | $67,505 | $38,662 | $6,338 | $28,844 |
| 2022 | $45,000 | $68,180 | $39,048 | $5,952 | $29,132 |
| 2023 | $45,000 | $68,862 | $39,439 | $5,561 | $29,423 |
| 2024 | $45,000 | $69,551 | $39,833 | $5,167 | $29,718 |
| 2025 | $45,000 | $70,246 | $40,232 | $4,768 | $30,015 |
| 2026 | $45,000 | $70,949 | $40,634 | $4,366 | $30,315 |
| 2027 | $45,000 | $71,658 | $41,040 | $3,960 | $30,618 |
| 2028 | $45,000 | $72,375 | $41,451 | $3,549 | $30,924 |
| 2029 | $45,000 | $73,099 | $41,865 | $3,135 | $31,233 |
| 2030 | $45,000 | $73,830 | $42,284 | $2,716 | $31,546 |
| 2031 | $45,000 | $74,568 | $42,707 | $2,293 | $31,861 |
| 2032 | $45,000 | $75,314 | $43,134 | $1,860 | $32,180 |
|  |  |  |  | $268,156 | $869,828 |

**EXHIBIT 4**
<u>Shorter v. Hartford Financial Services Group, Inc.</u>
Case No. 3:03-cv-149(WIG) (D. Conn.)
Plaintiff's Motion for Equitable Relief and Interest
February 28, 2005