UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES | : | |
| GROUP, INC., MARYANNE RHODES, | : | |
| | : | |
| Defendants. | : | MARCH 1, 2005 |

## PLAINTIFF'S MOTION TO DROP DEFENDANT MARYANNE RHODES

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, hereby moves, pursuant to Rule 21 of the Federal Rules of Civil Procedure, to drop MaryAnne Rhodes as a defendant party in the above-captioned matter on such terms as are just and with Plaintiff and MaryAnne Rhodes to bear their respective costs.

        PLAINTIFF
        FERRON SHORTER JR.


BY: _____
        Rachel M. Baird (ct12131)
        Law Office of Rachel M. Baird
        379 Prospect St
        Torrington CT 06790-5239
        Tel:  (860) 626-9991
        Fax:  (860) 626-9992

2

**CERTIFICATION**

     I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Drop was mailed first-class, postage paid to the following counsel of record on March 1, 2005:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

                                                    _____
                                                    Rachel M. Baird