UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER JR.<br>Plaintiff, | :<br>:<br>: |
| v. | CIVIL NO.: 303 CV 0149(WIG)<br>:<br>: |
| HARTFORD FINANCIAL SERVICES GROUP,<br>INC. and MARYANNE RHODES<br>Defendants. | :<br>:<br>: MARCH 14, 2005<br>: |

## DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND PREJUDGMENT INTEREST

Pursuant to Local Rule 7(b) of this Court, Hartford Financial Services Group, Inc. ("Defendant") respectfully requests an extension of time of fourteen (14) days to file its Memorandum in Opposition to Plaintiff's Motion for Attorney's Fees, Costs and Prejudgment Interest dated February 22, 2005. In support of this motion, Defendant states:

1. On February 22, 2005, Plaintiff filed his Motion for Attorney's Fees, Costs and Prejudgment Interest in which Plaintiff sought an award of attorney's fees and costs pursuant to 42 U.S.C. § 2000e-2(k) and 28 U.S.C. § 1920.

2. Defendant's response to Plaintiff's Motion for Attorney's Fees, Costs and Prejudgment Interest is due March 15, 2005.

3. Defendant requests additional time to respond to Plaintiff's Motion for Attorney's Fees, Costs and Prejudgment Interest to allow sufficient time for Defendant to research the legal issues raised by Plaintiff and to evaluate the extensive invoices and other

**ORAL ARGUMENT NOT REQUESTED**

documentation submitted by Plaintiff in support of his motion. In support of his motion, Plaintiff submitted two affidavits, twenty-six invoices and other documentation supporting his claim for an award of costs. Plaintiff's motion also raises novel legal issues in that he requests the application of a multiplier to an award of attorneys' fees under Title VII.

4. Defendant's requested extension of time will not unduly delay this matter. Under Rule 54(d)(2)(B) of the Federal Rules and Local Rule 11, Plaintiff's Motion for Attorney's Fees was not due until 30 days after the Court's entry of judgment. The Court has not yet entered judgment in this matter.

5. The undersigned counsel attempted to contact counsel for Plaintiff, Attorney Baird, but was unable to ascertain her position as to the granting of this motion.

WHEREFORE, Defendant respectfully moves for a fourteen day (14) day extension of time until March 29, 2005 to file its Memorandum in Opposition to Plaintiff's Motion for Attorney's Fees, Costs and Prejudgment Interest dated February 22, 2005.

DEFENDANT,
HARTFORD FINANCIAL SERVICES
GROUP, INC.

By: _____
Margaret J. Strange (ct08212)
James F. Shea (ct16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404
email: strangem@jacksonlewis.com
email: sheaj@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 14th day of March 2005, to the following counsel of record:

>Rachel M. Baird
>Law Office of Rachel M. Baird
>379 Prospect Street
>Torrington, CT 06790
>Attorney for Plaintiff
>
>David L. Metzger, Esq.
>Metzger & Associates
>25 Capitol Avenue
>Hartford, CT 06106-1707
>Attorney for Defendant Maryanne Rhodes

_____
James F. Shea

H:\Client Folder\H\The Hartford\Shorter\Post Trial\Motion to Extend Time Fee Request DOC
64532