UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

_____
                                              :
FERRON SHORTER JR.                            :
      Plaintiff,                              :
                                              :        CIVIL NO.: 303 CV 0149(WIG)
v.                                            :
                                              :
HARTFORD FINANCIAL SERVICES GROUP,   :
INC. and MARYANNE RHODES                      :
      Defendants.                             :        MARCH 18, 2005
_____:

**DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND  TO PLAINTIFF'S
MOTION FOR EQUITABLE RELIEF**

          Pursuant to Local Rule 7(b) of this Court, Hartford Financial Services Group, Inc.

("Defendant") respectfully requests an extension of time of eight (8) days to file its

Memorandum in Opposition to Plaintiff's Motion for Equitable Relief dated February 28, 2005.

In support of this motion, Defendant states:

          1.      On February 28, 2005, Plaintiff filed his Motion for Equitable Relief in

which Plaintiff seeks reinstatement or an award of front pay, as well as an award of pre-judgment

and post-judgment interest.

          2.      Defendant's response to Plaintiff's Motion for Equitable Relief is due

March 21, 2005.

          3.      Defendant requests additional time to respond to Plaintiff's Motion for

Equitable Relief to allow sufficient time for Defendant to research the legal issues raised by

**ORAL ARGUMENT NOT REQUESTED**

Plaintiff and to evaluate the lengthy affidavit and extensive financial information submitted by Plaintiff in support of his motion.

      4.    Defendant seeks only an additional eight days to respond to Plaintiff's Motion for Equitable Relief and the requested extension of time will not unduly delay this matter.

      5.    The undersigned counsel contacted counsel for Plaintiff, Attorney Baird, who has no objection to the granting of this motion.

      WHEREFORE, Defendant respectfully moves for an eight (8) day extension of time until March 29, 2005 to file its Memorandum in Opposition to Plaintiff's Motion for Equitable Relief dated February 28, 2005.

DEFENDANT,
HARTFORD FINANCIAL SERVICES
GROUP, INC.

By:    _____

Margaret J. Strange (ct08212)
James F. Shea (ct16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT  06105
(860) 522-0404
email: strangem@jacksonlewis.com
email: sheaj@jacksonlewis.com

2

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage

prepaid, on this 18th day of March 2005, to the following counsel of record:

> Rachel M. Baird
> Law Office of Rachel M. Baird
> 379 Prospect Street
> Torrington, CT 06790
> Attorney for Plaintiff
>
> David L. Metzger
> Metzger & Associates
> 25 Capitol Avenue
> Hartford, CT 06106-1707
> Attorney for Defendant Maryanne Rhodes

_____
James F. Shea

H:\Client Folder\H\The Hartford\Shorter\Post Trial\Motion to Extend Time Equitable Relief DOC
64532

3