EXHIBIT 5

Shorter, Jr. vs Hartford

9/5/2003                                    Ferron Shorter ( Volime II )

Page 1

1                UNITED STATES DISTRICT COURT
2                  DISTRICT OF CONNECTICUT
3
4     * * * * * * * * * * * * * * *
      FERRON SHORTER, JR.,
5
                    Plaintiff,
6                                        Civil Action No.
          -vs-                           3:03CV0149 (CFD)
7     HARTFORD FINANCIAL SERVICES
      GROUP, INC., and MARYANNE
8     RHODES,
9                    Defendants.                    COPY
      * * * * * * * * * * * * * * *
10
11
12                        VOLUME II
13
14
15         Continued Deposition of FERRON SHORTER, JR.,
      taken before Bethany A. Carrier, Court Reporter and
16    Notary Public within and for the State of Connecticut,
      pursuant to Notice and the Federal Rules of Civil
17    Procedure, at the offices of Brandon Smith Reporting
      Service, 44 Capitol Avenue, Hartford, Connecticut,
18    taken on September 5, 2003, commencing at 9:52 a.m.
19
20
21
22
23              Bethany A. Carrier, LSR 071
            Brandon Smith Reporting Service
24                44 Capitol Avenue
            Hartford, Connecticut  06106
25                (860) 549-1850

47f4a2bd-5933-40b5-856c-962c3ac7e7f9

Shorter, Jr. vs Hartford

9/5/2003                                         Ferron Shorter ( Volime II )

Page 53

1              MS. BAIRD:  Go ahead and answer.

2        A    Yes.

3              MS. STRANGE:  Let's take a break.

4

5              (Recess:  11:24 am to 11:38 am.)

6

7   BY MS. STRANGE:

8        Q    Now, do you know what the arrangement is with

9   your attorney for attorney's fees in this matter?

10       A    Yes.

11       Q    And what is that arrangement?

12             MS. BAIRD:  Objection, but I'm

13   instructing my client to answer.

14       A    Paying on an hourly basis.

15   BY MS. STRANGE:

16       Q    And have you incurred fees to date?

17             MS. BAIRD:  I'll just make a running

18   objection to the line of questioning, but I'm

19   instructing my client to answer.

20       A    Yes.

21   BY MS. STRANGE:

22       Q    And how much have you incurred in fees to

23   date?

24       A    I don't know the exact amount.

25       Q    Do you know approximately how much?

47f4a2bd-5933-40b5-856c-962c3ac7e7f9

Shorter, Jr. vs Hartford

Ferron Shorter ( Volime II )

Page 54

1       A       I assume we're going towards 19, $20,000.  I

2    would think.  That's an estimation now.

3       Q       How much are you paying for an hourly rate?

4       A       $150.

5       Q       Are you currently seeing a physician or other

6    medical professional for treatment of your emotional

7    distress?

8       A       No.  I don't have the insurance to cover

9    it.

10      Q       And have you ever sought treatment with a

11   psychologist, psychiatrist or other counselor?

12      A       I checked into it, but it wasn't affordable

13   or feasible.

14              MS. STRANGE:  I'm going to have this

15   document marked as an exhibit.  And this is my only

16   copy, so perhaps we can make a copy on the break.

17

18              (Defendants' Exhibit 15:  Marked for

19                  identification.)

20

21   BY MS. STRANGE:

22      Q       I'm going to show you what's been marked as

23   Defendants' Exhibit 15 and ask if you recognize that

24   document?

25      A       Yes.

47f4a2bd-5933-40b5-856c-962c3ac7e7f9

Shorter, Jr. vs Hartford

9/5/2003                                          Ferron Shorter ( Volime II )

Page 107

1                    STATE OF CONNECTICUT

2        I, Bethany A. Carrier, LSR 071, a Notary Public,

3    duly commissioned and qualified in and for the State of

4    Connecticut, do hereby certify that pursuant to Notice,

5    there came before me on the 5th day of September, 2003,

6    the following-named person, to wit:FERRON SHORTER, JR.,

7    who was by me duly sworn to testify to the truth and

8    nothing but the truth; that he was thereupon carefully

9    examined upon his oath and his examination reduced to

10   writing under my supervision; that this deposition is a

11   true record of the testimony given by the witness.

12        I further certify that I am neither attorney nor

13   counsel for nor related to nor employed by any of the

14   parties to the action in which this deposition is

15   taken, and further that I am not a relative or employee

16   of any attorney or counsel employed by the parties

17   hereto, or financially interested in this action.

18        IN WITNESS THEREOF, I have hereunto set my hand
     this _____ day of _____, 2003.

19

20                    _____
                      Bethany A. Carrier

21                    Notary Public

22

     My Commission Expires:

23   October 31, 2003

24

25

47f4a2bd-5933-40b5-856c-962c3ac7e7f9