EXHIBIT 1

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER, JR.,                 .      Case No. 3:03-CV-00149
                                     .      (WIG)
              Plaintiff,             .
                                     .      Bridgeport, Connecticut
     v.                              .      January 24, 2005
                                     .
HARTFORD FINANCIAL SERVICES          .
                                     .
GROUP, INC., ET AL.,                 .
                                     .
              Defendants.            .
.  .  .  .  .  .  .  .  .  .  .  .  .

TRIAL
BEFORE THE HONORABLE WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:          Law Offices
                            By: RACHEL M. BAIRD, ESQ.
                            Stonegate Professional Bldg
                            379 Prospect Street
                            Torrington, CT 06790-5239

For the Defendant:          Jackson Lewis
                            By:  MARGARET STRANGE, ESQ.
                                 JAMES F. SHEA, ESQ.
                            55 Farmington Avenue
                            Suite 1200
                            Hartford, CT 06105

Court Monitor:              MS. SANDRA J. BALDWIN
                            MS. MARIA CORRIETTE

Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.

_____

BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083

1    Georgia with my parents.

2              THE COURT:  Good afternoon, sir.

3              THE WITNESS:  Good afternoon.

4              THE COURT:  Thank you.

5                    DIRECT EXAMINATION

6    BY MS. BAIRD:

7    Q.   Mr. Shorter, how long have you lived in Georgia?

8    A.   Approximately 21 months.

9    Q.   And prior to that time where did you live?

10   A.   In Connecticut.

11   Q.   Were you at one point employed by Hartford

12   Financial Services Group, the defendant in this matter?

13   A.   Yes, I was.

14   Q.   When did you begin employment with what I'll refer

15   to as "The Hartford"?

16   A.   I began employment on October 9th, 1989.

17   Q.   Where are you originally from?

18   A.   New Britain, Connecticut.

19   Q.   And did you attend high school there?

20   A.   Yes, I did.

21   Q.   Any education after high school?

22   A.   I went to -- I took some college courses.  I

23   didn't complete it.

24   Q.   And what did -- what subject matter did those

25   courses pertain to?

1    A.   My major was math -- mathematics.

2    Q.   What led your career path to apply and then

3    subsequently begin work at The Hartford in October

4    1989?

5    A.   I wasn't going to school, to college and I was

6    working part time in a factory and my mom kind of

7    wanted me to -- although I didn't finish college she

8    knew I was good with numbers so she wanted me to get a

9    job still using my brain, so kind of like to make her

10   happy I applied at insurance companies, figure I can

11   get a job utilizing my brain and working with numbers

12   somehow, and I filled out applications for The

13   Hartford, Cigna, a couple other insurance companies and

14   The Hartford called me for an interview and it was a

15   couple days after they called me and I went in and the

16   day that I interviewed with, her name was Rene Anderson

17   of Human Resources, she called me back later that

18   afternoon and offered me a position.

19   Q.   What position were you offered?

20   A.   Inputting data.  Data entry.

21   Q.   And what was your salary to start?

22   A.   Thirteen thousand per year.

23   Q.   How many various -- How many different positions

24   did you hold at the Hartford between 1989 and 2002?

25   A.   Approximately seven or eight.

1    Q.    And why was that?

2    A.    I just received promotions.  I just started from,

3    I guess, so-called "bottom" and just worked my way up.

4    Q.    And in what manner did your salary increase during

5    those years?

6    A.    It increased from -- It ended at 44,500,

7    approximately.

8    Q.    Okay, and is it fair to say that a -- that it

9    increased --

10   A.    As I went along.

11   Q.    -- at various points during that time?

12   A.    Yes, it did.

13   Q.    What -- Is there any way to characterize, even

14   though you held so many positions, what, in fact, you

15   did at The Hartford?

16   A.    I did a lot of different things.  The last thing I

17   did was house programming but I worked in actuarial.  I

18   worked in underwriting.  I did -- I worked with rating

19   for years, and, of course, data entry.

20   Q.    Describe what you did at your -- in your last

21   position as a developer and how long you held that

22   position.

23   A.    My last develop -- My last position as a

24   developer, I -- it involved programming using COBAL,

25   and I was introduced to it -- I first received that in

1    that department in 2000, but I wasn't doing much

2    programming.  I was just doing a lot of -- just

3    modifying programs just to make the programs comply

4    with the change of the millennium at the time, and they

5    admired my work.  I was put on the release team and in

6    October of 2001 I didn't apply for any position but

7    they -- by merit they promoted me to be a developer,

8    which is an official programmer in -- which was in

9    October of 2001 that they done it.

10   Q.   In that position, were you transferred to in

11   October 2001, physically, where was your office located

12   at The Hartford?

13   A.   It was in the -- what's called the "North Plaza

14   Building."  I was -- It's a building that had six

15   floors and I was on the sixth floor.

16   Q.   Were there other buildings where people worked at

17   The Hartford, in close proximity to your building?

18   A.   Yes.  Without having to walk outside you can go

19   through the hallway and come into the building that's

20   called the "Tower Building," and that building, I

21   believe, had 22 floors, about that, but I'm almost

22   certain it was 22, but somewhere around 20, 22 floors.

23   Q.   What was your unit called that you worked in at

24   that time?

25   A.   I was in IT.  I was in information technology.

1  A.   January 18th, that next morning at work.

2

3  Q.   Mr. Shorter, when you were terminated from The

4  Hartford, what was your salary?

5  A.   $44,500 approximately.

6  Q.   And what was your -- describe the -- describe your

7  emotions following your termination.

