# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER JR.,                    :
                                       :
        Plaintiff,                     :       CASE NO.: 303 CV 0149(CFD)
                                       :
V.                                     :
                                       :
HARTFORD FINANCIAL SERVICES GROUP,     :
INC.; and MARYANNE RHODES,             :
                                       :
        Defendants.                    :       APRIL 9, 2003

### PLAINTIFF'S RESPONSE TO DEFENDANT HARTFORD FINANCIAL SERVICES GROUP, INC.'S FIRST SET OF INTERROGATORIES

### INTERROGATORY NO. 1

"Identify each and every person who assisted in preparing the answers to these interrogatories."

- Ferron Shorter Jr., 3-11 Forest Glen Cir, Middletown CT 06457; Hartford Financial Services Group, Inc.

- Rachel M. Baird, Esq., 379 Prospect St, Torrington CT 06790; Law Office of Rachel M. Baird

### INTERROGATORY NO. 2

"Please state your full name, present address, your date and place of birth, your Social Security number and, if you have ever been known by any other name, please state all the names by which you have been known, the dates of use of each such name, and the reasons for any change of name."

- Ferron Shorter Jr.; 3-11 Forest Glen Cir, Middletown CT 06457; d.o.b. 09/26/1967; New Britain CT; SSN 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.

- March 22, 2002; meeting with MaryAnne Rhodes at the request of MaryAnne Rhodes; Plaintiff recorded the conversation between Plaintiff and MaryAnne Rhodes in the parking lot of Oscar's Café in Rocky Hill, CT; a tape of the conversation was provided to Defendant as Side A to Exhibit J of Plaintiff's Reply in the CHRO proceeding referenced in response to Interrogatory No. 11.

- March 27, 2002; meeting with MaryAnne Rhodes at the request of MaryAnne Rhodes; Plaintiff recorded the conversation between Plaintiff and MaryAnne Rhodes in the parking lot of the Ground Round in Rocky Hill, CT; a tape of the conversation was provided to Defendant as Side B to Exhibit J of Plaintiff's Reply in the CHRO proceeding referenced in response to Interrogatory No. 11.

- Plaintiff obtained incident reports from Vernon Police Department under complaint numbers 200089 and 201132 on dates unknown.

- Plaintiff obtained criminal record from State of Connecticut, Department of Public Safety, on February 19, 2003.

## INTERROGATORY NO. 13

"State whether you made any efforts to seek new employment following your employment with Hartford Financial Services Group, Inc., including the name and address of each potential employer whom you contacted or to whom you applied, the date of each such application, the position for which you applied, the date of any job interview which you attended, the name and address of any employment agency, career counselor or other employment recruiter with whom you had contact, including the date and the nature of each contact, and please identify any documents which relate to your answer to this Interrogatory."

- Plaintiff posted his resume through the Internet at www.monster.com in the summer of 2002. Plaintiff applied to numerous companies through the Internet, the exact companies and dates of application are unknown. Plaintiff applied to companies advertising in the Sunday edition of the Hartford Courant, the exact companies and dates of application are unknown. Plaintiff received one reply from Aetna dated October 28, 2002, regarding a Data Analyst position. Plaintiff applied and registered at employment agencies during the fall of 2002, seeking positions as a data input technician, rater, and underwriting assistant. The three (3) employment agencies are as follows: (a) MSI Management Search, Inc., 50 Founders Plz Ste 304, East Hartford CT 06108; (b) RJS Associates, 10 Columbus Blvd, Hartford CT 06106; (c) A R Mazzota Employment Specialists, 160 Broad St, Middletown CT 06457. See documents attached to Plaintiff's Response to Defendant Hartford Financial Services Group, Inc. First Request for Production of Documents identified as P77 – P78, P80 – P84, inclusive.

**INTERROGATORY NO. 14**

"If you sought medical care in connection with any emotional or physical distress or injury allegedly sustained as a result of the allegations in the Complaint, please identify by name, current address and telephone number, each and every expert, doctor, psychiatrist, psychologist, social worker or health care professional with whom you treated and specifically identify:

    a. The condition for which you received treatment;

    b. The dates of any consultation, examination and/or periods of treatment;

    c. The purpose of each such consultation, examination and/or periods of treatment;

## OATH OF PLAINTIFF

I, Ferron Shorter Jr., being of legal age, and having been duly sworn, do hereby depose and state that:

The answers to Defendant Hartford Financial Services Group, Inc.'s First Set of Interrogatories are true, accurate and complete to the best of my knowledge and belief.

*[signature]*
Ferron Shorter Jr.

Subscribed and sworn to before me on this 24th day of March, 2003.

*[signature]*
Rachel M. Baird
Commissioner of the Superior Court
State of Connecticut

19

## CERTIFICATION

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Response to Defendant Hartford Financial Services Group, Inc. First Set of Interrogatories</u> was hand-delivered on April 9, 2003, to the following counsel of record:

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

and mailed, first-class, postage paid on April 9, 2003, to the following counsel of record:

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Ave
Hartford CT 06106

*/s/ Rachel M. Baird*
Rachel M. Baird