UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, | : | |
| | : | |
| Defendants. | : | APRIL 8, 2005 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME**

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, and pursuant to Local Civil Rule 7(b) of this District, moves for an extension of fourteen (14) days, until April 22, 2005, to reply to Defendant's opposition to Plaintiff's motions for attorney's fees and equitable relief.

1.   Defendant responded to Plaintiff's motions for attorney's fees and equitable relief (doc. ##140, 141) on March 29, 2005, after receiving, absent objection, extensions granted on March 16, 2005, and March 22, 2005, respectively, to respond.  (doc. ##136, 137 and 138, 139)

2.   Plaintiff's replies are due April 8, 2005.

3.   Plaintiff requests an additional fourteen (14) days until April 22, 2005, to respond and as good cause represents that through April 5, 2005, Plaintiff's counsel has been occupied in responding to a seventy page summary judgment motion and 206 item Local Rule 56(a)1 Statement filed in the matter of Solomon v. Hartford Hospital, et al., Case No. 3:02-cv-1116(EBB).

4.   Plaintiff represents that Defendant does not object to this fourteen (14) day request for extension.

For the foregoing reasons, Plaintiff respectfully requests an extension of fourteen (14) days until April 22, 2005, to file replies.

        PLAINTIFF
        FERRON SHORTER JR.

BY: _____
        Rachel M. Baird
        (Fed. Bar No. 12131)
        Law Office of Rachel M. Baird
        379 Prospect Street
        Torrington CT 06790-5239
        Tel: (860) 626-9991
        Fax: (860) 626-9992
        E-mail: bairdlawoffice@aol.com

## **CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed, first-class, postage-paid, on April 8, 2005, to:

Margaret J. Strange
James Shea
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

        _____
        Rachel M. Baird