UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| Plaintiff, | : | CASE NO. 3:03-cv-149(WIG) |
| v. | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | : | |
| Defendant. | : | APRIL 22, 2005 |

### SECOND AFFIDAVIT OF RACHEL M. BAIRD

Rachel M. Baird, being first duly sworn, deposes and states as follows:

1. This Affidavit is submitted in support of the motion for fees and costs made by Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, in the above-referenced matter.

2. I affirm that Exhibit 1 to Plaintiff's Brief in Reply to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Attorney's Fees and Costs contain true and correct copies of letters exchanged between me and representatives of The Hartford.

3. In reply to The Hartford's citation to Baird v. Boies, Schiller & Flexner LLP, 219 F.Supp.2d 510, (S.D.N.Y. 2002), I affirm that Boies, Schiller & Flexner LLP billed me out at between $285.00 and $300.00 per hour while employed there from January of 2000 through January of 2001 and while assigned to cases involving the firm's clients Napster, Phillip Morris, and EchoStar, for which I traveled to the Ninth Circuit Court of Appeals in San Francisco, Richmond, Virginia, and Houston, Texas, respectively.

4. In reply to The Hartford's assertion that I have a local practice, I assert that I have clients in Florida, Georgia, and Ohio. I am admitted to the bars of Massachusetts and the District of Columbia as well as Connecticut. I presently have matters pending against New York as well as

Massachusetts corporations including Berkshire Medical Center in Pittsfield, Massachusetts, Four Winds Hospital in Saratoga Springs, New York, and The DeSisto School, in Stockbridge, Massachusetts.

RACHEL BAIRD, being duly sworn, on oath, states that she is the Affiant herein; that she has read the foregoing Affidavit and knows the content thereof; that the same is true of her own knowledge, except as to the matter herein stated on information and belief and that as to these matters she believes the same to be true.

Dated at Torrington, CT

_____
Rachel M. Baird

Subscribed and sworn to before me on this 22nd day of February, 2005.

_____
John Hudson
Commissioner of the Superior Court

2