**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | : | |
| | : | |
| Defendant. | : | APRIL 25, 2005 |

**PLAINTIFF'S MOTION TO AMEND/CORRECT AFFIDAVITS IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS (doc. ##127, 147)**

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, hereby moves to amend/correct his (a) Affidavit of Rachel M. Baird filed on February 22, 2005, as Exhibit 1 to Plaintiff's Memorandum of Law in Support of Attorney's Fees and Costs (doc. #127) and (b) Second Affidavit of Rachel M. Baird filed on April 22, 2005, as Exhibit 2 to Plaintiff's Brief in Reply to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Attorney's Fees and Costs (doc. #147).

A Corrected Affidavit of Rachel M. Baird is attached hereto as Exhibit 1 to amend/correct the previously filed Exhibit 1 to Docket Entry No. 127.

A Corrected Affidavit of Rachel M. Baird is attached hereto as Exhibit 2 to amend/correct the previously filed Exhibit 2 to Docket Entry No. 147.

In support, as cause for the amendment/corrections, Plaintiff offers:

1. The Affidavit of Rachel M. Baird filed on February 22, 2005, as Exhibit 1 to Docket Entry No. 127 is missing page three, as filed. The Corrected Affidavit of Rachel M. Baird attached as Exhibit 1 to the instant motion contains page three and is complete.

2

      2.    The Second Affidavit of Rachel M. Baird filed on April 22, 2005, as Exhibit 2 to Docket Entry No. 147 is dated February 22, 2005, instead of April 22, 2005, on its page 2. The Corrected Affidavit of Rachel M. Baird attached as Exhibit 2 to the instant motion is dated April 25, 2005, on its second page consistent with the date the Oath was administered.

      For the foregoing reasons, Plaintiff respectfully requests the amendments/corrections as described in the instant motion.

                                       PLAINTIFF
                                       FERRON SHORTER JR.

                BY:    _____
                                   Rachel M. Baird (ct12131)
                                   Law Office of Rachel M. Baird
                                   379 Prospect St
                                   Torrington CT 06790-5239
                                   Tel: (860) 626-9991
                                   Fax: (860) 626-9992

## **CERTIFICATION**

      I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Amend/Correct Affidavits in Support of Attorney's Fees and Costs (doc. ##127, 147), with its Exhibits 1 and 2 containing the Corrected Affidavit of Rachel M. Baird and the Corrected Second Affidavit of Rachel M. Baird, respectively, was mailed first-class, postage paid to the following counsel of record on April 25, 2005.  Plaintiff further represents that the missing page 3 of the Affidavit filed on February 22, 2005, as Exhibit 1 to Docket Entry 127 was provided by facsimile to the following counsel on March 17, 2005:

Margaret J. Strange  
James F. Shea  
Jackson Lewis LLP  
55 Farmington Ave Ste 1200  
Hartford CT 06105

                                                                                          _____  
                                                                                          Rachel M. Baird