**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | : | |
| | : | |
| Defendant. | : | APRIL 25, 2005 |

**PLAINTIFF'S NOTICE OF MANUAL FILING**

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, hereby provides notice that he has manually filed page 8 of Exhibit 1 and page 2 of Exhibit 2 to Plaintiff's Motion to Amend/Correct Affidavits in Support of Motion for Attorney's Fees and Costs because these pages contain a notary public's raised seal.

Exhibit 1 and Exhibit 2, in full, have been served on all parties.

```
                              PLAINTIFF
                              FERRON SHORTER JR.


                    BY:       _____
                              Rachel M. Baird (ct12131)
                              Law Office of Rachel M. Baird
                              379 Prospect St
                              Torrington CT 06790-5239
                              Tel:  (860) 626-9991
                              Fax:  (860) 626-9992
```

2

**<u>CERTIFICATION</u>**

     I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Notice of Manual Filing was mailed first-class, postage paid, on April 25, 2005, to the following counsel of record:

Margaret J. Strange  
James F. Shea  
Jackson Lewis LLP  
55 Farmington Ave Ste 1200  
Hartford CT 06105

 

_____  
Rachel M. Baird