UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, | : | |
| | : | |
| Defendant. | : | JUNE 20, 2005 |

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, respectfully requests an extension of two days, from June 20, 2005, to June 22, 2005, to comply with an Order of the Court instructing Plaintiff to:

> [S]ubmit a calculation of the amount of prejudgment interest from January 23, 2002, to the date of this ruling, compounded either monthly or biweekly (depending on how Plaintiff was paid by The Hartford), using the weekly rate of interest under § 1961(a) as of the Friday on or immediately preceding the date on which Plaintiff would have been paid. See E.E.O.C. v. Yellow Freight System, 2002 WL 31011859, at *33. This calculation should be submitted within twenty (20) days of the date of this ruling, to which defense counsel will have ten (10) days to object and, if so, to offer an alternative calculation. Either side may enlist the help of an expert not previously disclosed in the trial memorandum.

In support of the instant request, undersigned counsel represents that due to time required in preparing summary judgment opposition papers in the matter of <u>Branciforte v. Town of Middletown, et al.</u>, Case No. 3:02-cv-928(AVC) for filing on June 20, 2005, and the expiration of a discovery deadline in <u>Crocco v. Advance Auto Parts, et al.</u>, Case No. 3:04-cv-1608(JCH) on Jun 25, 2005, Plaintiff's undersigned counsel requires an additional two days to finalize Plaintiff's submission in response to the Court's May 31, 2005, Order.

An e-mail was forwarded to counsel of record for Defendant during the early morning of June 20, 2005, but opposing counsel did not have opportunity to respond.

        PLAINTIFF
        FERRON SHORTER JR.

BY: _____
        Rachel M. Baird
        (Fed. Bar No. 12131)
        Law Office of Rachel M. Baird
        379 Prospect Street
        Torrington CT 06790-5239
        Tel: (860) 626-9991
        Fax: (860) 626-9992
        E-mail: bairdlawoffice@aol.com

## CERTIFICATION

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed, first-class, postage-paid, on June 20, 2005, to:

Margaret J. Strange
James Shea
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

        _____
        Rachel M. Baird