UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, | : | |
| | : | |
| Defendant. | : | JUNE 22, 2005 |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME**

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, respectfully requests an extension of two days, from June 22, 2005, to June 27, 2005, to comply with an Order of the Court instructing Plaintiff to:

> [S]ubmit a calculation of the amount of prejudgment interest from January 23, 2002, to the date of this ruling, compounded either monthly or biweekly (depending on how Plaintiff was paid by The Hartford), using the weekly rate of interest under § 1961(a) as of the Friday on or immediately preceding the date on which Plaintiff would have been paid. See E.E.O.C. v. Yellow Freight System, 2002 WL 31011859, at *33.  This calculation should be submitted within twenty (20) days of the date of this ruling, to which defense counsel will have ten (10) days to object and, if so, to offer an alternative calculation. Either side may enlist the help of an expert not previously disclosed in the trial memorandum.

In support of the instant request, undersigned counsel represents that due to time required in preparing summary judgment opposition papers in the matter of Branciforte v. Town of Middletown, et al., Case No. 3:02-cv-928(AVC) for filing on June 22, 2005,[1] and the expiration of a discovery deadline in Crocco v. Advance Auto Parts, et al., Case No. 3:04-cv-1608(JCH) on June 25, 2005, Plaintiff's undersigned counsel requires until June 27, 2005, to finalize Plaintiff's submission in response to the Court's May 31, 2005, Order.

---

[1] Previous deadline of June 20, 2005, extended to June 22, 2005.

An e-mail was forwarded to counsel of record for Defendant during the morning of June 22, 2005, but opposing counsel did not have opportunity to respond.

                        PLAINTIFF
                        FERRON SHORTER JR.

BY: _____
      Rachel M. Baird
      (Fed. Bar No. 12131)
      Law Office of Rachel M. Baird
      379 Prospect Street
      Torrington CT 06790-5239
      Tel: (860) 626-9991
      Fax: (860) 626-9992
      E-mail: bairdlawoffice@aol.com

## **CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed, first-class, postage-paid, on June 22, 2005, to:

James F. Shea
Jackson Lewis LLP
90 State House Sq Fl 8
Hartford CT 06103-3708

                                                _____
                                                Rachel M. Baird