## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | : | |
| | : | |
| Defendant. | : | JUNE 28, 2005 |

### PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, hereby moves for an extension from June 27, 2005, until June 28, 2005, *nunc pro tunc,* to file a calculation of prejudgment interest as ordered by the Court on May 31, 2005.  In support, Plaintiff offers:

1. Plaintiff, with the instant motion for extension of time, is filing his Notice of Prejudgment Interest Calculation on June 28, 2005.

2. As good cause, Plaintiff's counsel represents that learning and using the formula for compound interest for each of the applicable eighty-one pay periods took more time than expected.

3. The undersigned represents that counsel for the Defendant was forwarded an e-mail on June 28, 2005, and a voice mail message was left at approximately 3:25 P.M.

                PLAINTIFF
                FERRON SHORTER JR.

BY:     _____
        Rachel M. Baird (ct12131)
        Law Office of Rachel M. Baird
        379 Prospect St
        Torrington CT 06790-5239
        Tel: (860) 626-9991
        Fax: (860) 626-9992
        E-mail: bairdlawoffice@aol.com

## **CERTIFICATION**

    I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion for Extension of Time was mailed first-class, postage paid, on June 28, 2005, to the following counsel of record:

Margaret J. Strange
James F. Shea
Jackson Lewis LLP
55 Farmington Ave Ste 1200
Hartford CT 06105

                _____
                Rachel M. Baird