**Exhibit 1 – Plaintiff's Notice of Prejudgment Interest Calculation**
<u>Shorter v. Hartford Financial Services Group, Inc.</u>, Case No. 3:03-cv-149(WIG)
June 28, 2005

## **PREJUDGMENT INTEREST**

| Pay Period | | Lost Wages & Benefits ($) | Accrued Lost Wages, Benefits & Interest ($) | Interest Rate (%) | Prejudgment Interest ($) |
|---|---|---|---|---|---|
| 1 | 01/16/02 - 01/31/02 | 1201.47 | 1201.47 | 2.18 | 0.57 |
| 2 | 02/01/02 - 02/15/02 | 2252.77 | 3454.81 | 2.24 | 3.15 |
| 3 | 02/16/02 - 02/28/02 | 2252.77 | 5710.72 | 2.24 | 4.51 |
| 4 | 03/01/02 - 03/15/02 | 2252.77 | 7968.00 | 2.58 | 8.35 |
| 5 | 03/16/02 - 03/31/02 | 2252.77 | 10,229.12 | 2.70 | 11.95 |
| 6 | 04/01/02 - 04/15/02 | 2252.77 | 12,493.84 | 2.53 | 12.84 |
| 7 | 04/16/02 - 04/30/02 | 2252.77 | 14759.45 | 2.36 | 14.16 |
| 8 | 05/01/02 - 05/15/02 | 2252.77 | 17,026.37 | 2.31 | 15.99 |
| 9 | 05/16/02 – 05/31/02 | 2252.27 | 19,295.13 | 2.35 | 19.66 |
| 10 | 06/01/02 – 06/15/02 | 2252.77 | 21,567.55 | 2.24 | 19.64 |
| 11 | 06/16/02 – 06/30/02 | 2252.77 | 23,839.97 | 2.10 | 20.37 |
| 12 | 07/01/02 – 07/15/02 | 2252.77 | 26,113.11 | 2.00 | 21.26 |
| 13 | 07/16/02 – 07/31/02 | 2252.77 | 28,387.14 | 1.88 | 23.19 |

**Exhibit 1 – Plaintiff's Notice of Prejudgment Interest Calculation**
<u>Shorter v. Hartford Financial Services Group, Inc.</u>, Case No. 3:03-cv-149(WIG)
June 28, 2005

| | | | | | |
|---|---|---|---|---|---|
| 14 | 08/01/02 – 08/15/02 | 2252.77 | 30,663.09 | 1.67 | 20.88 |
| 15 | 08/16/02 – 08/31/02 | 2252.77 | 32,936.74 | 1.80 | 25.77 |
| 16 | 09/01/02 – 09/15/02 | 2252.77 | 35,215.28 | 1.78 | 25.54 |
| 17 | 09/16/02 – 09/30/02 | 2252.77 | 37,493.59 | 1.68 | 25.68 |
| 18 | 10/01/02 – 10/15/02 | 2252.77 | 39,772.04 | 1.59 | 25.79 |
| 19 | 10/16/02 – 10/31/02 | 2252.77 | 42,050.60 | 1.79 | 32.72 |
| 20 | 11/01/02 – 11/15/02 | 2252.77 | 44,336.09 | 1.46 | 26.42 |
| 21 | 11/16/02 – 11/30/02 | 2252.77 | 46,615.28 | 1.55 | 31.44 |
| 22 | 12/01/02 – 12/15/02 | 2252.77 | 48,899.49 | 1.47 | 31.29 |
| 23 | 12/16/02 – 12/31/02 | 2252.77 | 51,183.55 | 1.41 | 31.42 |
| 24 | 01/01/03 – 01/15/03 | 2252.77 | 53,467.74 | 1.41 | 30.77 |
| 25 | 01/16/03 – 01/31/03 | 2252.77 | 55,751.29 | 1.32 | 32.06 |
| 26 | 02/01/03 – 02/15/03 | 2361.11 | 58,144.45 | 1.30 | 30.87 |
| 27 | 02/16/03 – 02/28/03 | 2361.11 | 60,536.44 | 1.27 | 27.22 |
| 28 | 03/01/03 – 03/15/03 | 2361.11 | 62,924.76 | 1.16 | $29.83 |

