```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

FERRON SHORTER, JR.,            :

    Plaintiff,                  :

        vs.                     :    No. 3:03cv0149(WIG)

HARTFORD FINANCIAL SERVICES     :
GROUP, INC.,
                                :
    Defendant.
-------------------------------X
```

### SUPPLEMENTAL RULING ON PLAINTIFF'S POST-TRIAL MOTIONS

On May 31, 2005, this Court ruled on Plaintiff's post-trial motions and instructed Plaintiff to submit a calculation of pre-judgment interest in accordance with that ruling.  On June 28, 2005, Plaintiff filed a Notice of Prejudgment Interest Calculation, seeking an award of prejudgment interest in the amount of $6,567.41 on his back-pay award from January, 23, 2002, to May 31, 2005.  Defendants had ten (10) days to object and to provide an alternative calculation.  To date, no objection has been received.

Accordingly, having reviewed Plaintiff's calculations and found them to be in accordance with this Court's ruling and the precedent cited therein, the Court awards Plaintiff prejudgment interest on his back-pay award in the amount of $6,567.41.

The Clerk is directed to enter judgment in favor of Plaintiff, Ferron Shorter, Jr., and against Defendant, Hartford

Financial Services Group, Inc., in accordance with the Jury's Verdict, the Court's Ruling of May 31, 2005, and this Supplemental Ruling. Pursuant thereto:

- Plaintiff is awarded front pay in the amount of $117,000.00.

- Plaintiff is awarded back pay in the amount of $170,000.00, plus back pay of $4,722.00 per month from the date of the jury's verdict, January 28, 2005, until the date judgment is entered.

- Plaintiff is awarded prejudgment interest on his back pay award, based upon the rates set forth in 28 U.S.C. § 1961(a), in the amount of $6,567.41, from January 23, 2002, until May 31, 2005. Additionally, Plaintiff is awarded prejudgment interest at the rate of $18.75 per day[1] from June 1, 2005, until the date judgment is entered.

- Plaintiff is awarded compensatory damages in the amount of $85,000.00.

- Plaintiff is awarded post-judgment interest pursuant to 28 U.S.C. § 1961(a) on the entire back-pay, front-pay, and compensatory damage award.

- Plaintiff is awarded attorney's fees in the amount of $108,768.00 for work performed through February 22, 2005, and costs in the amount of $2,813.41, for costs incurred

---

[1] The Court has calculated this daily rate by dividing the prejudgment interest figure for the last period submitted by Plaintiff, pay period 81, by 15.

through February 22, 2005.

Judgment shall enter accordingly.

SO ORDERED, this ___15th___ day of July, 2005, at Bridgeport, Connecticut.

                                         */s/ William I. Garfinkel*
                                         William I. Garfinkel
                                         United States Magistrate Judge