UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FERRON SHORTER, JR.

    v.                                                  3:03CV149 WIG

HARTFORD FINANCIAL
SERVICES GROUP, INC. and
MARY ANNE RHODES

## JUDGMENT

This matter came on for trial before a jury and the Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a U.S. Magistrate was entered on November 20, 2003. On January 28, 2005, after deliberation, the jury returned a verdict in favor of the plaintiff against the defendant Hartford Financial Services Group, Inc. On April 6, 2005, the defendant Mary Anne Rhodes was withdrawn. On May 31, 2005, a ruling was entered on plaintiff's post-trial motions and on July 15, 2005, a supplemental ruling was entered on plaintiff's post-trial motions and directed judgment to enter pursuant to the rulings:

1. Plaintiff is awarded front pay in the amount of $117,000.00.

2. Plaintiff is awarded back pay in the amount of $170,000.00, plus back pay of $4,722.00 per month from the date of the jury's verdict, January 28, 2005, until the date judgment is entered, for a total of $195,971.00.

3. Plaintiff is awarded prejudgment interest on his back pay award, based upon the rates set forth in 28 U.S.C. § 1961(a), in the amount of $6,567.41, from January 23, 2002, until May 31, 2005. Additionally, Plaintiff is awarded prejudgment interest at

        the rate of $18.75 per day from June 1, 2005, until the date judgment is entered, for a total of $7,411.16.

4. Plaintiff is awarded compensatory damages in the amount of $85,000.00.

5. Plaintiff is awarded post-judgment interest pursuant to 28 U.S.C. § 1961(a) on the entire back-pay, front-pay, and compensatory damage award.

6. Plaintiff is awarded attorney's fees in the amount of $108,768.00 for work performed through February 22, 2005, and costs in the amount of $2,813.41, for costs incurred through February 22, 2005.

        Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the plaintiff, Ferron Shorter, Jr., against the defendant, Hartford Financial Services Group, Inc., in the amount of $405,382.16, together with attorney's fees and costs in the amount of $111,581.41, for a total judgment of $516,963.57.

        Dated at Bridgeport, Connecticut, this 15th day of July, 2005.

                                  KEVIN F. ROWE, Clerk


                                  By  /s/ Chrystine W. Cody
                                        Deputy-in-Charge


Entered on Docket _____