UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER JR.<br>　　Plaintiff, | :<br>:<br>: |
| v. | : CIVIL NO.: 303 CV 0149(WIG)<br>: |
| HARTFORD FINANCIAL SERVICES GROUP,<br>INC. and MARYANNE RHODES<br>　　Defendants. | :<br>:<br>: JULY 27, 2005 |

### DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Rule 50 of the Federal Rules of Civil Procedure and Local Rule 7 of this Court, Hartford Financial Services Group, Inc. ("Defendant") respectfully moves this Court for an order entering judgment for Defendant as a matter of law. Defendant's Memorandum of Law in Support of Motion for Judgment as a Matter of Law and Defendant's supporting Affidavit of Margaret J. Strange are filed herewith.

　　　　　　　　　　　　　　　　　　　　DEFENDANT,
　　　　　　　　　　　　　　　　　　　　HARTFORD FINANCIAL SERVICES
　　　　　　　　　　　　　　　　　　　　GROUP, INC.

　　　　　　　　　　By:　_/s/ Margaret J. Strange_
　　　　　　　　　　　　　Margaret J. Strange (ct08212)
　　　　　　　　　　　　　James F. Shea (ct16750)
　　　　　　　　　　　　　Jackson Lewis LLP
　　　　　　　　　　　　　90 State House Square, 8th Floor
　　　　　　　　　　　　　Hartford, CT  06103
　　　　　　　　　　　　　(860) 522-0404
　　　　　　　　　　　　　email: strangem@jacksonlewis.com
　　　　　　　　　　　　　email: sheaj@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 27th day of July 2005, to the following counsel of record:

>Rachel M. Baird
>Law Office of Rachel M. Baird
>379 Prospect Street
>Torrington, CT 06790
>Attorney for Plaintiff

_____
Margaret J. Strange

H:\Client Folder\H\The Hartford\Shorter\Post Trial\Motion for Judgment.DOC
64532