UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR. | : | |
| Plaintiff, | : | |
| | : | CIVIL NO.: 303 CV 0149(WIG) |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, | : | |
| INC. and MARYANNE RHODES | : | |
| Defendants. | : | JULY 27, 2005 |
| | : | |

## AFFIDAVIT OF MARGARET J. STRANGE

I, Margaret J. Strange, being duly sworn and according to law, depose and say:

1.      I am a partner in the law firm of Jackson Lewis LLP, counsel for Hartford Financial Services Group, Inc. (Defendant), in the above-captioned matter. This Affidavit is submitted in support of Defendant's Memorandum in Support of Motion for Judgment as a Matter of Law.

2.      I affirm that true and correct copies of the relevant pages from the trial transcript, dated January 24, 2005, cited in Defendant's Memorandum in Support of Motion for Judgment as a Matter of Law, are attached as Exhibit 1.

3.      I affirm that true and correct copies of the relevant pages from the trial transcript, dated January 25, 2005, cited in Defendant's Memorandum in Support of Motion for Judgment as a Matter of Law, are attached as Exhibit 2.

4.      I affirm that true and correct copies of the relevant pages from the trial transcript, dated January 26, 2005, cited in Defendant's Memorandum in Support of Motion for Judgment as a Matter of Law, are attached as Exhibit 3.

5.    I affirm that true and correct copies of the relevant pages from the trial transcript, dated January 27, 2005, cited in Defendant's Memorandum in Support of Motion for Judgment as a Matter of Law, are attached as Exhibit 4.

6.    I affirm that true and correct copies of the relevant pages from the trial transcript, dated January 28, 2005, cited in Defendant's Memorandum in Support of Motion for Judgment as a Matter of Law, are attached as Exhibit 5.

7.    I affirm that a true and correct copy of <u>Dodge v. Hertz Corp.</u>, No. 04-51023, 2005 WL 350586 (5th Cir. Feb. 11, 2005) is attached as Exhibit 6.

8.    I affirm that a true and correct copy of <u>Albury v. J.P. Morgan Chase</u>, No. 03 Civ. 2007 (HBP), 2005 WL 746440 (S.D.N.Y. Mar. 31, 2005) is attached as Exhibit 7.

9.    I affirm that a true and correct copy of <u>Das v. Our Lady of Mercy Med. Ctr.</u>, No. 00 Civ. 2574 (JSM), 2002 WL 826877 (S.D.N.Y. Apr. 30, 2002) is attached as Exhibit 8.

10.    I affirm that a true and correct copy of <u>Cavuoto v. Oxford Health Plans, Inc.</u>, No. 3:99 CV 00446 (EBB), 2000 WL 888263 (D. Conn. June 22, 2000) is attached as Exhibit 9.

11.    I affirm that a true and correct copy of <u>Meola v. Eagle Snacks Corp.</u>, No. CV 960384760, 2000 Conn. Super. LEXIS 2318 (Conn. Super. Ct. Sept. 6, 2000).

_____
Margaret J. Strange (ct08212)

Sworn and subscribed to
before me on this 27th
day of July, 2005.

_____
Notary Public

ANDREA G. PAOLINO
NOTARY PUBLIC
MY COMMISSION EXPIRES 1-31-10

2

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the foregoing was sent via first class mail, postage

prepaid, on this 27th day of July, 2005, to the following counsel of record:

Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington, CT 06790

Attorney for Plaintiff

_Margaret J. Strange_
Margaret J. Strange

H:\Client Folder\H\The Hartford\Shorter\Post Trial\affstrange DOC/64532