

DEFENDANT'S
EXHIBIT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER, JR.,          .    Case No. 3:03-CV-00149
                              .    (WIG)
            Plaintiff,        .
                              .    Bridgeport, Connecticut
      v.                      .    January 24, 2005
                              .
HARTFORD FINANCIAL SERVICES   .
                              .
GROUP, INC., ET AL.,          .
                              .
            Defendants.       .
. . . . . . . . . . . . . .   .

TRIAL
BEFORE THE HONORABLE WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:            Law Offices
                              By: RACHEL M. BAIRD, ESQ.
                              Stonegate Professional Bldg
                              379 Prospect Street
                              Torrington, CT 06790-5239

For the Defendant:            Jackson Lewis
                              By: MARGARET STRANGE, ESQ.
                                  JAMES F. SHEA, ESQ.
                              55 Farmington Avenue
                              Suite 1200
                              Hartford, CT 06105

Court Monitor:                MS. SANDRA J. BALDWIN
                              MS. MARIA CORRIETTE

Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.

_____

BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FERRON SHORTER, JR.,              .      Case No. 3:03-CV-00149
                                  .      (WIG)
              Plaintiff,          .
                                  .      Bridgeport, Connecticut
        v.                        .      January 24, 2005
                                  .
HARTFORD FINANCIAL SERVICES       .
                                  .
GROUP, INC., ET AL.,              .
                                  .
              Defendants.         .
  .  .  .  .  .  .  .  .  .  .  .  .  .

                         TRIAL
     BEFORE THE HONORABLE WILLIAM I. GARFINKEL
        UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:         Law Offices
                           By: RACHEL M. BAIRD, ESQ.
                           Stonegate Professional Bldg
                           379 Prospect Street
                           Torrington, CT 06790-5239

For the Defendant:         Jackson Lewis
                           By:  MARGARET STRANGE, ESQ.
                                JAMES F. SHEA, ESQ.
                           55 Farmington Avenue
                           Suite 1200
                           Hartford, CT 06105

Court Monitor:             MS. SANDRA J. BALDWIN
                           MS. MARIA CORRIETTE

Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.

--------------------------------------------------------

BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083

1  someone being rehired or resolving a possible claim.

2  It sets up anything that happens in the years, month,

3  whatever, after someone is let go, as a possible basis

4  for a retaliation claim and I don't think that's what

5  -- that's what's contemplated in the cause of action.

6       So, I'm going to go ahead and dismiss those,

7  as I said, those three counts, and I'd like to turn to

8  the invasion of privacy count and first, to get some

9  sense whether plaintiff still wishes to pursue against

10  The Hartford Financial Services Group,, the invasion of

11  privacy count.

12       MS. Baird, is that something that you folks

13  intend to pursue?

14       MS. BAIRD:  Yes, Your Honor.

15       THE COURT:  Can I ask you, what was the --

16  what is the factual basis for, and also in particular,

17  what's the publication that occurred of the allegedly

18  false-like communications?

19       MS. BAIRD:  This is present Count Thirteen in

20  the amended complain and we allege in Count Thirteen

21  that the publication is The Hartford's communications

22  to the Vernon Police Department on January 23rd, 2002,

23  wherein it took Mary Anne Rhodes there to make a

24  complaint indicating that she was -- that she had been

25  threatened by the plaintiff when, in fact, she had not.

14

1          THE COURT:  Okay, and what was the

2   publication -- Was there any publication beyond that?

3   Was there any arrests?  Were there any -- or was there

4   any newspaper coverage?  Was there any -- What happened

5   beyond simply taking Mary Anne Rhodes to the Vernon

6   Police Department?

7          MS. BAIRD:  There was no arrest.  We know of

8   no publication in the media.  There was an incident

9   report filled out by the officer, which is available

10  through FOI to --

11         THE COURT:  Right.

12         MS. BAIRD:  -- the public.

13         THE COURT:  Okay.

14         Let me hear from Mr. Shea, thank you, or Ms.

15  Strange on this one, okay?

16         MR. SHEA:  Thank you, Your Honor.

17         I think we discussed this briefly last week.

18  There is some indication that the claim was also based

19  on representations to the CHRO and this court.  That, I

20  believe we agree, was absolutely privileged.

21         I did some additional research regarding

22  reports to police and there's a 2004 Connecticut

23  Superior Court case, Mendez v. Vonroll, spelled V-o-n-

24  r-o-l-l I-s-o-l-a-u-s-a, Isolausa.  I can give you a

25  Lexis cite.  It's 2004 Conn. Super. LEXIS 936.

1    He ended that relationship in December of
2  2001.  He moved out of her apartment on December 16th
3  of 2001.  He had resided there for only a month.

4    Ms. Rhodes became violent and emotional when
5  he attempted to move out, and he waited until she
6  actually was in another state until he moved his
7  belongings from that location.

8    Following his move she left long, frequent
9  messages on his cell phone asking why he had moved from
10  her apartment.  She harassed him at work and urged him
11  to resume their relationship.

12    Mr. Shorter declined to renew the
13  relationship.  He had to endure her unwelcome and
14  harassing visits to his desk, and we will present
15  evidence from a coworker of those visits to his desk
16  that interrupted his work.

17    In January of 2002, Ms. Rhodes finally became
18  threatening and indicated that she was very upset, and
19  you will hear other language in this case, for not
20  giving the relationship an opportunity to work.  She
21  actually left a voice message on Mr. Shorter's voice
22  mail on January 17th of that year indicating that he
23  better hurry up and again call her back, using much
24  stronger language.  She just wouldn't take "No" for an
25  answer.

1    January 18 through January 20th.

2            So with that first course of action, the

3    investigation begun by The Hartford, that began with

4    Lisa Anderson and her view of the circumstances, the

5    investigation was tainted.

