**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, | : | |
| | : | |
| Defendants. | : | AUGUST 15, 2005 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME**
**TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS**

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, hereby moves to extend the period to file a supplemental motion for attorney's fees and costs until thirty (30) days subsequent to the Court's decision and ruling on Defendant Hartford Financial Services Group, Inc.'s Motion for Judgment as a Matter of Law.

Counsel for the Defendant was contacted but did not convey a position regarding this motion prior to its completion.

                                                          PLAINTIFF
                                                          FERRON SHORTER JR.

BY:   /s/ Rachel M. Baird
           Rachel M. Baird
           (ct 12131)
           Law Office of Rachel M. Baird
           379 Prospect Street
           Torrington CT 06790-5239
           Tel: (860) 626-9991
           Fax: (860) 626-9992
           E-Mail: bairdlawoffice@aol.com

2

**CERTIFICATION**

     I HEREBY CERTIFY THAT the foregoing Plaintiff's Motion for Extension of Time was mailed, first-class, postage-paid, on August 15, 2005, to counsel of record:

Margaret J. Strange, Attorney
Jackson Lewis LLP
90 State House Sq Fl 8
Hartford CT 06103-3708

                                    /s/ Rachel M. Baird
                                    Rachel M. Baird