UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:03-cv-149(WIG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | : | |
| | : | |
| Defendant. | : | SEPTEMBER 9, 2005 |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME**

Plaintiff Ferron Shorter Jr., by and through his undersigned counsel, respectfully requests an extension of four (4) days, from September 9, 2005, until September 13, 2005, to file Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Judgment as a Matter of Law.

1. Defendant filed a Motion for Judgment as a Matter of Law on July 28, 2005. (doc. # 161)

2. Plaintiff's response was due August 18, 2005.

3. Plaintiff requested and was granted an additional twenty-two (22) days, until September 9, 2005, to respond to Defendant's JMOL.

4. Plaintiff's counsel requests an additional four (4) days for the opportunity to review the trial transcripts located in the court clerk's file on Monday, September 12, 2005, prior to filing the response to the JMOL.

5. Plaintiff's counsel anticipated reviewing the trial transcripts during the afternoon of September 8, 2005, but was unexpectedly engaged in jury selection and other related matters until 5:30 PM in the matter of Mrs. B., et al. v. Litchfield Board of Education, et al., 3:03-cv-1152(PCD).

6. Defendant's counsel has indicated an objection to Plaintiff's request for any extension of time.

                              PLAINTIFF
                              FERRON SHORTER JR.

BY:   /s/ Rachel M. Baird
        Rachel M. Baird
        (ct12131)
        Law Office of Rachel M. Baird
        379 Prospect Street
        Torrington CT 06790-5239
        Tel: (860) 626-9991
        Fax: (860) 626-9992
        E-mail: bairdlawoffice@aol.com

## **CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Second Motion for Extension of Time</u> was mailed, first-class, postage-paid, on September 9, 2005, to:

Margaret J. Strange
Jackson Lewis LLP
90 State House Sq Fl 8
Hartford CT 06103

        /s/ Rachel M. Baird
        Rachel M. Baird