UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER JR.<br>Plaintiff,<br><br>v.<br><br>HARTFORD FINANCIAL SERVICES GROUP, INC. and MARYANNE RHODES<br>Defendants. | :<br>:<br>:<br>:   CIVIL NO.: 303 CV 0149(WIG)<br>:<br>:<br>:<br>:<br>:   JANUARY 4, 2006<br>: |

### DEFENDANT'S NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that the Defendant in the above-referenced matter, Hartford Financial Services Group, Inc., respectfully appeals to the United States Court of Appeals for Second Circuit from the Magistrate Judge's order of December 6, 2005 denying Defendant's Motion for Judgment as a Matter of Law.

DEFENDANT,
HARTFORD FINANCIAL SERVICES
GROUP, INC.

By: *Margaret J. Strange*
Margaret J. Strange (ct08212)
James F. Shea (ct16750)
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT 06103
(860) 522-0404
email: strangem@jacksonlewis.com
email: sheaj@jacksonlewis.com

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 4th day of January 2006, to the following counsel of record:

>Rachel M. Baird
>Law Office of Rachel M. Baird
>379 Prospect Street
>Torrington, CT 06790
>Attorney for Plaintiff

*Margaret J. Strange*
Margaret J. Strange

H:\Client Folder\H\The Hartford\Shorter\Appeal\Notice of Appeal DOC
64532