# Law Office of Rachel M. Baird

Stonegate Professional Building
379 Prospect Street
Torrington, CT 06790-5239

Phone:   860.626.9991                                                                      Rachel M. Baird, Attorney

Ferron Shorter Jr.
PO Box 464526
Lawrenceville, GA 30042-4526

INVOICE #:   769                                                                            January 5, 2006

RE:   Federal Complaint

| DATE | DESCRIPTION | HOURS | FEES |
|---|---|---|---|
| Feb-24-05 | Settlement Conference in Waterbury; travel to Waterbury RT | 1.00 | 300.00 |
| Mar-01-05 | Draft Motion to Drop MaryAnne Rhodes | 0.31 | 0.00 |
|  | Draft Letter to Clerk of Court | 0.18 | 0.00 |
| Apr-02-05 | Client Copy Letter enclosing Opp'n Memoranda to Attorney's Fees and Equitable Relief | 0.07 | 21.00 |
| Apr-08-05 | Draft Motion for Extension of Time to File Replies to Attorney's Fees and Equitable Relief Opp'n Memoranda | 0.51 | 153.00 |
| Apr-10-05 | Review Client's Notes regarding replies to Opp'n Memoranda | 0.50 | 150.00 |
| Apr-22-05 | Draft Reply to Equitable Relief Opp'n Memorandum | 4.63 | 1,389.00 |
|  | Draft Reply to Attorney's Fees Opp'n Memorandum | 2.04 | 612.00 |
|  | Draft Second Affidavit of Attorney Baird regarding Attorney's Fees Motion | 1.50 | 450.00 |
| Apr-25-05 | Draft Motion to Correct Affidavits regarding Motion for Attorney's Fees | 0.78 | 0.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Draft Notice of Manual Filing for corrected affidavits | 0.31 | 0.00 |
| May-09-05 | E-mail responding to Client's request for case advice and status of JMOL motion | 0.33 | 99.00 |
| May-31-05 | Review Court Document received via e-mail from Court's electronic filing system - Ruling on Plaintiff's Post Trial Motions (36 pgs.) | 0.50 | 150.00 |
| Jun-20-05 | Draft Motion for Extension of Time to file pre-judgment interest calculations; file in Bridgeport | 0.25 | 75.00 |
| Jun-21-05 | Review Court's Order regarding calculation of prejudgment interest; develop chart; research appropriate formula | 0.33 | 99.00 |
| Jun-22-05 | Draft Motion for Extension of Time to prepare prejudgment interest calculations; file in Bridgeport | 0.63 | 0.00 |
| Jun-27-05 | Preparation - Identify all pay periods at The Hartford between Plaintiff's termination and May 31, 2005; identify interest rates applicable to each pay period; place information in chart | 0.75 | 225.00 |
| Jun-28-05 | Preparation - Develop excel spread sheet with pay periods, interest rates, and formula for determining interest earned each period | 3.00 | 900.00 |
| | Draft Notice of Pre-judgment Interest describing bases for calculations | 1.33 | 399.00 |
| | Draft Motion for Extension of Time to file pre-judgment interest calculations; file in Bridgeport | 0.38 | 0.00 |
| Jul-20-05 | Client Letter enclosing Court's Ruling | 0.15 | 45.00 |
| Aug-02-05 | Client Letter enclosing JMOL Exhibits | 0.06 | 18.00 |
| Aug-15-05 | Draft Motion for Extension of Time to file for attorney's fees and costs subsequent to February 22, 2005 | 0.33 | 99.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| Aug-18-05 | Draft Motion for Extension of Time to File Opposition to JMOL; file in Bridgeport | 0.48 | 0.00 |
| Sep-09-05 | Draft Motion for Extension of Time to File Opposition to JMOL; file in Bridgeport | 0.50 | 0.00 |
| Sep-12-05 | Review Trial Transcript at Clerk's office and take notes for Opposition to JMOL; travel to Bridgeport RT | 3.00 | 900.00 |
| Sep-13-05 | Draft Motion for Extension of Time to File Opposition to JMOL; file in Bridgeport | 0.50 | 0.00 |
| Sep-16-05 | Draft Memorandum of Law in Opposition to JMOL | 5.00 | 1,500.00 |
| Nov-29-05 | Review Defendant's JMOL Reply Brief | 0.50 | 150.00 |
| Dec-06-05 | Review and discuss w/ Client Court's Ruling on Judgment as a Matter of Law | 1.00 | 300.00 |
| Jan-05-06 | Supplemental Motion for Attorney's Fees and Costs; file in Bridgeport | 2.50 | 750.00 |
| | Totals | 33.35 | $8,784.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Apr-01-05 | Copy cost - Client copy of Opp'n Memoranda | 6.20 |
| Apr-02-05 | Postage | 6.85 |
| Apr-25-05 | Postage | 1.06 |
| May-05-05 | Postage | 1.75 |
| Aug-01-05 | Copy cost - Documents | 6.00 |
| Aug-02-05 | Postage - Documents | 6.85 |
| | Totals | $28.71 |

| | **Fees & Disbursements** | $8,812.71 |
|---|---|---|

Invoice #: 769  Page 4  January 5, 2006