UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER, JR.<br><br>                       Plaintiff,<br><br>- against -<br><br>HARTFORD FINANCIAL SERVICES GROUP, INC.<br><br>                       Defendant. | Case No. 3:03-cv-00149-WIG<br>(Second Circuit Appeal<br>No. 06-0113-cv)<br><br>DESIGNATION OF TRIAL EXHIBITS |

Pursuant to Local Rule 11 of the Second Circuit and Local Rule 83.6(d) of the United States District Court for the District of Connecticut, Defendant and Appellant Hartford Financial Services Group, Inc., hereby designates the following trial exhibits for inclusion in the record on appeal (Second Circuit Appeal No. 06-0113-cv).

Plaintiff's Exhibit Nos: 1-10 and 13-29.

Defendant's Exhibit Nos: 501-548.

Dated: January 19, 2006      By: *Margaret J. Strange/pwc*
                                  _____
                                  Margaret J. Strange (ct08212)
                                  James F. Shea (ct6750)
                                  JACKSON LEWIS LLP
                                  55 Farmington Avenue, Suite 1200
                                  Hartford, CT 06105
                                  Phone: (860)522-0404/Fax: (860) 247-1330
                                  Email: strangem@jacksonlewis.com
                                  Email: sheaj@jacksonlewis.com

                            By:  *Paul W Cane*
                                 _____
                                 Paul W. Cane, Jr. (Calif. SB# 100458)
                                 Katherine C. Huibonhoa (Calif. SB# 207648)
                                 PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                 55 Second Street
                                 Twenty-Fourth Floor
                                 San Francisco, CA 94105-3441
                                 Telephone: (415) 856-7000
                                 Facsimile: (415) 856-7100
                                 Email: paulcane@paulhastings.com

                                 Counsel for Defendant and Appellant
                                 HARTFORD FINANCIAL SERVICES GROUP, INC.

LEGAL_US_W # 53188175.1

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18, and not a party to the within action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On January 19, 2006, I served the foregoing document(s) described as:

## DESIGNATION OF TRIAL EXHIBITS

on the interested parties by placing thereof in a sealed envelope(s) addressed as follows:

Rachel M. Baird, Esq.
Law Office of Rachel M. Baird
379 Prospect Street
Torrington, CT 06790
Tel: (860) 626-9991

*Attorneys for Plaintiff and Appellee Shorter*

☐ **VIA OVERNIGHT MAIL:**

VIA __UNITED PARCEL SERVICE (UPS)__ :By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on January 19, 2006 with postage thereon fully prepaid, at San Francisco, California.

☐ **VIA PERSONAL DELIVERY:**

I personally caused such sealed envelope(s) to be delivered by hand via **Worldwide Network** to the offices of the addressee(s) pursuant to CCP § 1011.

☐ **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to _____. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 19, 2006, at San Francisco, California.

ALICE F. BROWN

Case No. 3:03-CV 00149 (WIG)

LEGAL_US_W
# 53196068.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18, and not a party to the within action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On January 19, 2006, I served the foregoing document(s) described as:

## DESIGNATION OF TRIAL EXHIBITS

on the interested parties by placing thereof in a sealed envelope(s) addressed as follows:

> Margaret J. Strange, Esq.
> James F. Shea, Esq.
> Jackson Lewis LLP
> 90 State House Square, 8th Floor
> Hartford, CT 06103
> Tel: (860) 522-0404
>
> *Counsel for Defendant and Appellant*
> *Hartford Financial Services Group, Inc.*

[X] **VIA OVERNIGHT MAIL:**

VIA __UNITED PARCEL SERVICE (UPS)__ : By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[ ] **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on January 19, 2006 with postage thereon fully prepaid, at San Francisco, California.

[ ] **VIA PERSONAL DELIVERY:**

I personally caused such sealed envelope(s) to be delivered by hand via **Worldwide Network** to the offices of the addressee(s) pursuant to CCP § 1011.

[ ] **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to _____. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 19, 2006, at San Francisco, California.

*/s/ Alice F. Brown*
ALICE F. BROWN