```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


FERRON SHORTER, JR.,            :

     Plaintiff,                 :

          vs.                   :    No. 3:03cv0149(WIG)

HARTFORD FINANCIAL SERVICES     :
GROUP, INC.,
                                :
     Defendant.
-------------------------------X
```

**RULING ON PLAINTIFF'S SUPPLEMENTAL MOTION
FOR ATTORNEY'S FEES AND COSTS [DOC. # 174]**

Plaintiff, as the prevailing party, by and through his counsel and pursuant to 42 U.S.C. § 2000e-2(k) and 28 U.S.C. § 1920, has moved for a supplemental award of attorney's fees and costs for the period February 23, 2005, through January 5, 2006, inclusive.[1]  Defendant has not opposed this motion.

This Court has previously awarded Plaintiff attorney's fees and costs through February 22, 2005.  The Court further granted Plaintiff's Motion for Extension of Time to file a supplemental request for attorney's fees and costs until thirty (30) days after the Court's ruling of Defendant's Motion for Judgment as a Matter of Law.  Plaintiff's counsel has now submitted an affidavit, accompanied by contemporaneous time records, showing

---

[1] Notwithstanding the pending appeal in this case, the district court retains residual jurisdiction over collateral matters, including claims for attorney's fees. Tancrdi v. Metropolitan Life Insur. Co., 378 F.3d 220, 225 (2d Cir. 2004).

1

that since February 22, 2005, she has spent 33.35 hours on this matter, for which she seeks an award of attorney's fees for 29.28 hours at the rate of $300/hour.  This Court has previously found her rate of $300/hour to be reasonable.  After carefully reviewing Plaintiff's counsel's time records, the Court finds that the requested hours are both conservative and reasonable. Additionally, Plaintiff seeks an award of costs during this period of $28.71.  Again, the Court finds these to be extremely reasonable.

Accordingly, the Court GRANTS Plaintiff's Supplemental Motion for Attorney's Fees and Costs [Doc. # 174], and awards Plaintiff supplemental attorney's fees of $8,784.00 and costs of $28.71, for a total of $8,812.71.  The Court further awards post-judgment interest on this amount pursuant to 28 U.S.C. § 1961(a).

SO ORDERED, this ___2nd___ day of February, 2006, at Bridgeport, Connecticut.

                                             ___/s/ William I. Garfinkel___
                                             William I. Garfinkel
                                             United States Magistrate Judge