UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| | : | |
| Plaintiff/Appellee, | : | CASE NO.: 3:03-cv-149(WIG) |
| | : | (2d Cir. Appeal No. 06-0113-cv) |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | : | |
| | : | |
| Defendant/Appellant. | : | FEBRUARY 6, 2006 |

### APPELLEE'S CROSS-DESIGNATION OF TRIAL EXHIBITS

Plaintiff/Appellee Ferron Shorter Jr., by and through his undersigned counsel and in accordance with Local Rule 11(b) of the Second Circuit Court of Appeals, having not been contacted by the Defendant/Appellant to reach an agreement "with respect to which exhibits are 'necessary for the determination of the appeal[,]'" hereby submits a cross-designation of the exhibits Plaintiff/Appellee considers necessary to the appeal for inclusion in the record on appeal.

Plaintiff's Exhibits Nos.: 11-12, 30-32

                                            PLAINTIFF
                                            FERRON SHORTER JR.

BY:   /s/ Rachel M. Baird
         Rachel M. Baird
         (ct12131)
         Law Office of Rachel M. Baird
         379 Prospect Street
         Torrington CT 06790-5239
         Tel: (860) 626-9991
         Fax: (860) 626-9992
         E-mail: bairdlawoffice@sbcglobal.net

2

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT the foregoing <u>Appellee's Cross-Designation of Trial Exhibits</u> was mailed, first-class, postage-paid, on February 6, 2006, to:

Margaret J. Strange
Jackson Lewis LLP
90 State House Sq Fl 8
Hartford CT 06103

Katherine C. Huibonhoa
Paul Hastings Janofsky & Walker
55 Second St
San Francisco CA  94105

                  /s/ Rachel M. Baird
                  Rachel M. Baird