UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FERRON SHORTER, JR.,<br><br>        Plaintiff,<br><br>vs.<br><br>HARTFORD FINANCIAL SERVICES GROUP, INC., ET AL.,<br><br>        Defendants. | CASE NO. 3:03 - CV - 00149 (WIG)<br><br>**INDEX TO DOCKET ENTRIES<br>FOR RECORD ON APPEAL** |

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | COMPLAINT Filing Fee $ 150.00 Receipt # H8415 (D'Onofrio, B.) (Entered: 01/27/2003) | 01/22/2003 |
|   | SUMMONS(ES) issued for Hartford Financial, Mary Anne Rhodes (D'Onofrio, B.) (Entered: 01/27/2003) | 01/22/2003 |
| 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 7/24/03 ; Dispositive Motions due 8/23/03 Amended Pleadings due 3/22/03 Motions to Dismiss due 4/22/03 (D'Onofrio, B.) (Entered: 01/27/2003) | 01/22/2003 |
| 3 | APPEARANCE of Attorney for Hartford Financial -- Margaret J. Strange (Grady, B.) (Entered: 02/07/2003) | 02/06/2003 |
| 4 | SUMMONS Returned Executed on 01/24/03 as to Mary Anne Rhodes (Grady, B.) (Entered: 02/13/2003) | 02/12/2003 |
| 5 | SUMMONS Returned Executed on 01/22/03 as to Hartford Financial (Grady, B.) (Entered: 02/13/2003) | 02/12/2003 |
| 6 | APPEARANCE of Attorney for Hartford Financial -- James F. Shea (Grady, B.) (Entered: 02/19/2003) | 02/18/2003 |
| 7 | MOTION by Hartford Financial to Dismiss (Brief Due 3/11/03) (Grady, B.) (Entered: 02/19/2003) | 02/18/2003 |
| 8 | MEMORANDUM by Hartford Financial in support of [7-1] motion to Dismiss (Grady, B.) (Entered: 02/19/2003) | 02/18/2003 |
| 9 | APPEARANCE of Attorney for Mary Anne Rhodes -- David L. Metzger (Grady, B.) (Entered: 02/20/2003) | 02/20/2003 |
| 10 | MOTION by Mary Anne Rhodes to Extend Time to 03/10/03 respond to Complaint (Grady, B.) (Entered: 02/25/2003) | 02/25/2003 |
|   | ENDORSEMENT ordered accordingly [10-1] motion to Extend Time to 03/10/03 respond to Complaint (signed by Clerk) (Grady, B.) (Entered: 02/27/2003) | 02/26/2003 |
| 11 | Disclosure Statement by Hartford Financial (Grady, B.) (Entered: 03/10/2003) | 03/10/2003 |
| 12 | MOTION by Mary Anne Rhodes to Strike portions of the [1-1] complaint (Brief Due 3/31/03) (Grady, B.) (Entered: 03/11/2003) | 03/10/2003 |
| 13 | MEMORANDUM by Mary Anne Rhodes in support of [12-1] motion to Strike portions of the [1-1] complaint (Grady, B.) (Entered: 03/11/2003) | 03/10/2003 |
| 14 | MEMORANDUM by Ferron Shorter Jr. in opposition to [7-1] motion to Dismiss (Grady, B.) (Entered: 03/12/2003) | 03/11/2003 |
| 15 | REPORT of Parties Planning Meeting (Grady, B.) (Entered: 03/19/2003) | 03/17/2003 |
| 16 | MOTION by Hartford Financial to Extend Time to 04/04/03 to file its reply memorandum in response to memorandum of law in opposition to Motion to Dismiss and in support of Motion to Dismiss (Grady, B.) (Entered: 03/20/2003) | 03/20/2003 |
| 17 | MEMORANDUM by Ferron Shorter Jr. in opposition to [12-1] motion to Strike portions of the [1-1] complaint by Mary Anne Rhodes (Grady, B.) (Entered: 03/31/2003) | 03/31/2003 |
|   | ENDORSEMENT granting [16-1] motion to Extend Time to 04/04/03 to file its reply memorandum in response to memorandum of law in opposition to Motion to Dismiss and in support of Motion to Dismiss, Brief Deadline set for 4/4/03 [7-1] motion to Dismiss ( signed by Judge Christopher F. Droney ) (Grady, B.) (Entered: 04/01/2003) | 03/31/2003 |
| 18 | REPLY MEMORANDUM by Hartford Financial in support of [7-1] motion to Dismiss (Grady, B.) (Entered: 04/04/2003) | 04/03/2003 |
| 19 | MOTION by Ferron Shorter Jr. for Leave to File surreply in opposition to Motion to Dismiss (Grady, B.) (Entered: 04/15/2003) | 04/14/2003 |
|   | ENDORSEMENT granting [19-1] motion for Leave to File surreply to | 04/21/2003 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | Motion to Dismiss ( signed by Judge Christopher F. Droney ) (Grady, B.) (Entered: 04/22/2003) |  |
| 20 | SURREPLY by Ferron Shorter Jr. to [7-1] motion to Dismiss (Grady, B.) (Entered: 04/22/2003) | 04/21/2003 |
|  | ENDORSEMENT approving [15-1] report, resetting Discovery deadline to 9/12/03 , resetting Dispositive Motions due by 10/31/03 ( signed by Judge Christopher F. Droney ) (Grady, B.) (Entered: 04/22/2003) | 04/21/2003 |
| 21 | MOTION by Hartford Financial to Strike [20-1] surreply, re: [7-1] motion to Dismiss (Brief Due 5/14/03) (Grady, B.) (Entered: 04/24/2003) | 04/23/2003 |
| 22 | MEMORANDUM by Hartford Financial in support of [21-1] motion to Strike [20-1] surreply, re: [7-1] motion to Dismiss (Grady, B.) (Entered: 04/24/2003) | 04/23/2003 |
| 23 | MOTION by Ferron Shorter Jr. for Leave to File supplemental and amended pleading (Grady, B.) (Entered: 04/30/2003) | 04/30/2003 |
| 24 | OBJECTIONS by Ferron Shorter Jr. to [21-1] motion to Strike [20-1] surreply, re: [7-1] motion to Dismiss (Grady, B.) (Entered: 04/30/2003) | 04/30/2003 |
| 25 | SURREPLY by Ferron Shorter Jr. to [7-1] motion to Dismiss (Grady, B.) (Entered: 04/30/2003) | 04/30/2003 |
| 26 | MOTION by Hartford Financial to Extend Time to 06/09/03 to respond to First Request for Production of Documents (Grady, B.) (Entered: 05/06/2003) | 05/05/2003 |
|  | ENDORSEMENT granting [26-1] motion to Extend Time to 06/09/03 to respond to First Request for Production of Documents ( signed by Judge Christopher F. Droney ) (Grady, B.) (Entered: 05/08/2003) | 05/07/2003 |
| 27 | RESPONSE by Hartford Financial to [23-1] motion for Leave to File supplemental and amended pleading by Ferron Shorter Jr. (Grady, B.) (Entered: 05/27/2003) | 05/21/2003 |
| 28 | MOTION by Hartford Financial to Extend Time to 06/19/03 to respond to First Request for Production of Documents (Grady, B.) (Entered: 06/09/2003) | 06/05/2003 |
|  | ENDORSEMENT granting [28-1] motion to Extend Time to 06/19/03 to respond to First Request for Production of Documents ( signed by Judge Christopher F. Droney ) (Grady, B.) (Entered: 06/16/2003) | 06/16/2003 |
| 29 | MOTION by Ferron Shorter Jr., Hartford Financial, Mary Anne Rhodes for Protective Order regarding confidential information (Grady, B.) (Entered: 07/22/2003) | 07/21/2003 |
| 30 | ORDER of Transfer ( signed by Judge Christopher F. Droney ) to Judge Mark R. Kravitz (Pesta, J.) (Entered: 08/27/2003) | 08/27/2003 |
| 31 | ENDORSEMENT ORDER denying [29-1] motion for Protective Order regarding confidential information ( signed by Judge Mark R. Kravitz ) (Villano, P.) (Entered: 09/05/2003) | 09/03/2003 |
| 32 | MOTION by Ferron Shorter Jr. to Extend Time on discovery to 10/27/03 and dispositive motions to 11/26/03 (Villano, P.) (Entered: 09/09/2003) | 09/09/2003 |
| 33 | OBJECTIONS by Hartford Financial to [32-1] motion to Extend Time on discovery to 10/27/03 and dispositive motions to 11/26/03 by Ferron Shorter Jr. (Villano, P.) (Entered: 09/15/2003) | 09/15/2003 |
| 34 | Status Conference held ( MRK ) (Villano, P.) (Entered: 09/29/2003) | 09/25/2003 |
|  | ENDORSEMENT granting [23-1] motion for Leave to File supplemental and amended pleading ( signed by Judge Mark R. Kravitz ) (Villano, P.) (Entered: 09/29/2003) | 09/25/2003 |
| 35 | AMENDED COMPLAINT by Ferron Shorter Jr. amending [1-1] complaint; jury demand (Villano, P.) (Entered: 09/29/2003) | 09/25/2003 |
|  | ENDORSEMENT denying [7-1] motion to Dismiss ( signed by Judge Mark | 09/25/2003 |

