UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| Plaintiff, | : | CASE NO. 3:03-cv-149(WIG) |
| v. | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | : | |
| Defendant. | : | |

## NOTICE OF SATISFACTION OF JUDGMENT

A judgment was rendered in favor of the Plaintiff on July 15, 2005. Plaintiff hereby notifies the Court that this judgment has been satisfied.

_____
Rachel M. Baird
Attorney for Ferron Shorter, Jr.


Acknowledged, subscribed and sworn to before me this day

_____
Notary Public

**HYE JUNG KIM**
Notary Public, Gwinnett County, Georgia
My Commission Expires Aug. 11, 2008

PLAINTIFF
FERRON SHORTER JR.

_____
Ferron Shorter Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Satisfaction of Judgment was served this 28th day of April, 2006, by United States First Class Mail, on the following parties:

>Rachel M. Baird, Esq.
>Law Office of Rachel M. Baird
>379 Prospect Street
>Torrington, CT 06790
>
>Margaret J. Strange, Esq.
>James F. Shea, Esq.
>Jackson Lewis LLP
>55 Farmington Avenue, Suite 1200
>Hartford, CT 06105

>/s/
>Kenneth W. Gage (ct12965)
>Paul, Hastings, Janofsky & Walker LLP
>1055 Washington Boulevard
>Stamford, CT 06901
>Telephone: (203) 961-7400
>Facsimile: (203) 359-3031
>Email: kennethgage@paulhastings.com

LEGAL_US_E # 70831187.1