**MANDATE**

Nhct
03-cv-149
Garfinkel

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| FERRON SHORTER JR., | : | |
| Plaintiff/Appellee, | : | CASE No.: 06-0113-cv |
| | : | (D. Conn. No. 3:03-cv-149(WIG)) |
| v. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | : | |
| | : | |
| Defendant/Appellant. | : | APRIL 18, 2006 |

FILED APR 21 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

## STIPULATION OF DISMISSAL OF APPEAL WITH PREJUDICE: [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff/Appellee, Ferron Shorter Jr., and the Defendant/Appellant, Hartford Financial Services Group, Inc., through their undersigned counsel, to execute this stipulation so that the above-captioned appeal by the Defendant/Appellant may be dismissed in its entirety, all parties to bear their own costs and attorney's fees.

PLAINTIFF/APPELLEE
FERRON SHORTER JR.

BY: _____
Rachel M. Baird (ct12131)
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992
E-mail: bairdlawoffice@sbcglobal.net

DEFENDANT/APPELLANT
HARTFORD FINANCIAL
SERVICES GROUP, INC.

BY: _____
Paul W. Cane, Jr. (CA SB# 100458)
Paul Hastings Janofsky & Walker
55 Second Street
San Francisco CA 94105
Tel: (415) 856-7014
Fax: (415) 856-7114
Email: paulcane@paulhastings.com

So ORDERED
FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

April 21, 2006

ISSUED AS MANDATE:
4/25/06