8  A.   I was just down, depressed.  I even -- I'm not a

9  drinker but I was kind of -- I was just doing things

10 that I don't do, like I said, just drinking a lot and

11 not sleeping and --

12 Q.   Who did you first contact after you learned you

13 were fired?

14 A.   My dad.

15 Q.   And where does he -- Where did he live at the

16 time?

17 A.   He was in Georgia and I just called him.

18 Q.   And were you -- What were you feeling at that time

19 when you called him?

20 A.   I was down.  He later teased me, said I sound like

21 I was about to cry but I just down.

22 Q.   Did you, in fact, cry at some points after you

23 were fired?

24 A.   Yeah.  Yes.

25 Q.   Did you tell anyone else that you were terminated

1    immediately following?

2    A.   Yes.   After I called my dad I called Cheryl and

3    she was at the store and I just told her that -- you

4    know, I just asked her how long is it gonna be before

5    she got home because I needed to talk to her.

6    Q.   And did you meet her at home?

7    A.   Uh-huh.  Yes, I did.

8    Q.   Describe some of the feelings and steps you took

9    to deal with the termination.

10   A.   Well, after I was terminated, besides just feeling

11   just down and -- I just was trying to -- trying to pick

12   myself back up and I only just felt like real hopeless,

13   like everything is lifted out from under me and just

14   couldn't figure out -- well, I had figured why but, you

15   know, I just started praying a lot and I called --

16   after that called an attorney that I know, a friend of

17   mine, called him up, and he doesn't deal with that kind

18   of, you know, what I described to him, and the main

19   thing I wanted to do was just try to get my job back,

20   to try to clear this up and, you know, exactly find out

21   what was wrong and just to clear everything up and get

22   my job back --

23   Q.   At some point did you --

24   A.   -- as soon as possible.

25   Q.   -- begin to look for employment?

1   A.   Yes.

2        A few months down the road because immediately I

3   went and met an attorney and he started writing --

4   Q.   Well, just answer the question, please.

5   A.   Yes.

6   Q.   At some point did you feel you were able to look

7   for employment?

8   A.   Yes.

9   Q.   And when did you feel like you were able to do

10  that?

11  A.   For employment back with The Hartford or back

12  elsewhere?

13  Q.   Anywhere?  Elsewhere?

14  A.   Elsewhere, it was probably towards May, April --

15  April and May of 2002.

16  Q.   And between January and May what feelings did you

17  have that may have impacted your ability to attempt to

18  even find work?

19  A.   I just wasn't -- just depressed.  Like I said, I

20  couldn't -- I had no ability to think or anything like

21  that.  I mean, I didn't feel well.  Like I said, I

22  wasn't sleeping.  I definitely wasn't eating.  I mean,

23  I did sleep when my body was tired but, I mean, I

24  wasn't eating at all and, you know, it was just -- just

25  feeling upset all the time and I kept -- when I cried

1    I'm not -- I just don't like for people to see me cry
2    so, you know, I'd be holding it in and then trying to
3    go certain places where I could just, you know, let out
4    whatever I was feeling, you know, by myself.  Kind of
5    felt, just kind of like strange.
6    Q.    And starting in May of 2002, what did you do in
7    terms of looking for employment?
8    A.    I went -- started buying Sunday papers.  I went on
9    the internet.  I think it was ct.jobsearch and
10    monster.com and careerbuilders.com, and I just went
11    scanning, looking for jobs, and I started -- did my --
12    I had to redo my resume because all my resume was on my
13    computer at work, you know, my most recent resume, and
14    obviously I couldn't get to that and they didn't bring
15    that to me, so I had to redo my resume and I did that
16    and set up a, you know, a skeletal cover letter and I
17    started just applying for jobs, sending them out.
18    Q.    Did you just look in Connecticut?
19    A.    At that time, yes.
20    Q.    And at some point did you find the need to take
21    other measures?
22    A.    Yes.  After -- I did it for over a year, and I met
23    people, people called me back, and I just couldn't -- I
24    mean, I was never offered a job.
25        I got responses back that people were impressed,

1    but the main reason was, especially for IT, there

2    weren't as many positions for IT, and I knew this at

3    The Hartford, but at that time all the IT positions

4    were like going out of the country, all the

5    opportunities were like going to like other countries,

6    and the opportunities were dwindling as far

7    -- for IT, and especially for me. I was really a

8    beginner.

9        So I started applying for other positions, like

10   rating and underwriting assistant jobs, and I got a

11   good number of calls back, but when I was telling my --

12   when they would read my resume with my salary, they

13   said that I made too much money for those jobs, and I

14   told them I'd take a pay cut but they -- Actually, one

15   recruiter -- Actually, after I got to Georgia and I

16   started trying for a job, one recruiter told me why,

17   and I -- it made sense. He said that even if I took a

18   pay cut to try to take $28,000, that the companies

19   would still hesitate to hire me because they would

20   think, when they saw that I was making 40 -- like near

21   45,000, that I would try to -- that I would just stay

22   there long enough, and then leave if I found a job

23   making the money I was making at The Hartford.

24       I told them that I wouldn't do that, that I'd sign

25   a contract if I could, but I just wasn't having any

266

CERTIFICATE

I certify that the foregoing is a correct transcript
from the electronic sound recording of the proceedings
in the above-entitled matter.

*Stephen C. Bowles*                February 16, 2005

STEPHEN C. BOWLES