**Exhibit 1 – Plaintiff's Notice of Prejudgment Interest Calculation**
<u>Shorter v. Hartford Financial Services Group, Inc.</u>, Case No. 3:03-cv-149(WIG)
June 28, 2005

| | | | | | |
|---|---|---|---|---|---|
| 29 | 03/16/03 – 03/31/03 | 2361.11 | 65,315.70 | 1.27 | 36.14 |
| 30 | 04/01/03 – 04/15/03 | 2361.11 | 67,712.96 | 1.25 | 34.58 |
| 31 | 04/16/03 – 04/30/03 | 2361.11 | 70,108.64 | 1.31 | 37.51 |
| 32 | 05/01/03 – 05/15/03 | 2361.11 | 72,507.26 | 1.23 | 36.44 |
| 33 | 05/16/03 – 05/31/03 | 2361.11 | 74,904.81 | 1.13 | 36.90 |
| 34 | 06/01/03 – 06/15/03 | 2361.11 | 77,302.82 | 0.97 | 30.67 |
| 35 | 06/16/03 – 06/30/03 | 2361.11 | 79,694.61 | 1.02 | 33.24 |
| 36 | 07/01/03 – 07/15/03 | 2361.11 | 82,088.96 | 1.08 | 36.25 |
| 37 | 07/16/03 – 07/31/03 | 2361.11 | 84,486.32 | 1.13 | 41.63 |
| 38 | 08/01/03 – 08/15/03 | 2361.11 | 86,889.05 | 1.29 | 45.78 |
| 39 | 08/16/03 – 08/31/03 | 2361.11 | 89,295.94 | 1.35 | 52.51 |
| 40 | 09/01/03 – 09/15/03 | 2361.11 | 91,709.56 | 1.22 | 45.71 |
| 41 | 09/16/03 – 09/30/03 | 2361.11 | 94,116.38 | 1.22 | 46.91 |
| 42 | 10/01/03 – 10/15/03 | 2361.11 | 96,524.41 | 1.20 | 47.33 |
| 43 | 10/16/03 – 10/31/03 | 2361.11 | 98,932.84 | 1.30 | 56.03 |

**Exhibit 1 – Plaintiff's Notice of Prejudgment Interest Calculation**
<u>Shorter v. Hartford Financial Services Group, Inc.</u>, Case No. 3:03-cv-149(WIG)
June 28, 2005

| | | | | | |
|---|---|---|---|---|---|
| 44 | 11/01/03 – 11/15/03 | 2361.11 | 101,349.99 | 1.36 | 56.28 |
| 45 | 11/16/03 – 11/30/03 | 2361.11 | 103,767.37 | 1.35 | 57.20 |
| 46 | 12/01/03 – 12/15/03 | 2361.11 | 106,185.68 | 1.31 | 56.81 |
| 47 | 12/16/03 – 12/31/03 | 2361.11 | 108,603.60 | 1.28 | 60.57 |
| 48 | 01/01/04 – 01/15/04 | 2361.11 | 111,025.28 | 1.29 | 58.34 |
| 49 | 01/16/04 – 01/31/04 | 2361.11 | 113,444.73 | 1.25 | 61.62 |
| 50 | 02/01/04 – 02/15/04 | 2469.44 | 115,975.79 | 1.24 | 58.59 |
| 51 | 02/16/04 – 02/29/04 | 2469.44 | 118,503.82 | 1.22 | 54.98 |
| 52 | 03/01/04 – 03/15/04 | 2469.44 | 121,028.24 | 1.16 | 57.22 |
| 53 | 03/16/04 – 03/31/04 | 2469.44 | 123,554.90 | 1.17 | 62.84 |
| 54 | 04/01/04 – 04/15/04 | 2469.44 | 126,087.19 | 1.32 | 67.78 |
| 55 | 04/16/04 – 04/30/04 | 2469.44 | 128,624.41 | 1.55 | 81.11 |
| 56 | 05/01/04 – 05/15/04 | 2469.44 | 131,174.96 | 1.83 | 97.53 |
| 57 | 05/16/04 – 05/31/04 | 2469.44 | 133,741.93 | 1.82 | 105.49 |
| 58 | 06/01/04 – 06/15/04 | 2469.44 | 136,316.86 | 2.07 | 114.51 |