6            The second course of action taken by The

7    Hartford that will support our contention by a

8    preponderance of the evidence that the motivating

9    factor for Mr. Shorter's discharge was race and/or

10   gender was the company's determination that Mr. Shorter

11   would be terminated but only a written warning issued

12   to Ms. Rhodes.  It was made despite the fact that Ms.

13   Rhodes had been disciplined previously for an

14   electronic code policy violation during her mere three

15   years at The Hartford, that Shorter had a twelve year

16   employment record with only a warning in -- from 1992

17   to excessive use of the phone, and nothing thereafter,

18   and the lack of any written or unwritten company policy

19   supporting the more adverse employment action imposed

20   upon Mr. Shorter than imposed upon Ms. Rhodes.

21           In fact, you will see a Hartford policy that

22   indicates not only is it against Hartford policy to

23   give out your password, but that you were responsible

24   for whatever is done with that password after you give

25   it out.

1    Q.    And did you go to her apartment?

2    A.    Yes, I did.

3    Q.    And where was her apartment located?

4    A.    In Vernon, Connecticut.

5    Q.    What -- At some point did the relationship change

6    to another level?

7    A.    Well, towards the end of -- I'd say after the

8    summer, around September of 2001, she became uneasy

9    about the fact that I was going home to another woman

10   when I left her house after spending time with her.

11        In late September, that was -- if I remember

12   correctly, that was the time she gave me a key to her

13   apartment and I didn't want one but, you know, it was a

14   thing where we were going in -- as we were going into

15   her apartment she had the key and I said "No" and she

16   put the key into my pocket.  So at that time I had a

17   key to her apartment, but I was never there at a time

18   that she wasn't.

19        In that same month was the time where we had a

20   first really disagreement, as far as, you know, I

21   always told her that -- Although at the time I was

22   living with Cheryl, you know, Cheryl and I were really

23   more friends at that point.  We were really on and off

24   and it was really off at that time, and, you know,

25   she's -- it was a time when some other guy had called

1    her house and I just told her, "Look, there are a lot
2    of" -- I'm very germ particular, and I just said, you
3    know, that "If you doing anything with any other guys,
4    that's gonna raise the risk for diseases and everything
5    else" and I just said, you know, "If that's the case,
6    you know, you go your way, I go mine," and that's when
7    the -- you know, she started being persistent and --
8    Q.   What time frame are we talking about now?
9    A.   This is still around September of 2001.
10   Q.   Okay.
11   A.   And at that time, that was the first time --
12   Again, when the phone -- when some other guy called, it
13   was inconsistent with what she was telling me all
14   along, and that was the time when -- the first time she
15   decided, I did not ask, and she e-mailed me the
16   password to her voice mail at work --
17   Q.   And --
18   A.   -- which was --
19   Q.   Do you recall what the password was?
20   A.   Yes, it was her date of birth, "092173."
21   Q.   Okay, and when was that e-mail transmitted, as
22   best you know?
23   A.   Either late September or early, and no later than
24   mid October.
25   Q.   And were you aware of what the purpose of

1   receiving that pass code was?

2   A.   Yeah, she wanted me to check her voice mail.  In

3   other words, her way of proving, saying, you know, "No

4   other guys" -- you know, "I don't talk to any of the

5   guys.  No other guys even have my number, and the ones

6   that did, they don't call me anymore, you can check my

7   messages anytime, and if you ever find one, you know,

8   tell me."

9   Q.   Did you, in fact, use the password in late

10  September when you received it?

11  A.   I don't recall using it at that time.  No.

12  Q.   And what happened --

13  A.   Not -- Might have.  I don't recall.

14  Q.   -- with the relationship after that?

15  A.   We stayed in touch and, you know, we tried to work

16  it out and I was going over there still, pretty much

17  regularly, and it was kind of -- it was causing

18  problems, I mean, as far as uncomfortability, back

19  where I was staying with Cheryl, and the end of October

20  Mary Anne, you know, she became a lot more strong -- a

21  lot more stronger as far as suggesting and recommending

22  me to move into her place, and to be to the exact day,

23  as far as I can remember, it was November 11th, I think

24  it was Veteran's Day when I moved into her apartment.

25  Q.   And when you say you "moved in," did you -- what

1   coming to your desk?

2   A.   Yes.

3   Q.   What efforts did you make?

4   A.   Well, of course by asking her and then she would

5   always tell me that it was my fault.  I mean, not to

6   get into too many details, but as far as, she would

7   tell me it was my fault and that I deserve whatever

8   would happen with her bothering me at my desk, whatever

9   work I couldn't get done, and that I never had a real

10  reason, that I would make up stories for her being a

11  liar.

12      That weekend -- After I worked that weekend, she

13  called me, if I remember correctly, but I know she went

14  to lunch with another guy, which was fine with me, --

15  Q.   How did you know that?

16  A.   That weekend she -- I'm trying to remember

17  correctly.

18      I had already had her password and that was when

19  -- after she kept threatening me, telling me I didn't

20  have a good reason for her to not bother me at my desk

21  and harass me and everything.  I just went on her voice

22  mail and I said the password and that was when it said

23  -- it was a message from a guy saying that they went to

24  lunch.

25      So that Sunday when we conversed, you know, I told

1   her about it and she told me that she went to lunch to

2   tell him how much she loved me and that the reason she

3   didn't want to tell me that she went to lunch was

4   because, you know, I would think the wrong thing and I

5   still wouldn't want to get back with her.

6   Q.   Who -- And do you know the male that we're

7   referring to that she had lunch with?

8   A.   Yes.   His name is "Scott."

9   Q.   When did the lunch occur, if you know?

10  A.   It occurred that Saturday.

11  Q.   The Saturday following Christmas?

12  A.   Yes, and I think -- There was an incident, and I'm

13  trying to remember now.