| # | Docket Text | Date Filed |
|---|---|---|
|   | R. Kravitz ) (Villano, P.) (Entered: 09/29/2003) |   |
|   | ENDORSEMENT denying [12-1] motion to Strike portions of the [1-1] complaint ( signed by Judge Mark R. Kravitz ) (Villano, P.) (Entered: 09/29/2003) | 09/25/2003 |
|   | ENDORSEMENT denying [21-1] motion to Strike [20-1] surreply, re: [7-1] motion to Dismiss ( signed by Judge Mark R. Kravitz ) (Villano, P.) (Entered: 09/29/2003) | 09/25/2003 |
| 36 | SCHEDULING ORDER setting Discovery cutoff 11/7/03 ; Dispositive Motions due 1/23/04 ; ( Signed by Judge Mark R. Kravitz ) (Villano, P.) (Entered: 09/29/2003) | 09/29/2003 |
| 38 | AMENDED ANSWER and Affirmative Defenses to [35] Amended Complaint by Hartford Financial Svcs Group Inc. (Villano, P.) (Entered: 10/23/2003) | 10/11/2003 |
| 37 | ANSWER and Affirmative Defenses to Amended Complaint by Hartford Financial Svcs Group Inc.(Villano, P.) (Entered: 10/21/2003) | 10/21/2003 |
| 39 | ANSWER to Amended Complaint by Mary Anne Rhodes.(Villano, P.) (Entered: 10/24/2003) | 10/22/2003 |
| 40 | STIPULATION to Magistrate Referral by Hartford Financial Svcs Group Inc, Mary Anne Rhodes, Ferron Shorter Jr.. (Villano, P.) (Entered: 11/14/2003) | 11/07/2003 |
| 41 | CONSENT to Jurisdiction by US Magistrate Judge by Hartford Financial Svcs Group Inc, Mary Anne Rhodes, Ferron Shorter Jr.. Case reassigned to Magistrate Judge William I. Garfinkel. Signed by Judge Mark R. Kravitz on 11/19/03. (Villano, P.) (Entered: 11/21/2003) | 11/20/2003 |
| 42 | MOTION for Summary Judgment by Hartford Financial Svcs Group Inc.Responses due by 2/13/2004 (Attachments: # 1Memorandum in Support# 2Local Rule 56(a)(1) Statement# 3Affidavit & (Exhibits in paper form)(Gutierrez, Y.) (Entered: 01/27/2004) | 01/23/2004 |
| 43 | AFFIDAVIT re 42MOTION for Summary Judgment Signed By Robert Begley filed by Hartford Financial Svcs Group Inc. (Simpson, T.) (Entered: 01/29/2004) | 01/27/2004 |
| 44 | AFFIDAVIT re 43Affidavit Signed By Lisa Anderson filed by Hartford Financial Svcs Group Inc. (Simpson, T.) (Entered: 01/29/2004) | 01/27/2004 |
| 46 | Minute Entry for proceedings held before Judge William I. Garfinkel : Telephonic Status Conference held on 2/5/2004. (Simpson, T.) (Entered: 02/18/2004) | 02/05/2004 |
| 45 | MOTION to Modify [36] Order by Mary Anne Rhodes. (Gutierrez, Y.) (Entered: 02/17/2004) | 02/13/2004 |
| 47 | ENDORSEMENT ORDER granting 45Motion to Modify [36] Order . Signed by Judge William I. Garfinkel on 2/13/04. (Gutierrez, Y.) (Entered: 02/24/2004) | 02/13/2004 |
| 48 | MOTION for Summary Judgment by Mary Anne Rhodes.Responses due by 3/11/2004 (Simpson, T.) (Entered: 02/24/2004) | 02/19/2004 |
| 49 | Memorandum in Support ( EXHIBIT A SUBMITTED IN PAPER FORM ) re 48 MOTION for Summary Judgment filed by Mary Anne Rhodes. (Simpson, T.) (Entered: 02/24/2004) | 02/19/2004 |
| 50 | Statement of Material Facts re 48MOTION for Summary Judgment filed by Mary Anne Rhodes. (Simpson, T.) (Entered: 02/24/2004) | 02/19/2004 |
|   | Set Deadlines: Dispositive Motions due by 2/10/2004. (Gutierrez, Y.) (Entered: 02/24/2004) | 02/24/2004 |
| 51 | MOTION for Extension of Time to 3/8/04 to File Response as to 42MOTION for Summary Judgment by Ferron Shorter Jr.. (Simpson, T.) (Entered: 03/04/2004) | 03/01/2004 |