**Exhibit 1 – Plaintiff's Notice of Prejudgment Interest Calculation**
<u>Shorter v. Hartford Financial Services Group, Inc.</u>, Case No. 3:03-cv-149(WIG)
June 28, 2005

| | | | | | |
|---|---|---|---|---|---|
| 59 | 06/16/04 – 06/30/04 | 2469.44 | 138,900.81 | 2.16 | 121.71 |
| 60 | 07/01/04 – 07/15/04 | 2469.44 | 141,491.96 | 2.04 | 117.15 |
| 61 | 07/16/04 – 07/31/04 | 2469.44 | 144,078.55 | 2.16 | 134.66 |
| 62 | 08/010/04 – 08/15/04 | 2469.44 | 146,682.66 | 1.99 | 118.50 |
| 63 | 08/16/04 – 08/31/04 | 2469.44 | 149,270.60 | 2.03 | 131.20 |
| 64 | 09/01/04 – 09/15/04 | 2469.44 | 151,871.24 | 2.10 | 129.41 |
| 65 | 09/16/04 – 09/30/04 | 2469.44 | 154,470.09 | 2.14 | 134.11 |
| 66 | 10/01/04 – 10/15/04 | 2469.44 | 157,073.64 | 2.18 | 138.89 |
| 67 | 10/16/04 – 10/31/04 | 2469.44 | 159,681.97 | 2.27 | 156.77 |
| 68 | 11/01/04 – 11/15/04 | 2469.44 | 162,308.17 | 2.47 | 162.39 |
| 69 | 11/16/04 – 11/30/04 | 2469.44 | 164,940.00 | 2.60 | 173.60 |
| 70 | 12/01/04 – 12/15/04 | 2469.44 | 167,583.04 | 2.60 | 176.38 |
| 71 | 12/16/04 – 12/31/04 | 2469.44 | 170,228.86 | 2.77 | 203.45 |
| 72 | 01/01/05 – 01/15/05 | 2469.44 | 172,901.76 | 2.85 | 199.79 |
| 73 | 01/16/05 – 01/31/05 | 2469.44 | 175,570.99 | 2.89 | 219.41 |

**Exhibit 1 – Plaintiff's Notice of Prejudgment Interest Calculation**
<u>Shorter v. Hartford Financial Services Group, Inc.</u>, Case No. 3:03-cv-149(WIG)
June 28, 2005

| | | | | | |
|---|---|---|---|---|---|
| 74 | 02/01/05 – 02/15/05 | 2361.00 | 178,151.39 | 2.96 | 213.69 |
| 75 | 02/16/05 – 02/28/05 | 2361.00 | 180,726.09 | 3.13 | 198.49 |
| 76 | 03/01/05 – 03/15/05 | 2361.00 | 183,285.58 | 3.24 | 240.33 |
| 77 | 03/16/05 – 03/31/05 | 2361.00 | 185,886.91 | 3.38 | 271.06 |
| 78 | 04/01/05 – 04/15/05 | 2361.00 | 188,518.98 | 3.32 | 253.20 |
| 79 | 04/16/05 – 04/30/05 | 2361.00 | 191,133.18 | 3.33 | 257.48 |
| 80 | 05/01/05 – 05/15/05 | 2361.00 | 193,751.66 | 3.35 | 262.55 |
| 81 | 05/16/05 – 05/31/05 | 2361.00 | 196,375.20 | 3.32 | 281.35 |
| **TOTAL** | | | | | **$6567.41** |