14       When she was first -- When she first -- I went

15  back to work that Wednesday and that -- it was either

16  that Wednesday night or that Thursday, we -- that was

17  when the -- I first told her that she really didn't

18  need to come to my desk, and when we talked that night,

19  that was the first time that she -- the things came up

20  with that guy, Scott, and, you know, she told me that

21  she -- of course, she wanted to only be with me and,

22  you know, I told her I didn't want to be with her, and

23  she thought I was lying to her, telling her -- you

24  know, just telling her things so I can date different

25  women, or whatever, and I told her honestly that this

1   weekend was when I called the voice mail and from the

2   password that she sent to me back in either late

3   September or early October.

4        There was (inaudible) message from the guy, Scott,

5   and I believe it had something to do with lunch the day

6   before. So, of course, you know, she called me that

7   day and she told me that she told -- met him for lunch

8   to tell him how much she loved me and she later

9   confirmed that but, you know, I just told her I had to

10   be left alone, and then she began to call me.

11        I had to hang up on her in a rude way. I mean,

12   just click the phone off, and she began calling me

13   throughout that day, telling me that he didn't like the

14   way -- he wasn't happy with what she told him and that

15   she was afraid of him and she told me that, that whole

16   day.

17        She called me, and when I didn't answer the phone

18   she left messages.

19   Q.   What day are we talking about?

20   A.   December 30th, 2001.

21   Q.   Approximately how many times did you talk by phone

22   with Ms. Rhodes that day?

23   A.   More than five.

24   Q.   Would you describe, throughout your relationship

25   with Ms. Rhodes, what your phone habits with her were?

1    do with guns or bullets was when, you know, I told her

2    about my eye injury, and that was it.

3    Q.    At some point that week that we've been

4    discussing, January 14 through the 18th, --

5    A.    Yeah.

6    Q.    -- did you again receive Ms. Rhodes' password?

7    A.    Yes.  She called me on the -- that Thursday night

8    she called me and, you know, again asking me -- well,

9    telling me that it's not gonna stop at work, even

10    though she was going away that weekend and -- to her

11    sister's, she told me to her sister's in South

12    Carolina, but I wasn't gonna stop, and that I'm not

13    giving her a fair chance.  I mean, it was the same old

14    thing again.

15         So that night, January 17th, she tried to give me

16    her voice mail code again and Cheryl was there so I

17    hung up.

18    Q.    Where were you when she tried to give you -- her

19    password to you?

20    A.    I was home at Cheryl's house, --

21    Q.    Uh-huh.

22    A.    -- which was home to me at that time, and I told

23    her I would call her back and she said, "Why?", and she

24    said, "Why?  What's Cheryl telling you to do now?", and

25    so I just -- I hung up and of course I didn't call her

138

1    back, and she called me numerous times throughout the

2    night, but she left a message, probably left a couple

3    of messages, but she left one message and -- not too

4    long after I hung up.  I think I hung up around -- It

5    probably was around 15 minutes or so after I hung up

6    and she said, "You better hurry up f'ing call me back."

7    Q.   And did you call her back?

8    A.   No.

9    Q.   And how did you finally receive the password, if

10   you did?

11   A.   Well, that was Thursday, January 17th, and then

12   the 18th, that next day, I worked.  Of course, she

13   tried to call me in the morning.  I didn't pick up the

14   phone and she came over to my desk, and when she came

15   over, again, she would come over, stand there with her

16   arms folded, staring -- just staring at me, and I would

17   try to ignore her but I knew she wasn't gonna go away

18   and she'd stare at -- stand there with her arms folded,

19   tapping her feet, and my colleagues would see it and I

20   would get up and walk to the caf.

21        That was when she told me that, again, I was being

22   unfair and that, you know, I can't even give her the

23   time of day and things like that and I believe it was

24   that morning when she told me the password, and she

25   just said it to me, because the original password was

1    "092173" and she just said, "It's one digit higher,"

2    because she had changed it. I don't know when she

3    changed it, but she had changed it from the previous

4    time, and it was from "092173" to "092273."

5    Q.    What was your understanding of what you were

6    supposed to do with that password when you received it

7    --

8    A.    Same --

9    Q.    -- on the eighteenth?

10    A.    -- thing again. You know, if I have -- If I

11    really don't want to be with her or I choosing not to

12    be with her and I'm not giving her a fair chance, in

13    her words, that that would be one of the ways to prove

14    it.

15    Q.    What would be one of the ways to prove it?

16    A.    If -- You know, obviously if she had guy friends

17    they would call her or -- you know, on her machine and

18    -- as well as going to her house, because she wanted --

19    she had tried to give me another key to her house again

20    too, but I -- of course, I wasn't taking that, and she

21    just wanted to open up everything to show me that I was

22    wrong for not giving her and giving the relationship a

23    chance.

24    Q.    And on January 18th, what hours did you work that

25    day?

1   A.   I worked my normal, until -- anywhere from 3:30 to
2   4:00 o'clock, somewhere around there, probably seemed
3   (inaudible) but --
4   Q.   At some point during that day did you use the
5   password that Ms. Rhodes had given you?
6   A.   Yes.
7   Q.   When was the first time you used it?
8   A.   She left to the airport and she had called me and
9   actually it was after I had sent her e-mail, but she
10  called me from the -- either the airport or the
11  airplane and that was when she said, you know, "Wait
12  'til she gets back," you know.  I haven't seen -- "You
13  haven't seen anything yet," basically, telling me it's
14  gonna get worse, and, I mean, I feared that, her coming
15  to me at work as well as -- I mean, at night I would
16  look to see if anything would happen to my car.
17       Obviously, that weekend I didn't have to worry
18  about anything happening to my car because she was out
19  of state, but I called that afternoon.
20  Q.   What time did you call that afternoon?
21  A.   I believe anywhere between 3 and 5.
22  Q.   What number did you call?
23  A.   Oh, she gave me -- I had to call her department.
24  She also had to give me her department voice mail
25  messaging system because just with her password I could

1   not get in, and I forgot to mention that, but she had

2   to give me her -- the code to her department because

3   her voice mail messaging system, you have to get into

4   that before you get into her password to hear her voice

5   mails.