| # | Docket Text | Date Filed |
|---|---|---|
| 52 | CALENDAR AND SETTLEMENT CONFERENCE ORDER Settlement Conference set for 5/10/2004 10:00 AM in Chambers Room 429 before William I. Garfinkel.. Signed by Judge William I. Garfinkel on 3/1/04. (Simpson, T.) (Entered: 03/04/2004) | 03/02/2004 |
| 54 | MOTION for Extension of Time to File Response as to 42MOTION for Summary Judgment to 3/22/04 by Ferron Shorter Jr.. (Depino, F.) (Entered: 03/16/2004) | 03/08/2004 |
| 53 | ENDORSEMENT ORDER granting 51Motion for Extension of Time to File Response re 42MOTION for Summary Judgment Responses due by 3/8/2004. Signed by Judge William I. Garfinkel on 3/9/04. (Gutierrez, Y.) (Entered: 03/15/2004) | 03/09/2004 |
| 55 | OBJECTION to 42MOTION for Summary Judgment by Hartford Financial Svcs Group, and 48MOTION for Summary Judgment by Maryanne Rhodes filed by Ferron Shorter Jr.. (D'Andrea, S.) (Entered: 03/25/2004) | 03/22/2004 |
| 56 | Memorandum in Opposition re 42MOTION for Summary Judgment by Hartford Financial Svcs Group, and 48MOTION for Summary Judgment by Maryanne Rhodes and in Support of 55Objection filed by Ferron Shorter Jr.. (D'Andrea, S.) (Entered: 03/25/2004) | 03/22/2004 |
| 57 | MOTION for Extension of Time to 3/29/2004 to File Local Rule56(a)(2)Statement by Ferron Shorter Jr.. (D'Andrea, S.) (Entered: 03/25/2004) | 03/22/2004 |
| 58 | Affidvit of Maurice P. Kuck re 56Memorandum in Opposition to Motions for Summary Judgment. (D'Andrea, S.) (Entered: 03/25/2004) | 03/22/2004 |
| 59 | AFFIDAVIT re 56Memorandum in Opposition to Motions for Summary Judgment Signed By Ferron Shorter, Jr. filed by Ferron Shorter Jr.. (D'Andrea, S.) (Entered: 03/25/2004) | 03/22/2004 |
| 60 | AFFIDAVIT with Exhibits Submitted in Paper Form re 56Memorandum in Opposition to Motions for Summary Judgment. Signed By Rachel M. Baird . (D'Andrea, S.) Modified on 3/25/2004 (D'Andrea, S.). (Entered: 03/25/2004) | 03/22/2004 |
| 61 | Objection re 57MOTION for Extension of Time filed by Hartford Financial Svcs Group Inc. (Sanders, C.) (Entered: 04/01/2004) | 03/26/2004 |
| 62 | MOTION for Extension of Time until 4/5/2004 to file a Local Rule 56(a)(2) Statement by Ferron Shorter Jr.. (Sanders, C.) (Entered: 04/01/2004) | 03/29/2004 |
| 63 | Statement of Material Facts re 42MOTION for Summary Judgment filed by Ferron Shorter Jr.. (Gutierrez, Y.) (Entered: 04/08/2004) | 04/05/2004 |
| 64 | Statement of Material Facts re 48MOTION for Summary Judgment filed by Ferron Shorter Jr.. (Gutierrez, Y.) (Entered: 04/08/2004) | 04/05/2004 |
| 65 | AFFIDAVIT re 42MOTION for Summary Judgment, 48MOTION for Summary Judgment Signed By Rachel M. Baird filed by Ferron Shorter Jr.. (Gutierrez, Y.) (Entered: 04/08/2004) | 04/05/2004 |
| 67 | OBJECTION re 62MOTION for Extension of Time until 4/5/04 to file Local Rule 56 (a)(2) Statement filed by Hartford Financial Svcs Group Inc. (Simpson, T.) (Entered: 04/20/2004) | 04/08/2004 |
| 66 | MOTION for Extension of Time until 4/30/04 to file Reply Brief in further Support of 42MOTION for Summary Judgment by Hartford Financial Svcs Group Inc. (Simpson, T.) (Entered: 04/19/2004) | 04/15/2004 |
| 68 | MOTION for Extension of Time to 5/10/04/File Reply as to 48MOTION for Summary Judgment by Mary Anne Rhodes. (Gutierrez, Y.) (Entered: 04/22/2004) | 04/20/2004 |
| 69 | ENDORSEMENT ORDER granting 68Motion for Extension of Time to File Reply re 48MOTION for Summary Judgment Responses due by 5/10/2004. Signed by Judge Warren W. Eginton on 4/23/04. (Gutierrez, Y.) (Entered: 04/27/2004) | 04/23/2004 |

| # | Docket Text | Date Filed |
|---|---|---|
| 70 | MOTION for Leave to File Excess Pages by Hartford Financial Svcs Group Inc. (Candee, D.) (Entered: 05/03/2004) | 04/30/2004 |
| 71 | ORDER - Vacating 69Endorsement Order on Motion for Extension of Time. Signed by Judge Warren W. Eginton on 5/4/04. (Candee, D.) (Entered: 05/06/2004) | 05/06/2004 |
| 72 | REPLY to Response to 48MOTION for Summary Judgment with Exhibit A submitted in paper form filed by Mary Anne Rhodes. (Cody, C.) (Entered: 05/11/2004) | 05/10/2004 |
| 73 | MOTION to Strike 65Affidavit of Ferron Shorter Jr. by Mary Anne Rhodes.Responses due by 5/31/2004 (Attachments: # 1Memorandum in Support with Exhibits A and B submitted in paper form)(Cody, C.) (Entered: 05/11/2004) | 05/10/2004 |
| 74 | Minute Entry for proceedings held before Judge William I. Garfinkel : Settlement Conference held on 5/10/2004. (Simpson, T.) (Entered: 05/12/2004) | 05/10/2004 |
| 75 | MOTION for Extension of Time to 6/30/04 to File Response/Reply as to 73MOTION to Strike 65Affidavit by Ferron Shorter Jr.. (Cody, C.) (Entered: 06/02/2004) | 06/01/2004 |
| 76 | ORDER granting NUNC PRO TUNC [32] Motion for Extension of Time; granting 54 Motion for Extension of Time NUNC PRO TUNC; granting 57Motion for Extension of Time NUNC PRO TUNC; granting 62Motion for Extension of Time NUNC PRO TUNC; granting 66Motion for Extension of Time NUNC PRO TUNC; granting 70 Motion for Leave to File Excess Pages; granting 75Motion for Extension of Time to File Response/Reply . Signed by Judge William I. Garfinkel on 6/23/04. (Osborne, M.) (Entered: 06/23/2004) | 06/23/2004 |
| 77 | MOTION for Extension of Time until 7/9/04 to File Reply as to 73MOTION to Strike 65Affidavit of Ferron Shorter Jr by Ferron Shorter Jr.. (Simpson, T.) (Entered: 07/02/2004) | 06/30/2004 |
| 78 | MOTION for Extension of Time until 7/23/04 to File Response as to 73MOTION to Strike 65Affidavit by Ferron Shorter Jr.. (Simpson, T.) (Entered: 07/15/2004) | 07/14/2004 |
| 79 | ELECTRONIC ENDORSEMENT ORDER: Plaintiff's motions for extension of time, (Docs. #77 and #78) are GRANTED. Plaintiff shall be permitted until July 23, 2004 to file an objection to the motion to strike.. Signed by Judge William I. Garfinkel on 7/20/04THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE.(Murphy Osborne, M.) (Osborne, M.) (Entered: 07/20/2004) | 07/20/2004 |
| 80 | Memorandum in Opposition re 73MOTION to Strike 65Affidavit filed by Ferron Shorter Jr.. (Chancey, D.) (Entered: 07/28/2004) | 07/23/2004 |
| 81 | Memorandum in Support re 80Memorandum in Opposition to Motion to Strike filed by Ferron Shorter Jr.. (Chancey, D.) Additional attachment(s) added on 7/28/2004 (Chancey, D.). (Entered: 07/28/2004) | 07/23/2004 |
|   | DOCKET ANNOTATION re 81Memorandum in Support. Attached the Affidavits of Ferron Shorter and Rachel M. Baird (Chancey, D.) (Entered: 07/28/2004) | 07/23/2004 |
| 82 | CERTIFICATE OF SERVICE re: Exhibit 1 & Exhibit 2 to the Second Affidavit of Ferron Shorter Jr. in support of Plaintiff's Objection to Defendants Motion to Strike by Ferron Shorter Jr. (Beverley, T.) (Entered: 07/28/2004) | 07/23/2004 |
| 83 | ELECTRONIC ORDER: The Hartford's motion for summary judgment (Doc. # 42) is DENIED. MaryAnne Rhodes' motion for summary judgment (Doc. # 48) is DENIED. See attached ruling for details. Signed by Judge | 08/02/2004 |