6   Q.   When did you receive the department number?

7   A.   She gave that to me back in October, somewhere

8   between October and December, before the time that I

9   accessed her voice mail the first time.

10  Q.   Okay.

11       So when did you use that with the password on

12  January 18th for the first time?

13  A.   Somewhere between 3 and 5:00 o'clock --

14  Q.   And what did you --

15  A.   -- in the afternoon.

16  Q.   do when you used it?

17  A.   Nothing.  I heard it and then, like I say, from

18  what she said to me -- from the way her actions were

19  that last week when she was just coming to my desk and

20  it was actually like every hour, I just knew that I

21  needed something and I -- and this was gonna be my last

22  chance --

23  Q.   When --

24  A.   -- my last attempt.

25  Q.   When you made the -- When you used her password

1    threaten me, telling me, you know, "You think it was

2    bad before, wait 'til you see what happens when I get

3    back," and I just said things to her in the nature of,

4    "You don't even work in my building." I said, "Why

5    can't you just stay out of this whole building?", and,

6    you know, it went on, and then finally when I hung up,

7    I didn't know that anyone heard me and when I hung up,

8    my colleagues asked me, they said, "Was that that girl

9    again?" I said, "Yeah, she's not leaving me alone."

10        Then I told Mark, I said, "I think she's" -- I

11   didn't even think -- I don't know if I said, "I think."

12   I said, "She psycho."

13   Q.   So what action did you take after that phone call

14   that morning, --

15   A.   Well, that --

16   Q.   -- and her comments?

17   A.   At that time I didn't do anything. I was still at

18   work, but -- and I was wrong because when I was being

19   interrogated by work I think I told them that I

20   accessed it from work, but I really didn't -- I didn't

21   access it from work, her voice mail.

22        Anyway, right after work I left at 9 and I got in

23   the -- I had gotten on there again and I changed the

24   password back. I changed it to like her niece's date

25   of birth so that way when she called I can tell her the

1    leaving me alone." I said, "You know, I could go to

2    her job but I don't want to do anything that's gonna

3    hinder her career," and I decided to go tell security.

4    Q.   And what security are you referring to?

5    A.   The security of The Hartford. The Hartford had

6    security guards at the -- they were always at The

7    Hartford --

8    Q.   Okay.

9    A.   -- and I went back that Saturday.

10   Q.   Did you know anybody in particular working at

11   security that day -- that Saturday?

12   A.   Well, I saw Wayne Jackson. I know him. He was --

13   Wayne Jackson is like the supervisor/manager of the

14   security guards. They report -- A lot of them report

15   to him, and I saw him there when I went there, but when

16   I first got there I told -- there was a security guard

17   by the name of "Salvadore."

18   Q.   Where was he located?

19   A.   He was in the -- When you first pull into the

20   parking lot, he was at the booth at the parking lot.

21   Q.   And what did you say to him?

22   A.   I just told him that there's this girl that keeps

23   coming to my desk and she harassing me, she won't stop,

24   and he asked for her name and -- you know, I told him

25   my name, then he asked for her name and extension, and

1  he wrote it down.

2  Q.   Did you --What did you do with the car?  Did you

3  park?

4  A.   Yeah.  Then after that I left him and then I went

5  inside and told the other security inside.

6  Q.   Why did you tell somebody inside when you had

7  already told somebody outside?

8  A.   Because I just wanted to make sure that people

9  knew, so I went inside.

10  Q.   And where are the security guards located inside?

11  A.   At the desk when you first come into the door.

12  Q.   And --

13  A.   Into the building, I mean.

14  Q.   The buildings you described earlier, which

15  building was this?

16  A.   This is the tower building.  Well, actually it's

17  in between the tower -- It's such -- It's like a tunnel

18  hallway in between the tower building and the north

19  plaza building, which is the one I worked in.

20  Q.   And the part where you went in to talk to the

21  security guard, did you require a key card for access

22  to that part of the building?

23  A.   Yes, I did, but when I got there, that was when I

24  saw Wayne Jackson.  He was there for a seminar that

25  day.  He's the security guard that I knew that was the

1    supervisor, and I told him and when I told him, the

2    other security guard that was on duty -- I mean, we

3    were all talking.  It was the four of.  There was

4    Cheryl, myself, Wayne Jackson and the other security

5    guard behind the wall, and I was telling Wayne, he --

6    you know, he was listening also, and the other security

7    guard behind the thing, he wrote it down.

8    Q.   Do you know his name?

9    A.   No.  He was a bald headed -- He had a bald head,

10   black guy, and he worked there for years and we would

11   always speak to each other, but I never knew his name,

12   but I knew Wayne knew it, Wayne Jackson.

13   Q.   Do you have any idea what was actually written

14   down?  Did you see it yourself?

15   A.   No.  I mean, he's just saying that -- Wayne just

16   told him to write down her name and I told him her

17   name, and just write the harassment charge down -- I

18   mean the harassment -- I don't know if he said

19   "harassment."  He just said, "Write the complaint down

20   and take her name and extension," and he took it as

21   well.

22       Again, we were talking, well, probably talking for

23   like 10 or 15 minutes, and then I had some -- I think I

24   left something upstairs, or actually I wanted to see --

25   I wanted to show Cheryl my desk since she was with me

1          THE COURT:  Ask him if he understands, you

2    know, what the different notations are and if he's

3    wrong I'm sure we'll find out about it.  I think it --

4    It's in evidence.  Someone certainly from The Hartford

5    is gonna testify to it.  If his -- You know, there may

6    not be anything controversial as to his understanding

7    of what this document shows, so why don't we proceed

8    and we'll take it from there.

9    BY MS. BAIRD:

10   Q.   Do you understand what this document shows?

11   A.   Yes, I do.

12   Q.   Are you able to find in this document, an

13   indication of when you first accessed Ms. Rhodes' voice

14   mail?