| # | Docket Text | Date Filed |
|---|---|---|
|   | William I. Garfinkel on 8/2/04.THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE. (Murphy Osborne, M.) (Entered: 08/02/2004) |   |
| 84 | ELECTRONIC SCHEDULING ORDER: The parties shall contact the undersigned on August 24, 2004 at 1:00 p.m. for a telephonic status conference in this case. The Hartford's counsel shall initiate the telephone call to (203) 579-5593 with all parties on the line. Signed by Judge William I. Garfinkel on 8/2/04.THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE.(Murphy Osborne, M.) (Entered: 08/02/2004) | 08/02/2004 |
| 85 | ELECTRONIC ORDER: Ms. Rhodes' motion to strike portions of Mr. Shorter's affidavit, filed in conjunction with the summary judgment documents, (Doc. # 224) is DENIED. The Court did not consider the objected to portions of the affidavit in its ruling on the motions for summary judgment. This ruling is without prejudice to reconsideration of the evidentiary concerns raised by Ms. Rhodes in her motion. Should this case proceed to trial, Ms. Rhodes will be permitted to renew her evidentiary arguments regarding the tapes in a motion in limine. Deadlines for motions in limine and other pretrial matters will be issued by the Court after the telephonic conference scheduled in this case. Signed by Judge William I. Garfinkel on 8/2/04.THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE. (Murphy Osborne, M.) (Entered: 08/02/2004) | 08/02/2004 |
| 86 | ELECTRONIC SCHEDULING ORDER: Defendants shall file their motions in limine regarding post-termination evidence and/or bifurcation on or before September 30, 2004. The parties shall file a Joint Trial Memorandum on or before December 10, 2004. Jury selection will be held on Wednesday, January 19, 2005 at 9:30 a.m. A jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport, Connecticut on Monday, January 24, 2005 at 9:30 a.m.Signed by Judge William I. Garfinkel on 8/26/04. THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE. (Murphy Osborne, M.) (Entered: 08/26/2004) | 08/26/2004 |
| 87 | ELECTRONIC NOTICE OF TRIAL MEMORANDUM ORDER: The parties shall file a Joint Trial Memorandum on or before December 10, 2004. See attached order for details.Signed by Judge William I. Garfinkel on 8/26/04. THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE.(Murphy Osborne, M.) (Entered: 08/26/2004) | 08/26/2004 |
|   | DEADLINES UPDATED: Defendants shall file their motions in limine regarding post- termination evidence and/or bifurcation on or before September 30, 2004. The parties shall file a Joint Trial Memorandum on or before December 10, 2004. Jury selection will be held on Wednesday, January 19, 2005 at 9:30 a.m. A jury trial will begin on Monday, January 24, 2005 at 9:30 a.m.Signed by Judge William I. Garfinkel on 8/26/04. THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE.(Murphy Osborne, M.) (Entered: 08/26/2004) | 08/26/2004 |
|   | Set Hearings: Jury Selection set for 1/19/2005 09:30 AM in Courtroom Four - Bridgeport Annex before Judge William I. Garfinkel. Jury Trial set for 1/24/2005 10:00 AM in Magistrate Courtroom, 4th Floor, Room 435 before Judge William I. Garfinkel.  (Smith, M.) (Entered: 01/03/2005) | 08/26/2004 |
| 88 | MOTION in Limine to Exclude evidence of events that occurred after 1/23/02 by Mary Anne Rhodes.Responses due by 10/21/2004 (Attachments: # 1Memorandum of Law in Support)(Simpson, T.) (Entered: 09/30/2004) | 09/30/2004 |