15   A.   Yes.

16   Q.   And what date and time was that?

17   A.   I accessed it at 4:56.

18   Q.   How is 4:56 indicated in the exhibit?

19          THE COURT:  What day?

20          THE WITNESS:  On January 18th --

21          THE COURT:  Oh.

22          THE WITNESS:  -- 2002.

23   BY MS. BAIRD:

24   Q.   And does it say "4:56"?

25   A.   No, it's in military time, 1656.

Q.   And what messages were on the phone at that time,
in terms of their categories?

A.   There were no new one -- no new messages; five
unopened messages and two, what says "Old" which means
"saved."

Q.   And what does "New" mean?

A.   "New" means unlistened to.

Q.   What does "Unopen" mean?

A.   "Unopen" means they've been listened to but they
haven't been stored, as far as being saved.  They were
just listened to and the person that -- hung up the
phone after they listened to the message without
storing it anywhere.

Q.   Okay, and at 1656 when you logged in, how long did
you stay on and what occurred?

A.   When I logged in, that was when I noticed the
message from Rich.

Q.   And do you know if that was an unopened or an old
message?

A.   I believe it was unopened, if I recall.  I believe
it was unopen.  I'm not hundred percent certain but I
believe it was unopened.

Q.   And when did you log off?

A.   A minute later.

Q.   Excuse me, the --

1    A.    A minute later.

2    Q.    -- time and date.

3          What time and date?

4    A.    Actually, it's 1656, so it was --

5    Q.    On what date?

6    A.    January 18th.

7    Q.    And what does the next indication of voice mail

8    indicate?

9    A.    January 18th, 1657.

10         This was the one --

11   Q.    Mr. Shorter, I'm going to ask you to go through

12   this document by each phone call, and indicate --

13   A.    Okay.

14   Q.    -- one phone call, when it was made and what you

15   did.

16   A.    Okay.

17   Q.    Are you able to do that, looking at this document?

18   A.    Yes.

19   Q.    Okay.

20         Starting with the phone call you've already

21   discussed, 1656 at 1/18, --

22   A.    Yeah.

23   Q.    -- would you please identify the next phone call

24   that was made?

25   A.    At 1657 I logged in and that was when I believe I

1    listened to the message from -- I knew there was a

2    message from a guy, Rich, and that was the one that

3    indicated that Mary Anne was in Florida with him, and

4    that was when I knew that I had to show her this

5    message in order to get her to stop harassing me and

6    threatening me and everything at work.

7    Q.    And what number phone call was that, at 1657?  Was

8    that the first phone call?  The second phone call?

9    A.    No, this is the second one.

10   Q.    Okay.

11   A.    This is the second one.

12   Q.    And what next happened after that 1657 phone call?

13   A.    That was when I deleted my messages.

14   Q.    Okay, and describe that.

15         What did you do?

16   A.    I went into my messages that I left for her, the

17   nice, romantic messages, and I went in and deleted my

18   -- deleted them --

19   Q.    And how is that indicated by date, time and

20   notation in Exhibit 511?

21   A.    The first one, I believe, there, January 18th,

22   2002 at 1658.

23   Q.    And what does it note?

24   A.    It says:

25         "Changed from unopen to deleted."

1          So they were in the unopened file.

2    Q.   What does it note, in it's entirety?

3    A.   "Changed from unopen to deleted for message

4          received January 1st, 2002 at 2310."

5    Q.   Okay.

6          What next happened?

7    A.   "Changed from unopened to deleted for message

8          received January 2nd at 1207."

9    Q.   Okay, and what was that message that was changed

10   from unopened to deleted?

11   A.   That was another message that I -- from me to her.

12   Q.   And did you listen to it before you deleted it?

13   A.   Yes.

14   Q.   And what did the message say, if you recall?

15   A.   It was just anything saying that -- Actually, this

16   one was the one I believe I said that 'I got your

17   message from last night and I hope you have a good, you

18   know, 2002,'" but I didn't say anything besides that

19   because I remember that day.

20   Q.   And what next activity took place?

21   A.   January 18th, 1658:

22        "Changed from unopened to deleted for message

23        received January 14th, 2002, at 0652."

24   Q.   And do you recall who that message was from?

25   A.   Yes, it was from me.

1   Q.   And the next activity?

2   A.   "Changed from old to deleted."

3        And that was an old message from me, received --

4        "Changed from old to deleted for message received

5        at January 18th, 2002 at 1203."

6   Q.   So how many messages, in all, did you delete at --

7   on January 18th, 2002 at 1658?

8   A.   At that time it was four.

9   Q.   And when you deleted those, what number phone call

10  was that, that you had made to her voice mail system?

11  A.   I called her voice messaging -- the department

12  code, 547-4771, I believe it is.

13  Q.   Okay, and was that the first, second time you'd

14  done that, that day?  How many --

15  A.   This was still in -- This was still within the

16  second call.

17  Q.   And then the next activity on that phone log, what

18  does it show?

19  A.   I logged off.

20  Q.   At what time?

21  A.   At 1658.

22  Q.   And what did you then do with regard to accessing

23  this voice mail?

24  A.   Then I went back in after I thought about it --

25  Q.   At what time and on what date?

1    A.   At 1659, I logged back in.

2    Q.   On what date?

3    A.   January 18th, sorry.

4    Q.   And what did you do at that time?

5    A.   I went in and changed the password.

6    Q.   And again, for what reason?

7    A.   So that she would not delete the message from Rich

8    before I was able to show it to her.

9    Q.   Did you do any activity with the new unopened or

10   old messages?

11   A.   At that time, no.

12   Q.   When did you next log in?

13   A.   I logged back in at 1718 on January 18th, 1718.

14   Q.   And how -- what number of log in was that?  How

15   many times had you accessed the voice mail system at

16   that point?