-7-

Case No. 3:03-CV-00149

| #   | Docket Text | Date Filed |
| --- | --- | --- |
| 89  | MOTION to Bifurcate by Hartford Financial Svcs Group Inc.Responses due by 10/21/2004 (Simpson, T.) (Entered: 10/01/2004) | 09/30/2004 |
| 90  | MOTION in Limine re: To Preclude Evidence of Post-Termination Communications Between Plaintiff and Maryanne Rhodes( EXHIBITS 1 THRU 5 SUBMITTED IN PAPER FORM ) by Hartford Financial Svcs Group Inc.Responses due by 10/21/2004 (Simpson, T.) (Entered: 10/01/2004) | 09/30/2004 |
| 91  | MOTION for Extension of Time until 10/25/04 to File Reply as to 89MOTION to Bifurcate, 90MOTION in Limine re: To Preclude Evidence of Post-Termination Communications Between Plaintiff and Maryanne Rhodes by Ferron Shorter Jr.. (Simpson, T.) (Entered: 10/22/2004) | 10/21/2004 |
| 92  | MOTION for Extension of Time to File Response as to 88MOTION in Limine, 89 MOTION to Bifurcate, 90MOTION in Limine until 10/26/04 by Ferron Shorter Jr.. (Simpson, T.) (Entered: 10/27/2004) | 10/26/2004 |
| 93  | Memorandum in Opposition ( EXHIBITS 2 THRU 6 SUBMITTED IN PAPER FORM ) re 88MOTION in Limine, 89MOTION to Bifurcate, 90MOTION in Limine filed by Ferron Shorter Jr.. (Attachments: # 1Affidavit of Rachel M. Baird# 2Exhibit 1 to Affidavit)(Simpson, T.) (Entered: 10/27/2004) | 10/26/2004 |
| 94  | ELECTRONIC ORDER: Plaintiff's motions for extension of time Docs. # 91and 92are GRANTED nunc pro tunc. Signed by Judge William I. Garfinkel on 10/27/04.THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE. (Murphy Osborne, M.) (Entered: 10/27/2004) | 10/27/2004 |
| 95  | REPLY to Response to 88MOTION in Limine to Exclude evidence of events that occurred after 1/23/02 filed by Mary Anne Rhodes. (Simpson, T.) (Entered: 11/09/2004) | 11/09/2004 |
| 96  | Reply Memorandum in Support re 89MOTION to Bifurcate filed by Hartford Financial Svcs Group Inc. (Simpson, T.) (Entered: 11/10/2004) | 11/09/2004 |
| 97  | Reply Memorandum in Support re 90MOTION in Limine re: To Preclude Evidence of Post-Termination Communications Between Plaintiff and Maryanne Rhodes filed by Hartford Financial Svcs Group Inc. (Simpson, T.) (Entered: 11/10/2004) | 11/09/2004 |
| 98  | MOTION for Extension of Time to file Joint Trial Memorandum for 14 days by Hartford Financial Svcs Group Inc. (Simpson, T.) (Entered: 12/01/2004) | 12/01/2004 |
| 99  | ELECTRONIC ORDER: Plaintiff's motions for extension of time Doc. # 98is GRANTED. The parties shall file their joint trial memorandum by December 27, 2004. Signed by Judge William I. Garfinkel on 12/15/04.THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE.(Murphy Osborne, M.) (Entered: 12/15/2004) | 12/15/2004 |
|     | DEADLINES UPDATED: The parties shall file their joint trial memorandum by December 27, 2004. THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE.(Murphy Osborne, M.) (Entered: 12/15/2004) | 12/15/2004 |
| 100 | ORDER granting 89Motion to Bifurcate . Plaintiff has not refuted sound arguments advanced in favor of bifurcation raised in defendant's papers. First trial will involve the claims against The Hartford. The Court will confer with counsel concerning the scheduling of the trial of plaintiff's claims against Rhodes. Signed by Judge William I. Garfinkel on 12/20/2004. (Garfinkel, William) (Entered: 12/20/2004) | 12/20/2004 |
| 101 | MOTION for Extension of Time until 1/3/05 to file a Joint Trial Memorandum by Ferron Shorter Jr.. (Simpson, T.) (Entered: 12/30/2004) | 12/30/2004 |
| 102 | NOTICE OF ELECTRONIC ORDER. ORDER granting 101Motion for | 01/03/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | Extension of Time to file trial memoranda until 1/12/2005. THIS ENTRY IS THE ONLY NOTICE THE COURT WILL ISSUE. Signed by Judge William I. Garfinkel on 1/3/2005. (Smith, M.) (Entered: 01/03/2005) |  |
|  | Update Deadlines: Trial Briefs due by 1/12/2005. (Smith, M.) (Entered: 01/03/2005) | 01/03/2005 |
| 103 | NOTICE OF ELECTRONIC ORDER. THIS ENTRY IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 90The Hartford's Motion in Limine . Signed by Judge William I. Garfinkel on 1/12/2005. (Smith, M.) (Entered: 01/12/2005) | 01/12/2005 |
| 104 | JOINT TRIAL MEMORANDUM by Hartford Financial Svcs Group Inc, Mary Anne Rhodes, Ferron Shorter Jr. Estimated trial time 6 days. (Attachments: # 1Exhibit A# 2 Exhibit B pgs 1-25# 3Exhibit B pgs 26-54# 4Exhibit C)(Simpson, T.) (Entered: 01/13/2005) | 01/12/2005 |
| 105 | MOTION in Limine re: To Preclude Evidence of Maurice Kuck's Job Performance & Termination of Employment by Hartford Financial Svcs Group Inc.Responses due by 2/8/2005 (Simpson, T.) (Entered: 01/19/2005) | 01/18/2005 |
| 106 | ADDENDUM re: Disclosure of Additional Trial Witnesses by Hartford Financial Svcs Group Inc. Related document: 104JOINT TRIAL MEMORANDUM filed by Hartford Financial Svcs Group Inc, Ferron Shorter, Mary Anne Rhodes.(Simpson, T.) (Entered: 01/19/2005) | 01/18/2005 |
| 107 | MOTION in Limine re: To Preclude the Anticipated Testimony of Nancy Bieniek by Hartford Financial Svcs Group Inc.Responses due by 2/8/2005 (Simpson, T.) (Entered: 01/19/2005) | 01/18/2005 |
| 108 | Minute Entry for proceedings held before Judge William I. Garfinkel : Jury Selection held on 1/19/2005. Jury Trial set for 1/24/2005 01:00 PM in Magistrate Courtroom, 4th Floor, Room 435, 915 Lafayette Blvd., Bridgeport, CT before Judge William I. Garfinkel. (Court Reporter Sandy Baldwin.) (Sanders, C.) (Entered: 01/19/2005) | 01/19/2005 |
| 109 | ORDER granting 107Defendant's Motion in Limine to Preclude the Anticipated Testimony of Mancy Bieniek, in light of plaintiff's counsel's agreement not to pursue this testimony. NOTICE TO COUNSEL: THIS E-FILED ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE. Signed by Judge William I. Garfinkel on 1/21/2005. (Smith, M.) (Entered: 01/21/2005) | 01/21/2005 |
| 110 | ORDER granting 105Defendant's Motion in Limine to Exclude Plaintiff's Exhibits 86 through 100 relating to the job performance of Maurice Kuck. Plaintiff's counsel may examine the witness regarding his job performance and termination, but the exhibits should not be introduced unless necessary for impeachment or rebuttal. NOTICE TO COUNSEL: THIS E-FILED ORDER IS THE ONLY NOTICE COUNSEL WILL RECEIVE. Signed by Judge William I. Garfinkel on 1/21/2005. (Smith, M.) (Entered: 01/21/2005) | 01/21/2005 |
| 111 | Proposed Jury Instructions by Ferron Shorter Jr.. (Sanders, C.) (Entered: 01/25/2005) | 01/24/2005 |
| 112 | Proposed Jury Instructions by Hartford Financial Svcs Group Inc. (Sanders, C.) (Entered: 01/25/2005) | 01/24/2005 |
| 113 | Minute Entry for proceedings held before Judge William I. Garfinkel : Jury Trial held on 1/24/2005 Jury Trial Continued Until 1/25/2005. (Court Reporter Sandra Baldwin.) (Sanders, C.) (Entered: 01/25/2005) | 01/24/2005 |