17   A.   That was my fourth log-in, I believe.  Fourth.

18   Q.   And did you do anything at that time?

19   A.   Yes.

20   Q.   What?

21   A.   That was when I changed the password again.  The

22   first time I changed the password I moved it one digit

23   from what it was originally, and then after I thought

24   about it I said, "Well, I don't want her to go back in

25   and if something were to happen, I wanted to change it

1    to something that I remember."   That way I'm not -- I

2    wouldn't be -- you know, not remember, and I changed it

3    to my mom's date of birth at that time, --

4    Q.    What time --

5    A.    -- something that I knew.

6    Q.    -- did you change -- What time did you change it?

7    A.    At 1719.

8    Q.    And at that point, what number phone call were you

9    in?

10   A.    The fourth.

11   Q.    And did you log off?

12   A.    And then I logged off at 7:19.

13   Q.    And when -- Did you say "7:19"?

14   A.    1719, sorry, 1719.

15   Q.    What was the next time you logged in?

16   A.    And then I logged in again that same day, January

17   18th, 2002 at 1845.

18   Q.    And again, do you know what 1845 regular time is?

19   A.    6:45.

20   Q.    What was the purpose of that?

21   A.    That was when I tried to connect Ms. Rhodes to her

22   voice mail.

23   Q.    Okay, and the next log-in?

24   A.    I logged in again at 2009 on that same evening,

25   January 18th, 2002.

1    Q.   Okay, and do you know what number phone call that

2    was?

3    A.   That was the sixth time, and then I logged off at

4    2009.

5    Q.   And your next log-in occurred?

6    A.   I logged in at 2141 on the same evening, January

7    18th, 2002.  I logged in at 2141 to try to connect her

8    again.

9    Q.   And are you able to tell by this activity log

10   whether you actually had spoken to her at any of these

11   points in time, or not?

12   A.   I couldn't tell by this one.

13   Q.   Okay.

14   A.   No.

15   Q.   Any further activity on January 18th?

16   A.   No.

17   Q.   In all, how many phone calls were made on January

18   18th?

19   A.   This -- Eight, I believe.  Eight.

20            (Pause.)

21       Wait a minute.  Let me count this.

22   Q.   Do you know?

23   A.   Yes, I'm counting it now.

24   Q.   On January 18th?

25   A.   Five, six, seven.  Seven.

1    Q.    Okay.

2          Describe the voice mail system access that you

3    used on January 19th, when it began?

4    A.    On my way to work that morning she had called me

5    and then I called her back and tried to connect her

6    again to the message, January 19, 2002, at 5:18 that

7    morning.

8    Q.    Do you know if you spoke to her that morning?

9    A.    Yes.  Yes, I did, and she hung up when I tried to

10   connect her to the voice messaging system again.

11   Q.    Okay, and the next time you spoke to her that day?

12   A.    She called me that morning when I was still at

13   work, somewhere between 7 and 8, somewhere before 9:00

14   o'clock, before I left, she called me at work and that

15   was when I asked her to -- again, or asked her or tried

16   to tell her to leave me alone and that I -- there's no

17   point in coming to work, all it's doing is disrupting

18   my work, and she had no reason to be over there because

19   we did not even work in the same building.

20   Q.    And what time was that phone call?

21   A.    It was in the morning when I was still at work and

22   it was anywhere between, like I said, 7 and 8.  Could

23   have been after 8.

24   Q.    That's not in -- Is that indicated in this phone

25   activity --

1   A.   No.

2   Q.   -- log, --

3   A.   No

4   Q.   -- Exhibit 511?

5   A.   No.

6   Q.   What is the next activity indicated in Exhibit

7   511?

8   A.   Actually, it was at 8:05.

9   Q.   And what number phone call the day (phonetic) was

10  that to the voice mail system?

11  A.   This was number -- the ninth time, the ninth

12  access.  Oh, for that day?  I'm sorry.

13  Q.   Either one.  For that day?

14  A.   For that day it was the second time.

15  Q.   Okay, and do you know what occurred, if anything,

16  during that 8:05 access on 1/19?

17  A.   No, I'm -- I tried to -- I must have tried to call

18  her again.  Like I said, I just know every -- when I

19  called her I -- when I called that voice mail, it was

20  when I was trying to connect her to it, and I did that

21  from my cell phone, I believe.

22  Q.   Okay.

23       What was the next activity indicated in the voice

24  mail system?

25  A.   This is from my cell phone.  I did call and I

1    tried to call her back again, and this was after she

2    had called me that morning, which my colleagues knew

3    about.

4    Q.   Date and time that you're referring to?

5    A.   January 19th, 2002, at 8:07 a.m.

6    Q.   What occurred?

7    A.   I called her.  I tried to call her from my cell

8    phone, and I had her number programmed in my phone and

9    I just press "Mary Anne," I press, "Send" and

10   inadvertently I had pressed the number to her work

11   phone instead of her cell phone.

12   Q.   Okay.

13   A.   And I didn't realize it until I was on her --

14   until I was leaving her a message --

15   Q.   So what was the effect, in the voice mail system,

16   of you doing that?

17   A.   It would leave a message because it dialed to her

18   extension.

19   Q.   What kind of message did it leave?

20   A.   It was just a message of me talking, saying

21   "Hello."

22   Q.   Did it leave a new, unopened or old number?

23   A.   Yes, it left a new message.

24   Q.   When was the next time that you logged into the

25   system?

1    A.    After I left work that morning.

2    Q.    At what time was that?

3    A.    January 19, 2002 at 9:10 a.m.

4    Q.    And at that time what did the message count show,

5    in terms of new, unopened and old messages?

6    A.    Well, it showed one new and two unopened and one

7    old.

8    Q.    And do you know what that one new message was?

9    A.    Yes, that was the one I left when I called her

10   phone.

11   Q.    And did you take any activity with regard to that

12   new message that you had left when you called her

13   phone?