| 117 | ORDER upon reconsideration of the Court's ruling, and hearing argument of counsel, the Court finds no issues of material fact as to Count Four, Count Five, Count Seven and Count Thirteen of Amended Complaint. Accordingly, the Court Grants summary judgment in favor of Defendant, The Hartford. The Court Dismisses Count Ten which has been voluntarily | 01/24/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | withdrawn by Plaintiff re 42Motion for Summary Judgment filed by Hartford Financial Svcs Group Inc, 83Order on Motion for Summary Judgment. Signed by Judge William I. Garfinkel on 1/24/2005. (Sanders, C.) (Entered: 01/28/2005) |  |
| 114 | Minute Entry for proceedings held before Judge William I. Garfinkel : Jury Trial held on 1/25/2005. Jury Trial Continued Until 1/26/2005. (Court Reporter Maria Corriette & Sandra Baldwin.) (Sanders, C.) (Entered: 01/26/2005) | 01/25/2005 |
| 115 | MOTION for Judgment as a Matter of Law by Hartford Financial Svcs Group Inc. Modified on 1/27/2005 (Sanders, C.). (Entered: 01/27/2005) | 01/26/2005 |
|  | Docket Entry Correction...Deadline Response Date Set in Error re 115MOTION for Judgment as a Matter of Law (Sanders, C.) (Entered: 01/27/2005) | 01/26/2005 |
| 116 | Minute Entry for proceedings held before Judge William I. Garfinkel : Jury Trial held on 1/26/2005. Jury Trial Continued Until 1/27/2005. (Court Reporter Maria Corriette & Sandra Baldwin.) (Sanders, C.) (Entered: 01/27/2005) | 01/26/2005 |
|  | Motions Taken Under Advisement: 115MOTION for Judgment as a Matter of Law (Sanders, C.) (Entered: 01/27/2005) | 01/26/2005 |
| 118 | Minute Entry for proceedings held before Judge William I. Garfinkel : Jury Trial held on 1/27/2005. Jury Trial Continued Until 1/28/2005. (Court Reporter Sandra Baldwin & Maria Corriette.) (Sanders, C.) (Entered: 01/28/2005) | 01/27/2005 |
|  | ORDER denying without prejudice 115Motion for Judgment as a Matter of Law (Sanders, C.) (Entered: 01/28/2005) | 01/27/2005 |
| 119 | Minute Entry for proceedings held before Judge William I. Garfinkel : Jury Trial completed on 1/28/2005. (Court Reporter J. Fazekas.) (Sanders, C.) (Entered: 01/31/2005) | 01/28/2005 |
| 120 | Marked Witness & Exhibit List. (Court orders exhibit not be returned to Counsel) (Sanders, C.) (Entered: 01/31/2005) | 01/28/2005 |
| 121 | Marked Exhibit List by Ferron Shorter Jr.. (Court order exhibits not to be returned to Counsel)(Sanders, C.) (Entered: 01/31/2005) | 01/28/2005 |
| 122 | Marked Exhibit List by Hartford Financial Svcs Group Inc. (Court order exhibits not be return to Counsel)(Sanders, C.) (Entered: 01/31/2005) | 01/28/2005 |
| 123 | Jury (Charge) Instructions. (Sanders, C.) (Entered: 01/31/2005) | 01/28/2005 |
| 124 | JURY VERDICT For Ferron Shorter, Jr. Against Hartford Financial Services Group, Inc. only in the Amount of $255,000.00. (Sanders, C.) (Entered: 01/31/2005) | 01/28/2005 |
| 125 | MOTION for Reinstatement or in the alternative, an award of front pay and benefits. In addition, an award of pre and post judgment interest on the jury's award of back pay by Ferron Shorter, Jr.Responses due by 2/28/2005 (Simpson, T.) (Entered: 02/08/2005) | 02/07/2005 |
| 126 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Settlement Conference is scheduled for the above case on 2/24/2005 @ 01:00 PM with The Honorable William I. Garfinkel @ The Law Firm of Carmody & Torrance, 50 Leavenworth Street, Waterbury, CT 06721-1110. PLEASE NOTE: THE HARTFORD MUST HAVE A REPRESENTATIVE IN PERSON AT THE CONFERENCE. MR. SHORTER AND DEFENDANT RHODES MUST BE AVAILABLE VIA TELEPHONE. DAVID METZGER WILL ALSO BE AVAILABLE VIA TELEPHONE (203-573-1200) BUT POSSIBLE IN PERSON LATER INTO THE CONFERENCE.PLEASE LET RECEPTION DESK AT CARMODY & TORRANCE KNOW YOU ARE THERE TO | 02/15/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | MEET W/JUDGE GARFINKEL. (Urbano, G.) (Entered: 02/15/2005) | |
| 127 | MOTION for Attorney's Fees and Costs, MOTION for Prejudgment Interest by Ferron Shorter, Jr. Responses due by 3/15/2005 (Attachments: # 1Memorandum in Support # 2 Exhibit 1# 3Exhibit 2# 4Invoices to Exhibit 2 with Notice of Manual Filing# 5Exhibit 3# 6Exhibit 4)(Simpson, T.) (Entered: 02/23/2005) | 02/22/2005 |
| 128 | TRANSCRIPT of Proceedings held on 01/24/05 before Judge William I. Garfinkel. Court Reporter: Bowles Reporting Service. (Baldwin, S.) (Entered: 02/23/2005) | 02/23/2005 |
| 129 | TRANSCRIPT of Proceedings held on 01/25/05 before Judge Willaim I. Garfinkel. Court Reporter: Bowles Reporting Service. (Baldwin, S.) (Entered: 02/23/2005) | 02/23/2005 |
| 130 | TRANSCRIPT of Proceedings held on 01/26/05 before Judge William I. Garfinkel. Court Reporter: Bowles Reporting Service. (Baldwin, S.) (Entered: 02/23/2005) | 02/23/2005 |
| 131 | TRANSCRIPT of Proceedings held on 01/27/05 before Judge William I. Garfinkel. Court Reporter: Bowles Reporting Service. (Baldwin, S.) (Entered: 02/23/2005) | 02/23/2005 |
| 132 | TRANSCRIPT of Proceedings held on 01/28/05 before Judge William I. Garfinkel. Court Reporter: Bowles Reporting Service. (Baldwin, S.) (Entered: 02/23/2005) | 02/23/2005 |
| 135 | Minute Entry for proceedings held before Judge William I. Garfinkel : Settlement Conference held on 2/24/2005. (Simpson, T.) (Entered: 03/07/2005) | 02/24/2005 |
| 133 | MOTION for Equitable Relief, Including Pre and Post-Judgment Interest ( PG.12 AND SIGNATURE PAGE TO EXHIBIT 1 SUBMITTED IN PAPER FORM ) by Ferron Shorter, Jr. Responses due by 3/21/2005 (Attachments: # 1Memorandum in Support # 2 Ex.1 Pgs 1-11# 3Exhibit 2# 4Exhibit 4)(Simpson, T.) (Entered: 03/01/2005) | 02/28/2005 |
| 134 | MOTION to Withdraw Defendant Maryanne Rhodes by Ferron Shorter, Jr. (Simpson, T.) (Entered: 03/03/2005) | 03/03/2005 |
| 136 | MOTION for Extension of Time to File Response as to 127MOTION for Attorney's Fees and Costs, MOTION for Prejudgment Interest until 3/29/05 by Hartford Financial Svcs Group Inc. (Simpson, T.) (Entered: 03/15/2005) | 03/14/2005 |
| 137 | ORDER granting 136The Hartford's Motion for Extension of Time to File Response to 127Plaintiff's Motion for Costs and Fees and Prejudgment Interest. Response due by 3/29/2005. Signed by Judge William I. Garfinkel on 3/16/2005. (Smith, M.) (Entered: 03/16/2005) | 03/16/2005 |
| 138 | MOTION for Extension of Time to File Response as to 133MOTION for Equitable Relief, Including Pre and Post-Judgment Interest until 3/29/05 by Hartford Financial Svcs Group Inc. (Simpson, T.) (Entered: 03/21/2005) | 03/21/2005 |
| 139 | ORDER granting 138Defendant's Motion for Extension of Time to File Response to 133Plaintiff's Motion for Equitable Relief until 3/29/05. Signed by Judge William I. Garfinkel on 3/22/2005. (Smith, M.) (Entered: 03/22/2005) | 03/22/2005 |
| 140 | Memorandum in Opposition re 127MOTION for Cost and Fees filed by Hartford Financial Svcs Group Inc. (Attachments: # 1Exhibit 1# 2Exhibit 2# 3Exhibit 3# 4 Exhibit 4# 5Exhibit 5# 6Exhibit 6# 7Exhibit 7# 8Exhibit 8# 9Exhibit 9 pgs. 1to16# 10Exhibit 9 pgs 17to29# 11Exhibit 10# 12Exhibit 11)(Simpson, T.) (Entered: 03/29/2005) | 03/29/2005 |
| 141 | Memorandum in Opposition re 133MOTION for Equitable Relief, Including Pre and Post-Judgment Interest filed by Hartford Financial Svcs Group Inc. (Attachments: # 1 Exhibit 1# 2Exhibit 2# 3Exhibit 3# 4Exhibit 4# 5Exhibit | 03/29/2005 |