14   A.    Yes, I took it -- I deleted it, got rid of it.

15   Q.    At what time and one what day?

16   A.    January 19, 2002 at 9:10 -- 9:11, excuse me.  I

17   changed from unopened -- from new to unopened, and then

18   I changed it from unopened to deleted, which is all in

19   one motion.  I opened it -- I deleted it, but here it

20   reports step-by-step, so it shows where I change it

21   from new to unopened, and then unopened to deleted, and

22   it was a message left at 8:07 on that morning, January

23   19, 2002.

24   Q.    And do you know what number message you were on?

25   I mean, excuse me, do you know what phone call, access

1    to the voice mail system you were on that day?

2    A.    The tenth, I believe.

3    Q.    Okay, and what was the next time that you accessed

4    the voice mail system?

5    A.    I went in -- I went back in on January 19th, 2002

6    at 9:19, and I went back in to change the password.

7    Q.    And why did you do that?

8    A.    I think I went back in at that time to change it

9    to -- I know I finally left it at her niece's date of

10   birth.  Her brother's wife had just given birth to a

11   baby a couple months before that, so I changed it to

12   something that I know she would know that I changed it

13   to.  I don't remember that date now, but that's what I

14   changed it to, and that was at January 19th, 2002 at

15   9:21.

16   Q.    Did you do anything else while you were logged in

17   at that time?

18   A.    No, then I logged off, and then I went back in and

19   it's -- I changed the password again but I left it at

20   that one, so I don't know if I -- I must have done back

21   in -- clicked back on that password but I didn't change

22   it again, but somehow it just still calculated that the

23   password was changed again, but it was left at her

24   nieces date of birth.

25   Q.    And what did the message count show at this time,

1    in terms of new, unopened and old messages?

2    A.    Zero new, two unopened and one old.

3    Q.    And do you know what voice mail access number that

4    was?  How many times?

5    A.    I believe this was twelve.

6    Q.    Okay, and when was the next time you went in?

7    A.    Yeah, that was twelve, and then I went back in at

8    1040 -- on January 19th, 2002 at 10:43, --

9    Q.    Uh-huh.

10   A.    -- and that was after she had called me again, but

11   I sent in to connect her again to --

12   Q.    Describe that process you're talking about, where

13   she calls you and you attempt to connect in.

14         How does that work?

15   A.    Well, she had called me like maybe a half hour or

16   something before that.  She had called me between the

17   time I was out of work and this phone call, and again

18   threatening me, telling me to, "Wait to see what

19   happens when I get back."

20         So I tried one more -- This was when I tried one

21   more time here to call her.  It was at January 19th,

22   2002 at 10:43.  Right after I called her I called to

23   connect this voice mail via three-way, and again tried

24   to connect her to the voice mail.

25   Q.    Did you actually speak to her?

1    A.    Yes.

2    Q.    Were you able to connect to the voice mail at that

3    time?

4    A.    Yes, I connected to the voice mail, and again, she

5    was gone.   I mean, she hung up again.

6    Q.    Okay, and the next access time and what number of

7    access that was?

8    A.    This was hours after I went and -- back to The

9    Hartford that afternoon, but it was one -- actually, it

10   was the next morning, if I'm not mistaken.   January

11   20th, 2002.

12   Q.    At what time?

13   A.    At 8:52 that morning.

14   Q.    And what happened, if anything, during that

15   access?

16   A.    Again, I tried to call her and connect her to the

17   voice mail.

18   Q.    And do you know how many -- what number access

19   that was?

20   A.    Fourteen, I believe.

21   Q.    And the next time you accessed that voice mail

22   system?

23   A.    I went back in at 8:54.   Must have tried her again

24   on January 20th, 2002 at 8:54 and I was in -- logged in

25   and logged back off when I couldn't get it -- when she

1    wouldn't stay on the phone again.

2    Q.   Okay, and then did something -- What happened, in

3    terms of the voice mail activity, after that?

4    A.   Again, I called again.  When I dialed her number,

5    it happened like three or four times that weekend but I

6    -- inadvertently I hit her -- instead of her cell phone

7    number, I hit her work number, which was, you know,

8    547-7537.

9        So instead of waiting for her to pickup when the

10   phone is ringing, her voice mail is the one that picked

11   up at her extension, so I dialed her -- you know what I

12   mean?  I dialed her extension instead of her cell

13   phone.

14   Q.   And how is that shown on the voice activity log?

15   A.   Because again, the same thing happened the day

16   before, a new message came on right when I called.

17   Q.   Well, what date, time and what does the notation

18   indicate?

19   A.   January 20th, 2002 at 8:55 that morning.  It says:

20       "Received phone call from unknown extension."

21       Message count is one new and two unopened and one

22   old.

23   Q.   And do you know what that new message was?

24   A.   Yeah, I guess it was me again, my -- me calling

25   from my cell phone again.

1  Q.  And do you know what number of times that

2  constituted, that you had accessed her voice mail?

3  A.  Fifteen, I believe.

4  Q.  And the next time shown on the activity log?

5  A.  Was January -- Oh, okay.  That was it.

6      January 20th at 1726.

7  Q.  Okay.

8      Did anything occur on January 20th at 8:55?

9  A.  That was when I was still on from when I left the

10 message inadvertently.  Okay.  Well, I went back on.

11 Okay.  This is what --

12     I called and left a message and then at 8:55 it

13 indicates that the message is on, okay?  I didn't see

14 that.  So it indicated, saying the new message is on

15 and then I tried to call her back at her phone again

16 and this was the fifteenth call at 8:55 on January

17 20th.

18 Q.  Okay.

19     The next phone call?

20 A.  Next one, January 20th at 1726.

21 Q.  And did you -- Do you recall if you spoke to her

22 during the course of that phone call to --

23 A.  Yeah, I --

24 Q.  -- her voice mail?

25 A.  -- called her again.  Yes, I called her and then

1    tried to call her voice mail.

2    Q.    And then the next phone call?

3    A.    Was at 1731 that same day.  I logged in and then I

4    -- she took off that message that I left that morning.