Case No. 3:03-CV-00149

| # | Docket Text | Date Filed |
|---|---|---|
| | 5)(Simpson, T.) (Entered: 03/29/2005) | |
| 142 | ORDER granting, in the absence of opposition, 134Plaintiff's Motion to Drop Defendant, Mary Anne Rhodes. All claims against Mary Anne Rhodes are dismissed without prejudice, with each party bearing his or her own costs. NOTICE TO COUNSEL: THIS E-FILED ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE . Signed by Judge William I. Garfinkel on 4/6/2005. (Smith, M.) (Entered: 04/06/2005) | 04/06/2005 |
| 143 | ORDER denying as moot 88Defendant, Mary Anne Rhodes' Motion in Limine. NOTICE TO COUNSEL: THIS E-FILED ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE . Signed by Judge William I. Garfinkel on 4/6/2005. (Smith, M.) (Entered: 04/06/2005) | 04/06/2005 |
| 144 | MOTION for Extension of Time to File Reply to Response as to 133MOTION for Equitable Relief, Including Pre and Post-Judgment Interest, 127MOTION for Attorney's Fees and Costs, MOTION for Prejudgment Interest until 4/22/05 by Ferron Shorter, Jr. (Simpson, T.) (Entered: 04/08/2005) | 04/08/2005 |
| 145 | ORDER granting 144Plaintiff's Motion for Extension of Time to File a Reply to Defendant's Opposition to 133Plaintiff's Motion for Equitable Relief, Including Pre and Post-Judgment Interest, and 127Plaintiff's Motion for Costs and Fees. Plaintiff's Reply Brief shall be filed on or before 4/22/05. NOTICE TO COUNSEL: THIS E-FILED ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE. Signed by Judge William I. Garfinkel on 4/11/2005. (Smith, M.) (Entered: 04/11/2005) | 04/11/2005 |
| | Set Deadlines as to 133MOTION for Equitable Relief, Including Pre and Post- Judgment Interest, 127MOTION for Cost and Fees MOTION for Prejudgment Interest MOTION for Prejudgment Interest. Responses due by 4/22/2005 (Simpson, T.) (Entered: 04/12/2005) | 04/11/2005 |
| 146 | REPLY to Response to 133MOTION for Equitable Relief, Including Pre and Post- Judgment Interest filed by Ferron Shorter, Jr. (Simpson, T.) (Entered: 04/22/2005) | 04/22/2005 |
| 147 | REPLY to Response to 127MOTION for Cost and Fees MOTION for Prejudgment Interest MOTION for Prejudgment Interest filed by Ferron Shorter, Jr. (Attachments: # 1Exhibit 1 Pg 1-6# 2Exhibit 1 Pg 7-13# 3Exhibit 2)(Simpson, T.) (Entered: 04/22/2005) | 04/22/2005 |
| 148 | MOTION to Amend/Correct Affidavits in Support of 127MOTION for Cost and Fees MOTION for Prejudgment Interest by Ferron Shorter, Jr.Responses due by 5/16/2005 (Attachments: # 1Exhibit 1# 2Exhibit 2# 3Notice of Manual Filing)(Simpson, T.) (Entered: 04/26/2005) | 04/25/2005 |
| 149 | ORDER granting 148Plaintiff's Motion to Amend/Correct the Affidavits in Support of Motion for Attorney's Fees and Costs . Signed by Judge William I. Garfinkel on 4/27/2005. (Smith, M.) (Entered: 04/27/2005) | 04/27/2005 |
| 150 | E-FILED ORDER granting in part and denying in part Plaintiff's Motions for Equitable Relief [Doc. ## 125, 133]. Plaintiff's request for reinstatement is DENIED. Plaintiff's request for an award of front pay is GRANTED. The Court awards Plaintiff $117,000 as front pay. In addition to the jury's award of $170,000 in back pay, Plaintiff is awarded back pay of $4,722 per month from the date of the jury's verdict, January 28, 2005, until the date judgment is entered. Plaintiff's Motions for an Award of Prejudgment Interest, Post-Judgment Interest, and Attorney's Fees and Costs [Doc. ## 127, 133] are GRANTED to the following extent: Plaintiff shall be awarded prejudgment interest on his back pay award, based upon the rates set forth in 28 U.S.C. sec. 1961(a). Plaintiff's counsel is directed to submit a calculation of prejudgment interest in accordance with this Opinion within twenty (20) | 05/31/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | days, to which Defendant shall have ten (10) days to object. Plaintiff is also awarded post-judgment interest pursuant to 28 U.S.C. sec. 1961 (a) on the entire damage award. Plaintiff is awarded attorney's fees in the amount of $108,768.00 and costs in the amount of $2,813.41. It is SO ORDERED, this 31st day of May, 2005, at Bridgeport, Connecticut. Signed by Judge William I. Garfinkel on 5/31/2005. (Smith, M.) (Entered: 05/31/2005) |  |
| 151 | MOTION for Extension of Time until 6/22/05 to Comply with Court's 150Order on Motion for Miscellaneous Relief, Order on Motion for Cost and Fees by Ferron Shorter, Jr. (Simpson, T.) (Entered: 06/20/2005) | 06/20/2005 |
| 152 | ORDER granting 151Plaintiff's Motion for Extension of Time to June 22, 2005, to comply with Court's order re. the computation of prejudgment interest. NOTICE TO COUNSEL: THIS E-FILED ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE . Signed by Judge William I. Garfinkel on 6/21/2005. (Smith, M.) (Entered: 06/21/2005) | 06/21/2005 |
| 153 | MOTION for Extension of Time until 6/27/05 to Comply with Court's 150Order on Motion for Miscellaneous Relief, Order on Motion for Cost and Fees, by Ferron Shorter, Jr. (Simpson, T.) (Entered: 06/22/2005) | 06/22/2005 |
| 154 | ORDER granting 153Plaintiff's Motion for Extension of Time to June 27, 2005, to comply with the Court's Order regarding the computation of prejudgment interest. NOTICE TO COUNSEL: THIS E-FILED ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE . Signed by Judge William I. Garfinkel on 6/23/2005. (Smith, M.) (Entered: 06/23/2005) | 06/23/2005 |
| 155 | MOTION for Extension of Time until 6/28/05, Nunc Pro Tunc to Comply with Court's 150Order on Motion for Miscellaneous Relief, Order on Motion for Cost and Fees by Ferron Shorter, Jr. (Simpson, T.) (Entered: 06/29/2005) | 06/28/2005 |
| 156 | NOTICE of Prejudgment Interest Calculation by Ferron Shorter, Jr (Attachments: # 1 Prejudgment Interest)(Simpson, T.) (Entered: 06/29/2005) | 06/28/2005 |
| 157 | ORDER granting nunc pro tunc 155Plaintiff's Motion for Extension of Time to June 28, 2005, to respond to the Court's Order re. the calculation of prejudgment interest. NOTICE TO COUNSEL: THIS E-FILED ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE. Signed by Judge William I. Garfinkel on 6/30/2005. (Smith, M.) (Entered: 06/30/2005) | 06/30/2005 |
| 158 | ORDER on Plaintiff's Post-Trial Motions. Based upon Plaintiff's calculation of prejudgment interest, the Court awards Plaintiff prejudgment interest on his back-pay award in the amount of $6,567.41. The Clerk is directed to enter judgment in favor of Plaintiff, Ferron Shorter, Jr., and against Defendant, Hartford Financial Services Group, Inc., in accordance with the Jury's Verdict, the Court's Ruling of May 31, 2005, and this Supplemental Ruling. Pursuant thereto, Plaintiff is awarded front pay in the amount of $117,000.00; Plaintiff is awarded back pay in the amount of $170,000.00, plus back pay of $4,722.00 per month from the date of the jury's verdict, January 28, 2005, until the date judgment is entered; Plaintiff is awarded prejudgment interest on his back pay award, based upon the rates set forth in 28 U.S.C. sec. 1961(a), in the amount of $6,567.41, from January 23, 2002, until May 31, 2005; Plaintiff is awarded prejudgment interest at the rate of $18.75 per day from June 1, 2005, until the date judgment is entered; Plaintiff is awarded compensatory damages in the amount of $85,000.00; Plaintiff is awarded post-judgment interest pursuant to 28 U.S.C. sec. 1961(a) on the entire back-pay, front-pay, and compensatory damage award; Plaintiff is awarded attorney's fees in the amount of $108,768.00 for work performed through February 22, 2005, and costs in the amount of $2,813.41, for costs incurred through February 22, 2005. Judgment shall enter | 07/15/2005 |