5    Q.    Okay, what day and time did you log in?

6    A.    At 1731.

7    Q.    On what day?

8    A.    January 20th.

9    Q.    And what number voice mail access was that -- did

10   that constitute, the you had gone into her voice mail?

11   A.    This was the 16th time I logged on and it's --

12   Q.    And what did the -- what did the message count

13   show at that time?

14   A.    It said new, one; unopened, two; old, one, and the

15   new one was the one that I left that morning at 8:55.

16   Q.    And what action, if any, did you take with regard

17   to that new message?

18   A.    It says I -- same thing as before.  I changed from

19   new to open, and then unopened to deleted.  So I took

20   that one off.

21   Q.    And what was on that new voice message that you

22   had left, if anything?

23   A.    Again, me -- my inadvertent phone call to her

24   extension.

25   Q.    And what number of time was that that constituted

1    your accessing the voice mail system?

2    A.    I believe it was 16.

3    Q.    Okay.

4         Did you take any other activity while you were

5    logged on at that sixteenth time?

6    A.    Let's see.  Yes, I went back on -- This is the

7    sixteenth.  Let me see.  Received -- Okay, and then I

8    tried to call her back again.

9    Q.    At what time and on what day?

10   A.    Sorry, January 20th, 2002 at 1733, and again, I

11   dialed -- I did the same thing.  I dialed her -- On my

12   cell phone I dialed her extension again, which it shows

13   here --

14   Q.    And what does it show?

15   A.    -- that if she received -- It was, again, a

16   received message.  Right after I logged off, I had

17   called again and the received message was -- I logged

18   off at 1732.  The received message was at 1733, when I

19   thought I was calling her cell phone back again.

20   Q.    And so what does the message count show?

21   A.    Again, new, one; unopened, two; old, one.

22   Q.    And what time did you log off, if you recall?

23   A.    It was 1734.

24   Q.    And what number did that constitute, of times you

25   had accessed the voice mail system?

1    A.    I believe that was 17.

2    Q.    And did you log in again at some time?  What was

3    the next time you logged in?

4    A.    Let me -- I logged back in at 1734 and the message

5    is new, and I deleted that same message that I just

6    left, the one at 1733, as it reads here, and that was

7    changed from new to unopened, and then changed from

8    unopened to deleted, and then that same time I went and

9    deleted the other old messages -- the other old message

10   that I left on 1512.

11   Q.    Okay, and then the next time you logged in?

12   A.    At 2136.

13   Q.    On what day?

14   A.    January 20th.

15   Q.    And do you know what number that constituted,

16   times you had accessed the voice mail system?

17   A.    I believe it was 18.  It was 18 or 19.  I think it

18   was 18.

19   Q.    And do you recall what, if anything, happened that

20   time, on 1/20 at 2136?

21   A.    No.  There was a new message but that had nothing

22   -- I don't believe it had anything to do with me

23   because I didn't touch that message.

24   Q.    And the next time you logged in?

25   A.    Was -- She called me that night at one -- like

1    1:20-something in the morning, so I had tried to

2    connect her.

3    Q.   Okay, and how did that happen again?  She called

4    you on what phone?

5    A.   She called me on my cell phone.

6    Q.   And then what did you do with your cell phone?

7    A.   Well, first we talked and that was the night that

8    she threatened me and told me I wasn't gonna have a

9    desk on Tuesday, and I tried to call her that one last

10   time and hang up -- connect her to the voice mail and,

11   of course, she was gone, but actually, that was earlier

12   that evening, if I recall.

13   Q.   At what time, if you recall?

14   A.   Somewhere around 9:30 that night.

15   Q.   And that would be denoted by what time on this

16   log?

17   A.   Somewhere around 2130.

18   Q.   And the time on January 21st, 2002 at 1/29?

19   A.   Yes.

20   Q.   How many times does that constitute, that you had

21   accessed the voice mail system?

22   A.   A total of 20, either 19 or 20, but that was one

23   time at that time.

24   Q.   And are you able to tell what happened next, after

25   you logged off at 1:29 in the morning?

1    A.    No, that was when -- that was the next morning

2    when she had her password reset.

3    Q.    And what time and date does that show?

4    A.    January 21st at 8:15.

5    Q.    Do you know what day of the week that was?

6    A.    Monday.

7    Q.    And what -- what's the notation there on

8    Defendants' Exhibit 511?

9    A.    "Changed password," and then under "Description"

10    it says, "Password changed."

11    Q.    Okay, and are you the one that changed that

12    password?

13    A.    No.

14    Q.    So looking at Defendants' Exhibit 511, how many

15    times did you access her voice mail system during that

16    weekend?

17    A.    Counting -- About 20, more like 20 -- 20 to --

18    Q.    And how many messages did you delete, if you know?

19    A.    I figure about seven that were mine.

20    Q.    And did you delete any messages that weren't your

21    own?

22    A.    No.

23    Q.    And how many messages did you delete that weren't

24    inadvertent air time that you had left?

25    A.    I believe five, either five or -- I think five.

1    Q.    And what did those messages have in them?

2    A.    Those are just old messages from me.

3    Q.    Okay, and were those work --

4    A.    Nothing -- I'm sorry?

5    Q.    Were those work-related messages?

6    A.    No.  No.

7    Q.    The messages that you had left, did they pertain

8    to work in any way?

9    A.    No.

10    Q.    Where were you on January 21st, 2002, that Monday?

11    A.    I was -- I took a vacation date.  That was Martin

12    Luther King's holiday so I took that as a vacation day.

13    Q.    Uh-huh, and did you contact anybody at work at all

14    that day, or go to work?

15    A.    No.

16    Q.    When was the next time you returned to work?

17    A.    I went to work that Tuesday.

18    Q.    From what time to what time?

19    A.    From 7 to 3:45.

20    Q.    What day of the week was that?  Excuse me --

21    A.    Tuesday.

22    Q.    It was Tuesday?

23    A.    Uh-huh.

24    Q.    Was anybody else in your unit working that day, in

25    the IT unit?