-13-

Case No. 3:03-CV-00149

| # | Docket Text | Date Filed |
|---|---|---|
| | accordingly. SO ORDERED. Signed by Judge William I. Garfinkel on 7/15/2005. NOTICE TO COUNSEL: THIS E-FILED ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE. (Smith, M.) (Entered: 07/15/2005) | |
| 159 | SUPPLEMENTAL ORDER: In order for Judgment to enter in this case and at the request of the Clerk, the Court hereby amends its previously issued Supplemental Ruling on Plaintiff's Post-trial Motions [#158] to include a calculation of back pay and prejudgment interest in accordance with the formulas set forth therein. The total back pay award will be in the amount of $195,971 ($170,000 + ($4,722/mo. X 5.5 months since the date of the verdict)). The total prejudgment interest award will be in the amount of $7,411.16 ($6567.41 + ($18.75/day X 45 days since 5/31/05)). NOTICE TO COUNSEL: THIS E-FILED ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE . Signed by Judge William I. Garfinkel on 7/15/2005. (Smith, M.) (Entered: 07/15/2005) | 07/15/2005 |
| 160 | JUDGMENT in favor of Plaintiff, Ferron Shorter, Jr. against Defendant, Hartford Financial Svcs Group Inc. Signed by Clerk on 7/15/05. (Simpson, T.) (Entered: 07/15/2005) | 07/15/2005 |
| 161 | MOTION for Judgment as a Matter of Law by Hartford Financial Svcs Group Inc.Responses due by 8/18/2005 (Attachments: # 1Memorandum in Support # 2 Affidavit of Margaret J. Strange# 3Exhibit 1# 4Exhibit 1 Cont'd# 5Exhibit 2# 6 Exhibit 3# 7Exhibit 4# 8Exhibit 5# 9Exhibit 6# 10Exhibit 7# 11Exhibit 8# 12 Exhibit 9# 13Exhibit 10)(Simpson, T.) (Entered: 07/28/2005) | 07/28/2005 |
| 162 | MOTION for Extension of Time until 30 days after Court's decision and ruling on Motion for Judgment as a Matter of Law to file a Supplemental Motion for Attorney's Fees and Costs by Ferron Shorter, Jr. (Sanders, C.) (Entered: 08/16/2005) | 08/15/2005 |
| 163 | MOTION for Extension of Time until 9/9/2005 to file Memorandum of Law in Opposition 161MOTION for Judgment as a Matter of Law by Ferron Shorter, Jr. (Sanders, C.) (Entered: 08/19/2005) | 08/18/2005 |
| 164 | ORDER granting 163Motion for Extension of Time until 9/9/05 to file Opposition to Motion for Judgment as a Matter of Law . Signed by Judge William I. Garfinkel on 8/19/2005. (Sanders, C.) (Entered: 08/19/2005) | 08/19/2005 |
| 165 | ORDER granting 162Plaintiff's Motion for Extension of Time until 30 days after the Court rules on Defendant's Motion for Judgment as a Matter of Law to file a supplemental motion for attorney's fees and costs. NOTICE TO COUNSEL: THIS E- FILED ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE . Signed by Judge William I. Garfinkel on 8/29/2005. (Smith, M.) (Entered: 08/29/2005) | 08/29/2005 |
| 166 | MOTION for Extension of Time to File Response as to 161MOTION for Judgment as a Matter of Law until 9/13/05 by Ferron Shorter, Jr. (Simpson, T.) (Entered: 09/09/2005) | 09/09/2005 |
| 167 | ORDER granting 166Plaintiff's Motion for Extension of Time to File Response to Defendant's 161MOTION for Judgment as a Matter of Law. Responses due by 9/13/2005. NOTICE TO COUSEL: THIS ELECTRONIC ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE. Signed by Judge William I. Garfinkel on 9/12/2005. (Smith, M.) (Entered: 09/12/2005) | 09/12/2005 |
| 168 | THIRD MOTION for Extension of Time to File Reply as to 161MOTION for Judgment as a Matter of Law until 9/16/05 by Ferron Shorter, Jr. (Simpson, T.) (Entered: 09/14/2005) | 09/13/2005 |
| 169 | ORDER granting 168Plaintiff's Motion for Extension of Time to File Response to Defendant's 161Motion for Judgment as a Matter of Law. The | 09/15/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | Court notes Defendant's objection thereto, but finds that Plaintiff's counsel has shown good cause for the requested extension. Further, although this is the third request, the total time requested has totaled less than 30 days. Plaintiff's response to the motion is due by 9/16/2005. NOTICE TO COUNSEL: THIS ELECTRONIC ORDER IS THE ONLY NOTICE THE COURT WILL ISSUE. Signed by Judge William I. Garfinkel on 9/15/2005. (Smith, M.) (Entered: 09/15/2005) |  |
| 170 | Memorandum in Opposition re 161MOTION for Judgment as a Matter of Law filed by Ferron Shorter, Jr. (Simpson, T.) (Entered: 09/16/2005) | 09/16/2005 |
| 171 | REPLY to Response to 161MOTION for Judgment as a Matter of Law filed by Hartford Financial Svcs Group Inc. (Attachments: # 1Exhibits 1-4)(Simpson, T.) (Entered: 10/03/2005) | 09/30/2005 |
| 172 | ORDER granting in part and denying in part 161Defendant's Motion for Judgment as a Matter of Law. The Court grants defendant's motion as to plaintiff's claim of negligent infliction of emotional distress. The Court denies the motion as to plaintiff's claims of race and gender discrimination. This ruling does not affect the judgment of $516,963.57 entered by the Court on July 15, 2005. SO ORDERED. Signed by Judge William I. Garfinkel on 12/6/2005. (Smith, M.) (Entered: 12/06/2005) | 12/06/2005 |
| 173 | NOTICE OF APPEAL as to 172Order on Motion for Judgment as a Matter of Law, by Hartford Financial Svcs Group Inc. Filing fee $ 255, receipt number B011418. (Simpson, T.) (Entered: 01/05/2006) | 01/04/2006 |
| 174 | SUPPLEMENTAL MOTION for Attorney's Fees and Costs by Ferron Shorter, Jr.Responses due by 1/26/2006 (Attachments: # 1Affidavit of Rachel M. Baird# 2 Exhibit)(Simpson, T.) (Entered: 01/06/2006) | 01/05/2006 |
| 175 | Designation of trial exhibits by Hartford Financial Svcs Group Inc (Simpson, T.) (Entered: 01/25/2006) | 01/25/2006 |
| 176 | ORDER granting 174Plaintiff's Supplemental Motion for Cost and Attorney's Fees in the amount of $8,812.71, plus post-judgment interest pursuant to 28 U.S.C. 1961(a). Signed by Judge William I. Garfinkel on 2/2/2006. (Smith, M.) (Entered: 02/02/2006) | 02/02/2006 |
| 177 | Appellee's CROSS-DESIGNATION of trial exhibits by Ferron Shorter, Jr re 175 Designation of trial exhibits (Simpson, T.) (Entered: 02/07/2006) | 02/07/2006 |

DATED: March 10, 2006

DEFENDANT,
HARTFORD FINANCIAL SERVICES GROUP, INC.

By: *(signature)*

Margaret J. Strange (ct08212)
James F. Shea (ct16750)
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT 06103
(860) 522-0404
email: strangem@jacksonlewis.com
email: sheaj@jacksonlewis.com

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss:
CITY AND COUNTY OF SAN FRANCISCO  )

I am employed in the City and County of San Francisco, State of California. I am over the age of 18, and not a party to the within action. My business address is as follows: Paul Hastings Janofsky & Walker LLP, Twenty-Fourth Floor, 55 Second Street, San Francisco, CA 94105. On March 10, 2006, I served the foregoing document(s):

**INDEX TO DOCKET ENTRIES FOR RECORD ON APPEAL**

on the interested parties by delivering true copies thereof in a sealed envelopes addressed:

> Rachel M. Baird
> Law Office of Rachel M. Baird
> 379 Prospect Street
> Torrington, CT 06790

*Attorneys for Plaintiff*

☐ **VIA UPS OVERNIGHT MAIL:**
By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on March 10, 2006 with postage thereon fully prepaid, at San Francisco, California.

☐ **VIA PERSONAL DELIVERY:**
By personally causing such sealed envelope(s) to be delivered by hand via *JoshCo. Attorney Services* to the offices of the address(s) pursuant to CCP §1011.

☐ **VIA FACSIMILE:**
The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # _____ on March 10, 2006. A copy of that report, which was properly issued by the transmitting machine, is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on March 10, 2006, at San Francisco, California.

*/s/ Lauretta E. Adams*
Lauretta E. Adams

LEGAL_US_W # 7625731.1